# CERTIFICATION OF UTAH RETIREMENT SYSTEMS
# PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Daniel Andersen, on behalf of the Utah Retirement Systems ("URS") hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I am Executive Director of URS, and I am authorized to make this certification on behalf of URS.

2. I have reviewed Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") being filed in the Action and I authorize its filing.

3. URS did not purchase the securities that are the subject of this Action at the direction of counsel or in order to participate in any private action arising under the securities laws of the United States.

4. URS is willing to serve as a representative party on behalf of the proposed class in this Action, including providing testimony at deposition and trial, if necessary. URS fully understands the duties and responsibilities of the Lead Plaintiff under the PSRA, including those regarding the selection and retention of counsel and the overseeing of the prosecution of the action for the class.

5. URS's transactions in the securities that are the subject of this action are set forth in the chart attached hereto as Exhibit A. Other than those transaction set forth in Exhibit A, URS has engaged in no transactions during the Class Period in any securities issued by Healthcare Services Group, Inc.

6. During the three-year period preceding the date of this certification, URS has sought to serve, or served, as a representative party on behalf of a class under the federal securities laws in the following matters:

- *Pension Trust Fund for Operating Engineers v. DeVry Education Grp., et al.*, No. 1:16-cv-05198 (N.D. Ill.) (currently serving as lead plaintiff).

- *Saunders v. Chesapeake Energy Corporation, et al.*, No. 5:16-cv-01150-R (W.D. Okla.) (appointed lead plaintiff).

- *In re Allergan Generic Drug Pricing Sec. Litig.*, No. 2:16-cv-09449 (KSH) (CLW) (D.N.J.) (not appointed lead plaintiff).

- *In re Aegean Marine Petroleum Network, Inc. Securities Litigation,* No. 18-cv-4993 (S.D.N.Y) (currently serving as lead plaintiff).

- *Wayne County Employees' Retirement System v. Mavenir, Inc. (flk/a Xura Inc.)*, No. 18-cv-01229 (D. Del.) (not appointed lead plaintiff).

7.  URS will not accept any payment for serving as a representative on behalf of the class beyond its *pro rata* share of any possible recovery, except for an award, as ordered or approved by the Court in compliance with federal law, for reasonable costs and expenses directly relating to its representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2019.

_____
Daniel Andersen

## Healthcare Services Group, Inc.
## Common Stock (CUSIP 421906108)
### Exhibit A

**Class Period:** 04/08/14-03/04/19
**Shareholder:** Utah Retirement Systems

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Base Unit Price |
|---|---|---|---|---|
| 09/22/17 | Purchase | 486 | | $53.19 |
| 09/22/17 | Purchase | 8,605 | | $53.26 |
| 09/25/17 | Purchase | 15,306 | | $53.44 |
| 09/26/17 | Purchase | 20,772 | | $54.29 |
| 09/27/17 | Purchase | 3,858 | | $54.44 |
| 09/28/17 | Purchase | 6,624 | | $55.19 |
| 09/28/17 | Purchase | 14,456 | | $55.31 |
| 11/09/17 | Purchase | 953 | | $51.59 |
| 11/09/17 | Purchase | 19,869 | | $51.47 |
| 11/10/17 | Purchase | 4,803 | | $51.22 |
| 11/10/17 | Purchase | 48,694 | | $51.24 |
| 12/13/17 | Purchase | 527 | | $51.26 |
| 12/13/17 | Purchase | 1,702 | | $51.03 |
| 12/13/17 | Purchase | 3,098 | | $51.07 |
| 12/14/17 | Purchase | 7 | | $51.20 |
| 12/14/17 | Purchase | 823 | | $51.10 |
| 12/14/17 | Purchase | 2,580 | | $51.04 |
| 12/14/17 | Purchase | 3,403 | | $51.46 |
| 12/18/17 | Purchase | 1,468 | | $53.62 |
| 12/18/17 | Purchase | 3,792 | | $53.59 |
| 12/20/17 | Purchase | 3,092 | | $53.77 |
| 12/20/17 | Purchase | 5,434 | | $54.04 |
| 12/21/17 | Purchase | 969 | | $54.03 |
| 12/21/17 | Purchase | 1,381 | | $54.62 |
| 12/21/17 | Purchase | 1,890 | | $54.60 |
| 12/21/17 | Purchase | 3,781 | | $54.64 |
| 12/22/17 | Purchase | 1,603 | | $54.70 |
| 12/22/17 | Purchase | 1,771 | | $54.20 |
| 12/22/17 | Purchase | 3,386 | | $54.53 |
| 03/02/18 | Purchase | 9,434 | | $44.78 |
| 09/18/18 | Purchase | 378 | | $43.86 |
| 09/18/18 | Purchase | 1,164 | | $43.85 |
| 09/18/18 | Purchase | 5,537 | | $43.68 |
| 09/19/18 | Purchase | 1,586 | | $43.87 |
| 09/19/18 | Purchase | 4,094 | | $43.59 |
| 09/19/18 | Purchase | 8,186 | | $43.78 |
| 09/20/18 | Purchase | 453 | | $43.70 |
| 09/20/18 | Purchase | 999 | | $43.48 |
| 09/21/18 | Purchase | 1,055 | | $44.28 |
| 01/15/19 | Sale | | (117) | $42.93 |
| 01/15/19 | Sale | | (13,122) | $42.95 |
| 01/16/19 | Sale | | (451) | $42.81 |
| 01/16/19 | Sale | | (968) | $43.07 |
| 01/16/19 | Sale | | (2,911) | $42.87 |
| 01/16/19 | Sale | | (9,612) | $42.89 |
| 01/17/19 | Sale | | (1,310) | $43.13 |
| 01/17/19 | Sale | | (10,520) | $42.86 |
| 01/18/19 | Sale | | (3,982) | $42.80 |
| 01/18/19 | Sale | | (4,158) | $43.48 |
| 01/22/19 | Sale | | (3,713) | $43.86 |