## **CERTIFICATE OF SERVICE**

I, Ira Neil Richards, hereby certify that this 17th day of September 2019, I served the foregoing Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws upon the following via electronic mail and hand delivery:

Robert L. Hickok, Esquire
Jay A. Dubow, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

    s/Ira Neil Richards