**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS,<br><br>          Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC.,<br>DANIEL P. MCCARTNEY, THEODORE<br>WAHL, JOHN C. SHEA, and<br>MATTHEW  J. MCKEE,<br><br>          Defendants. | Case No. 2:19-cv-01227-ER |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2019, upon consideration of Defendants'

Motion to Dismiss the Amended Complaint for failure to state a claim upon which relief can be

granted, and all papers submitted in support of or in opposition to that motion, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.  It is further **ORDERED** that Plaintiffs'

Amended Complaint is **DISMISSED WITH PREJUDICE**.

_____
Eduardo C. Robreno, U.S.D.J.