# EXHIBIT 15

 Financial Accounting Standards Board

# ORIGINAL PRONOUNCEMENTS

### AS AMENDED

# Statement of Financial Accounting Concepts No. 1

Objectives of Financial Reporting by Business Enterprises

Copyright © 2008 by Financial Accounting Standards Board. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the Financial Accounting Standards Board.

# Statement of Financial Accounting Concepts No. 1
# Objectives of Financial Reporting
# by Business Enterprises

**STATUS**

Issued:  November 1978

Affects:  No other pronouncements

Affected by:  No other pronouncements

**HIGHLIGHTS**

*[Best understood in context of full Statement]*

- Financial reporting is not an end in itself but is intended to provide information that is useful in making business and economic decisions.

- The objectives of financial reporting are not immutable—they are affected by the economic, legal, political, and social environment in which financial reporting takes place.

- The objectives are also affected by the characteristics and limitations of the kind of information that financial reporting can provide.

  - The information pertains to business enterprises rather than to industries or the economy as a whole.

  - The information often results from approximate, rather than exact, measures.

  - The information largely reflects the financial effects of transactions and events that have already happened.

  - The information is but one source of information needed by those who make decisions about business enterprises.

  - The information is provided and used at a cost.

- The objectives in this Statement are those of general purpose external financial reporting by business enterprises.

  - The objectives stem primarily from the needs of external users who lack the authority to prescribe the information they want and must rely on information management communicates to them.

  - The objectives are directed toward the common interests of many users in the ability of an enterprise to generate favorable cash flows but are phrased using investment and credit decisions as a reference to give them a focus. The objectives are intended to be broad rather than narrow.

  - The objectives pertain to financial reporting and are not restricted to financial statements.

- The objectives state that:

  - Financial reporting should provide information that is useful to present and potential investors and creditors and other users in making rational investment, credit, and similar decisions. The information should be comprehensible to those who have a reasonable understanding of business and economic activities and are willing to study the information with reasonable diligence.

- Financial reporting should provide information to help present and potential investors and creditors and other users in assessing the amounts, timing, and uncertainty of prospective cash receipts from dividends or interest and the proceeds from the sale, redemption, or maturity of securities or loans. Since investors' and creditors' cash flows are related to enterprise cash flows, financial reporting should provide information to help investors, creditors, and others assess the amounts, timing, and uncertainty of prospective net cash inflows to the related enterprise.

- Financial reporting should provide information about the economic resources of an enterprise, the claims to those resources (obligations of the enterprise to transfer resources to other entities and owners' equity), and the effects of transactions, events, and circumstances that change its resources and claims to those resources.

- "Investors" and "creditors" are used broadly and include not only those who have or contemplate having a claim to enterprise resources but also those who advise or represent them.

- Although investment and credit decisions reflect investors' and creditors' expectations about future enterprise performance, those expectations are commonly based at least partly on evaluations of past enterprise performance.

- The primary focus of financial reporting is information about earnings and its components.

- Information about enterprise earnings based on accrual accounting generally provides a better indication of an enterprise's present and continuing ability to generate favorable cash flows than information limited to the financial effects of cash receipts and payments.

- Financial reporting is expected to provide information about an enterprise's financial performance during a period and about how management of an enterprise has discharged its stewardship responsibility to owners.

- Financial accounting is not designed to measure directly the value of a business enterprise, but the information it provides may be helpful to those who wish to estimate its value.

- Investors, creditors, and others may use reported earnings and information about the elements of financial statements in various ways to assess the prospects for cash flows. They may wish, for example, to evaluate management's performance, estimate "earning power," predict future earnings, assess risk, or to confirm, change, or reject earlier predictions or assessments. Although financial reporting should provide basic information to aid them, they do their own evaluating, estimating, predicting, assessing, confirming, changing, or rejecting.

- Management knows more about the enterprise and its affairs than investors, creditors, or other "outsiders" and accordingly can often increase the usefulness of financial information by identifying certain events and circumstances and explaining their financial effects on the enterprise.

\*    \*    \*    \*    \*

## Statement of Financial Accounting Concepts No. 1
## Objectives of Financial Reporting by Business Enterprises

### STATEMENTS OF FINANCIAL ACCOUNTING CONCEPTS

This is the first in a series of Statements of Financial Accounting Concepts. The purpose of the series is to set forth fundamentals on which financial accounting and reporting standards will be based. More specifically, Statements of Financial Accounting Concepts are intended to establish the objectives and concepts that the Financial Accounting Standards Board will use in developing standards of financial accounting and reporting.

The Board itself is likely to be the major user and thus the most direct beneficiary of the guidance provided by the new series. However, knowledge of the objectives and concepts the Board uses should enable all who are affected by or interested in financial accounting standards to better understand the content and limitations of information provided by financial accounting and reporting, thereby furthering their ability to use that information effectively and enhancing confidence in financial accounting and reporting. That knowledge, if used with care, may also provide guidance in resolving new or emerging problems of financial accounting and reporting in the absence of applicable authoritative pronouncements.

Unlike a Statement of Financial Accounting Standards, a Statement of Financial Accounting Concepts does not establish generally accepted accounting principles and therefore is not intended to invoke the application of Rule 203 of the Rules of Conduct of the Code of Professional Ethics of the American Institute of Certified Public Accountants (or successor rule or arrangement of similar scope and intent).* Like other pronouncements of the Board, a Statement of Financial Accounting Concepts may be amended, superseded, or withdrawn by appropriate action under the Board's *Rules of Procedure.*

The Board recognizes that in certain respects current generally accepted accounting principles may be inconsistent with those that may derive from the objectives and concepts set forth in this Statement and others in the series. In due course, the Board expects to reexamine its pronouncements, pronouncements of predecessor standard-setting bodies, and existing financial reporting practice in the light of newly enunciated objectives and concepts. In the meantime, a Statement of Financial Accounting Concepts does not (a) require a change in existing generally accepted accounting principles, (b) amend, modify, or interpret Statements of Financial Accounting Standards, Interpretations of the FASB, effective Opinions of the Accounting Principles Board, or effective Bulletins of the Committee on Accounting Procedure, or (c) justify either changing existing generally accepted accounting and reporting practices or interpreting the pronouncements listed in (b) based on personal interpretations of the objectives and concepts in the Statements of Financial Accounting Concepts.

To establish objectives and concepts will not, by itself, directly solve financial accounting and reporting problems. Rather, objectives and concepts are tools for solving problems. Moreover, although individual Statements of Financial Accounting Concepts may be issued serially, they will form a cohesive set of interrelated concepts and will often need to be used jointly.

The new series of Statements of Financial Accounting Concepts is intended and expected to serve the public interest within the context of the role of financial accounting and reporting in the economy—to provide evenhanded financial and other information that, together with information from other sources, facilitates efficient functioning of capital and other markets and otherwise assists in promoting efficient allocation of scarce resources in the economy.

---

*Rule 203 prohibits a member of the American Institute of Certified Public Accountants from expressing an opinion that financial statements conform with generally accepted accounting principles if those statements contain a material departure from an accounting principle promulgated by the Financial Accounting Standards Board, unless the member can demonstrate that because of unusual circumstances the financial statements otherwise would have been misleading.