## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case No. Case 2:19-cv-01227-ER |

## [PROPOSED] ORDER

Pending before the Court is Defendants' Motion to Dismiss the Amended Complaint, ECF No. 33 (the "Motion"). After reviewing the Complaint (ECF No. 31) and the submissions in support of and in opposition to Defendants' Motion, the Court finds that the Motion should be **DENIED**.

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE EDUARDO C. ROBRENO
SENIOR UNITED STATES DISTRICT JUDGE

1