

1600 Market Street   Suite 3600
Philadelphia, PA  19103-7286
215.751.2000  Fax 215.751.2205  schnader.com

April 3, 2020

Ira Neil Richards
Direct Dial 215-751-2503
Direct Fax: 215-751-2205
E-mail: irichards@schnader.com

**VIA ECF**

The Honorable Eduardo C. Robreno
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

> **RE:** ***Utah Retirement Systems v. Healthcare Services Group, Inc., et al.*, No. 2:19-cv-01227-ER**
> **Response to Defendants' Notice of Supplemental Authority (ECF No. 40)**

Dear Judge Robreno:

We represent Lead Plaintiff Utah Retirement Systems in the above-referenced matter and write in response to Defendants' Notice of Supplemental Authority in Connection with Motion to Dismiss (ECF No. 40).

The non-binding, out-of-circuit decision and order submitted by Defendants, *Lewis v. YRC Worldwide, Inc.*, 2020 U.S. Dist. LEXIS 53471 (N.D.N.Y. Mar. 27, 2020), is distinguishable, particularly regarding claims of a failure to disclose a Department of Justice investigation stemming from a *qui tam* action that was under seal for the vast majority of the class period.  In general, *Lewis* does not provide meaningful further support for any of Defendants' positions.  To the extent, however, that the Court believes that it would benefit from further briefing on any issue raised in *Lewis*, Lead Plaintiff would be happy to do so upon request of the Court.

Respectfully,

*/s/ Ira Neil Richards*

Ira Neil Richards
For SCHNADER HARRISON SEGAL & LEWIS LLP

Schnader  Harrison  Segal  &  Lewis LLP