**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case No. Case 2:19-cv-01227-ER |

**[PROPOSED] ORDER**

Pending before the Court is Defendants' Motion for Reconsideration of the Court's April 24, 2010 Order Denying Defendants' Motion to Dismiss, ECF No. 45 (the "Motion"). After reviewing the Motion and Plaintiff's Memorandum of Law in Opposition to the Motion, the Court finds that the Motion should be **DENIED**.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE EDUARDO C. ROBRENO
SENIOR UNITED STATES DISTRICT JUDGE

1