**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| UTAH RETIREMENT SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. |

Case No. 2:19-cv-01227-ER

**STIPULATED QUALIFIED PROTECTIVE ORDER**

WHEREAS, Lead Plaintiff Utah Retirement Systems ("Lead Plaintiff") and Defendants Healthcare Services Group, Inc., Daniel P. McCartney, Theodore Wahl, John C. Shea, and Matthew J. McKee ("Defendants") (together, "the Parties") anticipate that discovery in this case may require the exchange of personally identifiable information and information that may be deemed Protected Health Information ("PHI"), as that term is defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") or the regulations implementing HIPAA.

WHEREAS, the Court entered a Stipulated Protective Order in this case on July 28, 2020 (the "July 28, 2020 Protective Order") that did not expressly address PHI.

WHEREAS, the Parties desire to supplement the terms of the July 28, 2020 Protective Order to govern the exchange of personally identifiable information and information that may be deemed PHI.

NOW, THEREFORE, the Parties stipulate to the entry of, and request the Court to enter, this Stipulated Qualified Protective Order:

1

In order to protect the confidentiality of personally identifiable information and PHI produced by any party, to the greatest extent possible consistent with the requesting party's desire to examine and use the documents and materials in the course of this litigation, and to address this situation should it arise in the course of future discovery, the Parties agree that all discovery in this case shall be governed as follows:

1.      The dissemination of personally identifiable information and PHI disclosed during the course of this action shall be governed by the July 28, 2020 Protective Order and this Stipulated Qualified Protective Order.  Unless otherwise defined herein, each term used in this Stipulated Qualified Protective Order shall have the meaning assigned to such term in the July 28, 2020 Protective Order.

2.      "PHI" or "protected health information" shall have the same scope and definition as set forth in 45 CFR §§ 160.103 and 164.501.  Without limiting the generality of the foregoing, "PHI" includes, but is not limited to, health information, including demographic information, relating to either, (a) the past, present or future physical or mental condition of an individual, (b) the provision of care to an individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3.      "Personally identifiable information" means any data that could potentially be used to identify a particular person including social security numbers, financial account numbers, and home addresses.

4.      The parties agree that PHI and personally identifiable information are deemed Highly Confidential Information as defined in the July 28, 2020 Protective Order and that the parties must take all reasonable administrative, technical and physical safeguards necessary and in compliance with all applicable laws to protect the security of such Highly Confidential

2

Information.  If a Producing Party determines that Discovery Materials contain personally identifiable information or PHI, the Producing Party will designate such Discovery Materials as "Highly Confidential."  To the extent any PHI or personally identifiable information is produced without being designated as "Highly Confidential," the Parties shall have the right to re-designate the material as Highly Confidential subject to the procedures set forth in Section 13 of the July 28, 2020 Protective Order.

5.      Pursuant to 45 CFR §164.512(e)(1)(v)(A), Discovery Materials that contain PHI, shall not be used or disclosed by the Parties for any purpose other than the litigation of the above-captioned matter.  PHI may be disclosed to the individuals and under the conditions set forth in Section 6 of the July 28, 2020 Protective Order, which governs the disclosure of Highly Confidential Information.  Additionally, vendors retained by or for the parties referenced in Section (6)(h) of said Order shall be contractually bound not to disclose or use the PHI for any purpose other than carrying out their duties and to keep the PHI confidential.

6.      Pursuant to 45 CFR §164.512(e)(1)(v)(B) and Section 23 of the July 28, 2020 Protective Order, all PHI, including all copies thereof, must be destroyed at the end of this litigation.

7.      The Parties agree that this protective order constitutes a qualified protective order as defined in 45 C.F.R. § 164.512(e)(1)(v), and that disclosure of such information is thereby permitted under 45 C.F.R. § 164.512(e)(1)(ii)(B).

Dated: September 9, 2020                          Respectfully submitted,


/s/ Patrick T. Egan                              /s/ Robert L. Hickok
Ira Neil Richards                                Robert L. Hickok (PA Bar No. 30101)
Arleigh P. Helfer III                            Jay A. Dubow (PA Bar No. 41741)
SCHNADER HARRISON SEGAL &                        Joanna J. Cline (PA Bar No. 83195)
LEWIS LLP                                        Daniel J. Boland (PA Bar No. 91263)
1600 Market Street, Ste. 3600                    TROUTMAN PEPPER HAMILTON
Philadelphia, PA 19103                           SANDERS LLP
Telephone: (215) 751-2503                        3000 Two Logan Square
Email: irichards@schnader.com                    Eighteenth & Arch Streets
Email: ahelfer@schnader.com                      Philadelphia, PA 19103-2799
                                                 (215) 981-4000
*Counsel for Lead Plaintiff Utah Retirement*     Email: robert.hickok@troutman.com
*Systems & Liaison Counsel for the Class*        Email: jay.dubow@troutman.com
                                                 Email: joanna.cline@troutman.com
and                                              Email: daniel.boland@troutman.com

Nicole Lavallee (Pro Hac Vice)                   *Attorneys for Defendants Healthcare Services*
Jeffrey V. Rocha (Pro Hac Vice)                  *Group, Inc., Daniel P. McCartney, Theodore*
BERMAN TABACCO                                   *Wahl, John C. Shea, and Matthew J. McKee*
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Email: nlavallee@bermantabacco.com
velias@bermantabacco.com

Patrick T. Egan (Pro Hac Vice)
Steven J. Buttacavoli (Pro Hac Vice)
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
sbuttacavoli@bermantabacco.com

*Counsel for Lead Plaintiff Utah Retirement*
*Systems & Lead Counsel for the Class*

4

5

**SO ORDERED.**

Dated: <u>September 11</u> , 2020                    <u>s/Eduardo C. Robreno</u>
                                                                    **HON. EDUARDO C. ROBRENO, U.S.D.J.**

5