**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case No. 2:19-cv-01227-ER |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S**
**MOTION FOR CLASS CERTIFICATION AND**
**APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

Court-appointed Lead Plaintiff Utah Retirement Systems ("Lead Plaintiff"), having moved for certification of this action as a class action on behalf of those who purchased or otherwise acquired common stock of Healthcare Services Group, Inc. ("HCSG"), and appointment of class representative and class counsel, pursuant to Rules 23(a), 23(b)(3), and 23(g) of the Federal Rules of Civil Procedure; and the Court, having considered the papers and argument submitted in support of and in opposition to the motion; and good cause having been shown;

WHEREAS the proposed Class is defined as follows:

All persons and entities who purchased or otherwise acquired the common stock of HCSG from April 8, 2014 through March 4, 2019, inclusive (the "Class Period") and were damaged thereby. Excluded from the Class are: (i) Defendants and any affiliates or subsidiaries of HCSG; (ii) present or former officer, director, or controlling persons of HCSG, its subsidiaries, or its affiliates, and their immediate family members; (iii) Defendants' directors' and officers' liability carriers and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant has or has had a controlling interest; and (v) the legal representatives, heirs, estates, agents, successors, or assigns of any person or entity described in the preceding categories.

1

WHEREAS the Court finds, pursuant to Rule 23(a) that: (1) the Class is so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the Class; (3) the claims of Lead Plaintiff are typical of the claims of the Class; and (4) Lead Plaintiff will fairly and adequately protect the interests of the Class;

WHEREAS the Court finds, pursuant to Rule 23(b)(3), that questions of law or fact common to members of the Class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy; and

WHEREAS the Court finds, pursuant to Rule 23(g), that Berman Tabacco as Class Counsel and Schnader Harrison Segal & Lewis LLP as Class Liaison Counsel will fairly and adequately represent the interests of the Class;

IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff's motion for class certification and appointment of class representative and class counsel is GRANTED;

2. The Class, as defined above, is certified pursuant to Rules 23(a) and 23(b)(3);

3. Lead Plaintiff Utah Retirement Systems is appointed as Class Representative pursuant to Rules 23(a) and 23(b)(3);

4. Pursuant to Rule 23(g), Lead Counsel Berman Tabacco is appointed as Class Counsel and Schnader Harrison Segal & Lewis LLP is appointed as Class Liaison Counsel.


IT IS SO ORDERED.

DATED: _____

_____

Hon. Eduardo C. Robreno
United States District Judge
Eastern District of Pennsylvania

2