**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE, <br><br> Defendants. | Case No. 2:19-cv-01227-ER |

**DECLARATION OF PATRICK T. EGAN IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**
**AND APPOINTMENT OF CLASS REPRESENTATIVE**
**AND CLASS COUNSEL**

I, Patrick T. Egan, hereby declare as follows:

1.      I am an attorney admitted to practice *pro hac vice* in this Court and a partner at the law firm Berman Tabacco, lead counsel for Lead Plaintiff Utah Retirement Systems ("Lead Plaintiff").

2.      I submit this Declaration in support of Lead Plaintiff's motion pursuant to Rules 23(a), 23(b)(3), and 23(g) of the Federal Rules of Civil Procedure for an order: (a) certifying the proposed class in this action; (b) appointing Lead Plaintiff as Class Representative; and (c) appointing Berman Tabacco as Class Counsel and Schnader Harrison Segal & Lewis LLP as Class Liaison Counsel.

3.      Since the inception of this case, my firm has aggressively investigated and prosecuted the claims in this action on behalf of the class.  My firm has reviewed news articles, analyst reports, and other publicly available information concerning the allegations in the

Complaint; interviewed a number of former Healthcare Services Group, Inc. employees; researched and analyzed potential claims; drafted the Amended Complaint; successfully opposed Defendants' motion to dismiss and motion for reconsideration; consulted with our expert; and conducted discovery. As detailed in my firm's resume, Berman Tabacco has been prosecuting complex securities class actions, like this one, since 1982. Berman Tabacco has prosecuted and will continue to prosecute this action vigorously on behalf of Lead Plaintiff and the proposed class, representing the interests of the class fairly and adequately, and will commit the resources necessary to resolve this case on the best terms possible for members of the class.

4.      Attached hereto are true and correct copies of the following documents:

   1) Exhibit A: Firm resume of Berman Tabacco

   2) Exhibit B: Firm resume of Schnader Harrison Segal & Lewis LLP

   3) Exhibit C: Expert Report of Zachary Nye, Ph.D., dated November 13, 2020

   4) Exhibit D: Declaration of Daniel Andersen, dated November 12, 2020

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2020

Patrick T. Egan