# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case No. Case 2:19-cv-01227-ER |

**DECLARATION OF DANIEL ANDERSEN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, Daniel Andersen, on behalf of Lead Plaintiff Utah Retirement Systems ("URS" or "Lead Plaintiff"), hereby certify that the following is true and correct and to the best of my knowledge, information, and belief:

1. I respectfully submit this Declaration on behalf of URS in support of its motion for class certification and appointment as a class representative for the proposed class in the above-captioned action. Unless otherwise specifically noted, I have personal knowledge about the information in this Declaration and, if called as a witness, could and would competently testify thereto.

2. I am Executive Director of URS, and I am authorized to make this certification on behalf of URS.

3. URS manages more than $35.2 billion for over 235,000 beneficiaries. As set forth in the certification attached to Lead Plaintiff's Amended Complaint for Violations of the Federal

1

Securities Laws, URS purchased HCSG common stock during the Class Period, and suffered damages as a result. While that certification included all of URS purchases of HCSG, it did not include a limited number of shares received through an in-kind distribution from a comingled account that was transferred to URS for immediate sale. As such, attached as Exhibit A is a chart to supplement URS's prior certification. Exhibit A hereto contains URS's transactions in the securities that are the subject of this action. Other than those transactions set forth in Exhibit A, URS has engaged in no transactions during the Class Period in any securities issued by HCSG.

4.    URS did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws.

5.    On June 17, 2019, the Court appointed URS as Lead Plaintiff in this action. Lead Plaintiff understands that acting as a class representative in this action involves serving as a fiduciary for the benefit of the class of investors in Healthcare Services Group, Inc. common stock that it seeks to represent. I understand that URS owes a fiduciary duty to all members of the class to provide fair and adequate representation, and to continue to work actively with class counsel in order to obtain the best possible result for the class. URS is willing to serve as a representative party on behalf of the class and fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995. URS intends to pursue this litigation for the best interests of all class members.

6. Lead Plaintiff has diligently pursued the effective prosecution of this action. To date, URS has authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed the Complaint and various other pleadings, motions, discovery requests and responses; and reviewed the Court's related orders and opinions. Lead Plaintiff has also participated in

2

strategic decisions, and has communicated frequently with outside counsel concerning case status, Court orders, and strategy, including with respect to pre-trial discovery and the collection of potentially relevant hard copy and electronic documents and communications from URS's files.

7. URS will continue to fulfill its duties to the putative class through its consultation with, and by directing the efforts of, its selected counsel, Berman Tabacco, in this litigation.

8. URS selected Berman Tabacco as its counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, URS believes that Berman Tabacco possesses the necessary resources to prosecute this case effectively.

9. Lead Plaintiff is, and will continue to be, fully committed to actively prosecuting this action in the best interest of the Class. Lead Plaintiff will further continue to discharge its obligations to participate in this action by supervising this litigation and its counsel, by producing responsive documents, giving deposition testimony, and (to the extent necessary and appropriate) testifying at trial.

10. During the three-year period preceding the date of this certification, URS has sought to serve, or served, as a representative party on behalf of a class under the federal securities laws in the following matters:

- *Pension Trust Fund for Operating Engineers v. DeVry Education Grp., et al.*, No. 1:16-cv-05198 (N.D. Ill.) (currently serving as lead plaintiff).
- *Saunders v. Chesapeake Energy Corporation, et al.*, No. 5:16-cv-01150-R (W.D. Okla.) (appointed lead plaintiff).
- *In re Allergan Generic Drug Pricing Sec. Litig.*, No. 2:16-cv-09449 (KSH) (CLW) (D.N.J.) (not appointed lead plaintiff).
- *In re Aegean Marine Petroleum Network, Inc. Securities Litigation,* No. 18-cv-4993 (S.D.N.Y) (currently serving as lead plaintiff).
- *Wayne County Employees' Retirement System v. Mavenir, Inc. (flk/a Xura Inc.),* No. 18-cv-01229 (D. Del.) (not appointed lead plaintiff).
- *In re Weatherford Int'l PLC (2019) Sec. Litig.*, No. 19-cv-03363 (S.D. Tex.) (currently serving as lead plaintiff).

3

11. URS will not accept any payment for serving as class representative on behalf of the class beyond URS's *pro rata* share of any recovery, except for any award, as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2020.

