**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS,<br><br>   Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC.,<br>DANIEL P. MCCARTNEY, THEODORE<br>WAHL, JOHN C. SHEA, and<br>MATTHEW  J. MCKEE,<br><br>   Defendants. | Case No. 2:19-cv-01227-ER |

**DECLARATION OF ROBERT L. HICKOK IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Robert L. Hickok, declare as follows:

1.  I am a partner at the law firm of Troutman Pepper Hamilton Sanders LLP, attorneys for Defendants in this matter.  I respectfully submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification.

2.  Attached as Exhibit A is an article by Monocle Accounting Research, "Healthcare Services Group: A Decade of 'Strategic Rounding,'" that was published on Seeking Alpha on March 22, 2017.

3.  Attached as Exhibit B is a March 4, 2019 Form 8-K filed by Healthcare Services Group, Inc. ("HCSG").

4.  Attached as Exhibit C is the January 27, 2021 Expert Report of Steven Choi and accompanying exhibits.

5.  Attached as Exhibit D are excerpts from the 2017 Form 10-K filed by HCSG.

6.  Attached as Exhibit E is an article by Monocle Accounting Research, "Healthcare Services Group: More 'Strategic Rounding' And Other Shenanigans,'" that was published on Seeking Alpha on April 17, 2017.

7.  Attached as Exhibit F is the article Dave Michaels, "SEC Probes Whether Companies Rounded Up Earnings Per Share," Wall Street Journal, June 22, 2018, available at https://www.wsj.com/articles/sec-probes-whether-companies-rounded-up-earnings-1529699702.

8.      Attached as Exhibit G is the SEC Press Release, "SEC Charges Companies, Former Executives as Part of Risk-Based Initiatives, Sept. 28, 2020 available at https://www.sec.gov/news/press-release/2020-226.

9.      Attached as Exhibit H is HCSG's May 1, 2019 Earnings Call Transcript.

10.     Attached as Exhibit I are excerpts from the December 4, 2020 Rule 30(b)(6) Deposition of Utah Retirement Systems, Through its Corporate Representative Kevin Catlett.  (FILED UNDER SEAL).

11.     Attached as Exhibit J are excerpts from the November 23, 2020 Rule 30(b)(6) Deposition of Wasatch Global Investors a/k/a Wasatch Advisors, Inc., Through its Corporate Representative, Ryan Snow.  (FILED UNDER SEAL).

12.     Attached as Exhibit K is the Declaration of Minho Hyun. (FILED UNDER SEAL).

13.     Attached as Exhibit L is a November 14, 2017 Email chain involving Ken Korngiebel of Wasatch Global Investors a/k/a Wasatch Advisors, Inc. ("Wasatch") and Jim Rocchio of Robert W. Baird & Co. (Exhibit 27 to Snow Dep.)  (FILED UNDER SEAL).

14.     Attached as Exhibit M are excerpts from the November 23, 2020 Rule 30(b)(6) Deposition of Wasatch Global Investors a/k/a Wasatch Advisors, Inc., Through its Corporate Representative, Catherine (Kitty) Swenson.  (FILED UNDER SEAL).

15.     Attached as Exhibit N is a spreadsheet containing Utah Retirement Systems' transactions in HCSG securities (Exhibit 25 to Catlett Dep.)  (FILED UNDER SEAL).

16.     Attached as Exhibit O are excerpts from the December 10, 2020 Deposition of Zachary Nye, Ph.D.

17.     Attached as Exhibit P is a March 22, 2019 Email from Kitty Swenson of Wasatch to Rich Eggett of Utah Retirement Systems (Exhibit 23 to Catlett Dep.)  (FILED UNDER SEAL).

18.     Attached as Exhibit Q is the February 6, 2018 Earnings Release for HCSG.

19.     Attached as Exhibit R is the April 17, 2018 Earnings Release for HCSG.

20.     Attached as Exhibit S is the July 7, 2018 Earnings Release for HCSG.

21.     Attached as Exhibit T is the February 5, 2019 Earnings Release for HCSG.

-3-

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this twenty-seventh day of January 2021.

*/s/ Robert L. Hickok*
Robert L. Hickok