**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| UTAH RETIREMENT SYSTEMS, |
| |
| Plaintiff, |
| |
| v. |
| |
| HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE, |
| |
| Defendants. |

Case No. 2:19-cv-01227-ER

**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S**
**MOTION FOR CLASS CERTIFICATION AND**
**APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

AND NOW, this ____ day of _____, 2021, upon consideration of the Motion

of Lead Plaintiff Utah Retirement Systems for Class Certification and Appointment of Class

Representative and Class Counsel, it is hereby **ORDERED** that Lead Plaintiff's Motion is

**DENIED**.

BY THE COURT:

_____
Eduardo C. Robreno, U.S.D.J.