_____
Daniel Andersen

4

# EXHIBIT A

**Healthcare Services Group Inc.**
**Common Stock (Cusip 421906108)**
**Exhibit A**

**Class Period**: 04/08/14-03/04/19

**Shareholder**: Utah Retirement Systems

| Trade Date | Transaction | Shares Bought | Shares Sold | Trade Price |
|---|---|---|---|---|
| 05/06/14 | Acquisition [1] | 750 | | $29.0600 |
| 05/06/14 | Acquisition [1] | 989 | | $29.0600 |
| 05/06/14 | Acquisition [1] | 1,560 | | $29.0600 |
| 05/06/14 | Acquisition [1] | 1,875 | | $29.0600 |
| 05/13/14 | Sale | | (5,174) | $29.2006 |
| 09/22/17 | Purchase | 486 | | $53.1895 |
| 09/22/17 | Purchase | 8,605 | | $53.2567 |
| 09/25/17 | Purchase | 15,306 | | $53.4430 |
| 09/26/17 | Purchase | 20,772 | | $54.2904 |
| 09/27/17 | Purchase | 3,858 | | $54.4394 |
| 09/28/17 | Purchase | 6,624 | | $55.1880 |
| 09/28/17 | Purchase | 14,456 | | $55.3096 |
| 11/09/17 | Purchase | 953 | | $51.5887 |
| 11/09/17 | Purchase | 19,869 | | $51.4741 |
| 11/10/17 | Purchase | 4,803 | | $51.2157 |
| 11/10/17 | Purchase | 48,694 | | $51.2356 |
| 12/13/17 | Purchase | 527 | | $51.2635 |
| 12/13/17 | Purchase | 1,702 | | $51.0335 |
| 12/13/17 | Purchase | 3,098 | | $51.0718 |
| 12/14/17 | Purchase | 7 | | $51.2000 |
| 12/14/17 | Purchase | 823 | | $51.0992 |
| 12/14/17 | Purchase | 2,580 | | $51.0387 |
| 12/14/17 | Purchase | 3,403 | | $51.4586 |
| 12/18/17 | Purchase | 1,468 | | $53.6150 |
| 12/18/17 | Purchase | 3,792 | | $53.5884 |
| 12/20/17 | Purchase | 3,092 | | $53.7726 |
| 12/20/17 | Purchase | 5,434 | | $54.0407 |
| 12/21/17 | Purchase | 969 | | $54.0295 |
| 12/21/17 | Purchase | 1,381 | | $54.6186 |
| 12/21/17 | Purchase | 1,890 | | $54.5999 |
| 12/21/17 | Purchase | 3,781 | | $54.6420 |
| 12/22/17 | Purchase | 1,603 | | $54.7000 |
| 12/22/17 | Purchase | 1,771 | | $54.1968 |
| 12/22/17 | Purchase | 3,386 | | $54.5308 |
| 03/02/18 | Purchase | 9,434 | | $44.7800 |
| 09/18/18 | Purchase | 378 | | $43.8600 |
| 09/18/18 | Purchase | 1,164 | | $43.8492 |
| 09/18/18 | Purchase | 5,537 | | $43.6752 |
| 09/19/18 | Purchase | 1,586 | | $43.8707 |
| 09/19/18 | Purchase | 4,094 | | $43.5934 |
| 09/19/18 | Purchase | 8,186 | | $43.7847 |
| 09/20/18 | Purchase | 453 | | $43.7000 |
| 09/20/18 | Purchase | 999 | | $43.4762 |
| 09/21/18 | Purchase | 1,055 | | $44.2773 |
| 01/15/19 | Sale | | (117) | $42.9307 |
| 01/15/19 | Sale | | (13,122) | $42.9457 |
| 01/16/19 | Sale | | (451) | $42.8055 |
| 01/16/19 | Sale | | (968) | $43.0718 |

**Healthcare Services Group Inc.**
**Common Stock (Cusip 421906108)**
**Exhibit A**

**Class Period**: 04/08/14-03/04/19

**Shareholder**: Utah Retirement Systems

| Trade Date | Transaction | Shares Bought | Shares Sold | Trade Price |
|---|---|---|---|---|
| 01/16/19 | Sale | | (2,911) | $42.8664 |
| 01/16/19 | Sale | | (9,612) | $42.8874 |
| 01/17/19 | Sale | | (1,310) | $43.1276 |
| 01/17/19 | Sale | | (10,520) | $42.8633 |
| 01/18/19 | Sale | | (3,982) | $42.7950 |
| 01/18/19 | Sale | | (4,158) | $43.4811 |
| 01/22/19 | Sale | | (3,713) | $43.8562 |
| | | | | |
| [1] Shares are priced at the close price on 05/06/14. | | | | |