# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Healthcare Services Group, Inc. Litigation | Case No. 2:19-cv-01227-ER |

**Expert Report of Stephen Choi**

**January 27, 2021**

# Table of Contents

I.      Qualifications ................................................................................................. 1

II.     Assignment ..................................................................................................... 2

III.    Summary of Opinions ..................................................................................... 3

IV.     Allegations ...................................................................................................... 5

V.      Background ..................................................................................................... 7

VI.     Dr. Nye Does Not Articulate a Methodology That Is Capable of Measuring Class-Wide Damages in a Manner That Is Consistent with Theories of Liability Alleged by Plaintiff 9

        A.      Dr. Nye presents a generic boilerplate damages approach and fails to identify a damage methodology to reliably address the specific issues in this matter ...................... 10

        B.      Dr. Nye's proposed damage approach does not explain how he would account for alleged corrective information that could not have been disclosed at the beginning of the Proposed Class Period ..................................................................................... 11

        C.      Dr. Nye does not articulate how he would reliably disentangle a price reaction that reflects the materialization of a risk ...................................................................... 13

                1.   Materialization of a known risk ................................................... 13

                2.   Materialization of a concealed risk ............................................. 15

        D.      Dr. Nye ignores that the alleged EPS rounding practices were known to the market at the latest by the release of the Monocle Report in March 2017 ...................... 16

        E.      Dr. Nye fails to articulate how his damage approach would take into consideration the time-varying nature of the alleged inflation ................................................. 19

        F.      Dr. Nye asserts that he would use the price responses to the alleged partial corrective disclosures to measure inflation but fails to consider the information contained in those disclosures ...................................................................................... 20

                1.   February 6, 2018 ......................................................................... 25

                2.   April 17, 2018 ............................................................................. 28

                3.   July 17, 2018 .............................................................................. 32

                4.   February 5, 2019 ......................................................................... 35

        G.      Dr. Nye's damage methodology ignores potential conflicts between different members of the Proposed Class ........................................................................ 37

## I.    Qualifications

1.    I am the Bernard Petrie Professor of Law and Business at the New York University Law School.  I received a Ph.D. in economics with a focus on corporate finance and industrial organization from Harvard University in 1997.  I received a J.D. from Harvard Law School in 1994 where I graduated first in my class and was a Supervising Editor of the Harvard Law Review.  While at Harvard Law School, I was awarded the Fay Diploma, the Sears Prize, and the Irving Oberman Memorial Award.  Before joining the New York University Law School faculty, I was the Roger J. Traynor Professor of Law at the University of California, Berkeley Law School.

2.    My primary research focus is in the areas of securities regulation and corporate law with a particular emphasis on the economic analysis of the enforcement of the securities laws.  I have published over 80 articles in journals including the Yale Law Journal, Stanford Law Review, California Law Review, Columbia Law Review, University of Chicago Law Review, Michigan Law Review, Southern California Law Review, Journal of Empirical Legal Studies, Journal of Legal Studies, Journal of Law, Economics, and Organization, and International Review of Law and Economics.  The Journal of Empirical Legal Studies, Journal of Legal Studies, Journal of Law, Economics, and Organization, and International Review of Law and Economics are peer-reviewed journals.  Several of my papers have been recognized by Corporate Practice Commentator's annual survey as one of the ten best articles in the areas of corporate and securities law.  I am also the co-author of a casebook on securities regulations used in law schools in the United States (Securities Regulation: Cases and Analysis, 5th Edition, published by Foundation Press).

3.      I have taught securities regulation since I entered legal academia and presently teach the course at NYU.  I am the co-director of the Pollack Center for Law & Business, a joint center between NYU Law School and NYU Stern Business School.  I was the chair of the Association of American Law Schools' section on Securities Regulation for 2006–2007, a member of the Board of Directors of the American Law and Economics Association for 2007–2010, and a former term member of the U.S. Council on Foreign Relations for 2000–2005.  In addition, I have made numerous presentations relating to corporate and securities issues.

4.      A copy of my curriculum vitae is attached as Appendix A, and a list of cases in which I have submitted an expert report or testified as an expert at trial or by deposition during the past four years is attached as Appendix B.

## II.      Assignment

5.      I have been retained by counsel for Healthcare Services Group ("HCSG" or the "Company") to review and respond to the expert report submitted by Dr. Zachary Nye dated November 13, 2020 ("Nye Report").  Specifically, I have been asked to evaluate whether Dr. Nye has articulated a methodology for calculating damages on a class-wide basis that is consistent with Plaintiff's theories of liability in this matter.

6.      A list of materials I have reviewed and relied upon in forming my opinions is attached as Appendix C.

7.      I am being compensated at my standard billing rate of $1,100 per hour.  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from

Cornerstone Research is in any way contingent or based on the content of my opinion or the outcome of this or any other matter.

## III.    Summary of Opinions

8.    Dr. Nye fails to present a damage methodology that could be used to measure damages reliably in this matter in a manner that is consistent with Plaintiff's multiple theories of liability.

9.    Dr. Nye presents a damage approach that is simplistic and generic, and ignores the facts and circumstances of this case.  Indeed, Dr. Nye acknowledged that the approach to measure damages he has presented in this case is not specific to this matter, but rather can be and has been presented by him in a number of different matters.

10.    Notably, while Dr. Nye claims he would use price declines following alleged corrective disclosures to estimate inflation, he does not explain *how* he would use these price declines to estimate inflation on each day of the Proposed Class Period that spans almost five years.

11.    With respect to Plaintiff's allegation that HCSG failed to disclose the SEC investigation until March 4, 2019, Dr. Nye's damage methodology is flawed and inadequate.

　　　　a.    Specifically, Dr. Nye does not take into consideration that HCSG was not aware of an actual SEC investigation prior to November 2017 (because it had not yet occurred).  Dr. Nye fails to articulate how his damage approach would account for the March 4, 2019 disclosure, that is alleged to be corrective, but that could not have been disclosed at the beginning of the Proposed Class Period, which starts in April 2014.

　　　　b.    Dr. Nye's damage approach fails to address the risk of an SEC investigation was disclosed prior to March 4, 2019, and accordingly, any price reaction to the

announcement of the actual SEC investigation on March 4, 2019 would have represented the reaction to the materialization of a known risk.

c.  Even assuming for the sake of argument that the risk of a possible SEC investigation was not known to market participants, Dr. Nye has failed to articulate how he would disentangle the portion of the price reaction on March 4, 2019 due to dissipation of inflation in the stock price as a result of the revelation of the allegedly concealed risk from the portion of the price reaction due to the materialization of this concealed risk (the disclosure of the actual SEC investigation).

12.    With respect to Plaintiff's allegation that HCSG consistently rounded up the Company's reported EPS results, Dr. Nye's damage approach is similarly flawed and inadequate.

a.  Dr. Nye's damage approach ignores that the alleged EPS rounding practices were known to the market at the latest by the release of the Monocle Report on March 22, 2017.  In particular, Dr. Nye fails to explain how any price declines following disclosures after the release of the Monocle Report on March 22, 2017 could be used to measure inflation in HCSG's stock associated with the failure to disclose such practices.

b.  Dr. Nye has also not provided a methodology that would account for the varying inflation across the almost five-year long Proposed Class Period, including computing the inflation due to EPS rounding for each day in the Proposed Class Period prior to the Monocle Report's publication in March 2017.

13.    As noted, Dr. Nye asserts that he will use the price declines in response to alleged corrective disclosures to measure inflation in HCSG's stock price.  However, with regard to the

price movements following the earnings miss days alleged as corrective disclosures (February 6, 2018, April 17, 2018, July 17, 2018, and February 5, 2019), Dr. Nye does not articulate how he plans to use these price movements to measure inflation.  Indeed, in conjunction with his event study analysis, Dr. Nye concludes that the price declines on these dates are consistent with information unrelated to the allegations.  Despite purporting to analyze the "total mix of information" on each of these days, Dr. Nye does not present evidence of any information disclosed related to the allegations regarding the Company's EPS rounding practices in his explanations of the price declines on these dates.

14.    Dr. Nye's purported damage methodology also fails to consider potential conflicts between members of the proposed class.  In particular, he fails to consider that various class members would not all have suffered the same economic harm under the different allegations and are likely to have different interests in apportioning inflation.

## IV.    Allegations

15.    Plaintiff alleges that HCSG manipulated net income and EPS "to ensure the Company consistently met analyst expectations and portrayed an appearance of consistency in a volatile market."[1]  Specifically, Plaintiffs allege that HCSG "consistently rounded up the Company's reported EPS results over the course of 45 consecutive quarters."[2]

16.    Plaintiff alleges that HCSG was "able to achieve materially significant changes to the Company's reported EPS – in fractions of pennies – through manipulation of the primary driver

---

[1] Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws, Utah Retirement Systems, Individually and on Behalf of All Others Similarly Situated, v. Healthcare Services Group, Inc., et al., 2:19-cv-01227-ER (E.D. Pa., September 17, 2019) ("Complaint"), ¶ 4.
[2] Complaint, ¶ 6.

of the Company's expenses:  labor costs."[3]  Plaintiff's motion for class certification claims that "[t]hrough serial manipulation of the Company's net income, largely by relatively modest and essentially undetectable rigging of the Company's labor expenses and related accounting accruals, Defendants produced quarterly EPS results ending with a third digit – representing tenths of a cent – of five or greater, which allowed the Company's EPS to be 'rounded up' to avoid missing analysts' consensus targets."[4]

17.    Further, Plaintiff alleges that HCSG "abruptly ceased its illicit EPS practice, but continued to hide from investors its past conduct and an ongoing SEC investigation."[5]  Plaintiff also alleges that HCSG's 2017 Form 10-K (which was filed on February 23, 2018) "omitted to disclose any information about the SEC's investigation of the Company's EPS practices, which had been proceeding since approximately November 2017."[6]

18.    Plaintiff alleges that during the period from April 8, 2014 to March 4, 2019 ("Proposed Class Period"), Defendants made misstatements about HCSG's quarterly EPS, "computations used to calculate EPS," and "adequacy of Company's controls."[7]  Plaintiff alleges that during the later portion of the Proposed Class Period, "Defendants concealed the existence of the SEC investigation," which was disclosed after the close of the Proposed Class Period.[8]

---

[3] Complaint, ¶ 42.
[4] Lead Plaintiff's Memorandum of Law In Support of Motion for Class Certification and Appointment of Class Representative and Class Counsel, 2:19-cv-01227-ER (E.D. Pa., November 13, 2020), pp. 3–4.
[5] Complaint, ¶ 4.
[6] Complaint, ¶ 245.
[7] Complaint, ¶¶ 1, 7.
[8] Complaint, ¶¶ 13, 17.

## V.   Background

19.   Founded in 1976, Pennsylvania-based HCSG provides outsourced housekeeping and dining services to long-term and post-acute healthcare facilities in the United States.[9]  The Company's customers include over 3,000 facilities including nursing homes, assisted living facilities, skilled nursing facilities, rehabilitation centers, and psychiatric hospitals.[10]  HCSG's common stock is listed on the Nasdaq.[11]

20.   On March 22, 2017, investment analyst, Monocle Accounting Research issued a report ("Monocle Report" or the "Report") that noted there was evidence that suggested the Company engaged in "earnings management," as revealed by a pattern of "strategic rounding" of its reported quarterly EPS.[12]  The Monocle Report stated that "HCSG appears to have actively and aggressively managed its quarterly EPS for over a decade."[13]

21.   The Monocle Report noted that, at the very least, the Company's approach "increases exposure to restatement risk, enforcement proceedings, and securities fraud claims."[14]  Indeed, the author of the Monocle Report noted that "we have alerted" the Securities and Exchange Commission ("SEC") to the "extreme outlier nature of HCSG's reported EPS history" and "will let that agency determine if HCSG's accounting practices require a deeper dive."[15]

22.   In November 2017, HCSG received a letter from the SEC, informing the Company that the SEC was conducting an inquiry into the Company's EPS "calculation practices and

---

[9] Healthcare Services Group, Inc. Form 10-K for FY2019, filed February 21, 2020, p. 1.
[10] Healthcare Services Group, Inc. Form 10-K for FY2019, filed February 21, 2020, pp. 1, 3.
[11] Healthcare Services Group, Inc. Form 10-K for FY2019, filed February 21, 2020, p. 13.
[12] Monocle Accounting Research, "Healthcare Services Group: A Decade of 'Strategic Rounding'," *Seeking Alpha*, March 22, 2017, https://seekingalpha.com/article/4057253-healthcare-services-group-decade-of-strategic-rounding ("Monocle Report").
[13] Monocle Report.
[14] Monocle Report.
[15] Monocle Report.

requesting that the Company voluntarily provide certain information and documents relating to its EPS rounding and reporting practices."[16]  In March 2018, the Company received a subpoena from the SEC in connection with these matters.[17]

23.    On March 4, 2019, HCSG disclosed the SEC inquiry and subsequent subpoena to the market.[18]  The Company also disclosed that during the fourth quarter of 2018, it had authorized outside counsel to conduct an internal investigation into matters related to the SEC's March 2018 subpoena.[19]  The Company further stated that it would delay the filing of its 2018 10-K, but that it expected to file its Form 10-K within the Rule 12b-25 fifteen-day extension period.[20]

24.    Subsequently, on March 18, 2019, the Company filed its 2018 Form 10-K with the SEC, within the Rule 12b-25 fifteen-day extension period.[21]  In the 2018 Form 10-K, HCSG disclosed "[t]he SEC's investigation into our earnings per share ('EPS') calculation practices could result in potential sanctions or penalties, distraction to our management and result in litigation from third parties, each of which could adversely affect or cause variability in our financial results…In addition, the Company may be subject to litigation from third parties related to the matters under review by the SEC."[22]

---

[16] Healthcare Services Group, Inc. Form 12b-25, Notification of Late Filing of 10-K for FY2018, filed March 4, 2019.

[17] Healthcare Services Group, Inc. Form 12b-25, Notification of Late Filing of 10-K for FY2018, filed March 4, 2019.

[18] Healthcare Services Group, Inc. Form 12b-25, Notification of Late Filing of 10-K for FY2018, filed March 4, 2019. *See also* Healthcare Services Group, Inc. Form 8-K, filed March 4, 2019.

[19] Healthcare Services Group, Inc. Form 12b-25, Notification of Late Filing of 10-K for FY2018, filed March 4, 2019. *See also* Healthcare Services Group, Inc. Form 8-K, filed March 4, 2019.

[20] Healthcare Services Group, Inc. Form 12b-25, Notification of Late Filing of 10-K for FY2018, filed March 4, 2019. *See also* Healthcare Services Group, Inc. Form 8-K, filed March 4, 2019.

[21] Healthcare Services Group, Inc. Form 10-K for FY2018, filed March 18, 2019, p. 68.

[22] Healthcare Services Group, Inc. Form 10-K for FY2018, filed March 18, 2019, p. 12.

25.    The 2018 Form 10-K also disclosed that the Company's "internal investigation was completed in March 2019, prior to the filing of this Annual Report on Form 10-K."[23]  Regarding the internal investigation, the Company later stated, "we completed a comprehensive internal investigation into the matters related to the SEC inquiry and [with] the completion of that investigation filed our 10-K with an unqualified opinion from our external auditors. The investigation was conducted by a nationally renowned law firm and supported by a Big 4 accounting firm's forensic practice."[24]

**VI.    Dr. Nye Does Not Articulate a Methodology That Is Capable of Measuring Class-Wide Damages in a Manner That Is Consistent with Theories of Liability Alleged by Plaintiff**

26.    Dr. Nye asserts that "damages can be calculated…using a method that is common to the Class and in a manner consistent with Lead Plaintiff's theory of liability."[25]  I understand that Plaintiff is not required to demonstrate loss causation at the class certification stage; however, I also understand that Plaintiff is required to present a methodology that can reliably measure damages on a class-wide basis consistent with Plaintiff's theory of liability.

27.    In this case, I understand that the Plaintiff alleges two theories of liability.  The first is that the Company misled investors into believing that the Company met or beat analyst consensus estimates for EPS by consistently rounding up the Company's reported EPS,[26] and the second is that the Company failed to disclose the presence of an SEC investigation.[27]  Exhibit 1

---

[23] Healthcare Services Group, Inc. Form 10-K for FY2018, filed March 18, 2019, p. 12.
[24] "Edited Transcript: Q1 2019 Healthcare Services Group, Inc. Earnings Call," Thomson Reuters, May 1, 2019, p. 3.
[25] Expert Report of Zachary Nye, Ph.D., November 13, 2020 and exhibits ("Nye Report"), ¶ 63.
[26] Complaint, ¶¶ 4–6.
[27] Complaint, ¶ 4.

shows a timeline of select events during the Proposed Class Period related to Plaintiff's allegations.

28.     As I discuss in this section, Dr. Nye does *not* present a damage methodology that could be used to measure damages reliably in this matter, in a manner that is consistent with Plaintiff's theories of liability. Instead, his damage approach is simplistic and generic, ignores the facts and circumstances of this case, and is inadequate and flawed in several respects.

    **A.    Dr. Nye presents a generic boilerplate damages approach and fails to identify a damage methodology to reliably address the specific issues in this matter**

29.     Dr. Nye's damage approach is generic and simplistic. Dr. Nye states that "[p]rice inflation may be measured on a Class-wide basis by analyzing the change in a security's price caused by a corrective disclosure and/or the materialization of a concealed risk" and that "[a]n event study can be used to isolate Company-specific price movement caused by the revelation of true facts related to the alleged fraud."[28] Dr. Nye further states that "[a]fter isolating the price impact of the alleged misstatements and omissions, one can estimate the price inflation due to the alleged fraud for each day during the Class Period…."[29]

30.     As an initial matter, Dr. Nye does not explain *how* he would use price declines on alleged corrective disclosure dates to estimate inflation on each day of the Proposed Class Period that spans almost five years. At deposition, Dr. Nye stated that the "event study" damage methodology is applicable in this matter but failed to articulate clearly how he would use such a tool to calculate inflation on each day of the Proposed Class Period.[30] For multiple reasons

---

[28] Nye Report, ¶ 60.
[29] Nye Report, ¶ 60.
[30] Deposition of Dr. Zachary Nye, December 10, 2020 ("Nye Deposition"), 35:12–16; 184:20–185:24; 186:17–187:15; 192:11–194:13.

discussed below, simply applying an event study to the price declines following the alleged corrective disclosures, as described by Dr. Nye,[31] would not result in a reliable estimate of inflation across the Proposed Class Period applicable to either theory of liability advanced by the Plaintiff in this matter.

31.     Indeed, Dr. Nye does not articulate any concrete methodology to address reliably the specific issues or challenges raised by the facts and circumstances specific to this matter.  In fact, Dr. Nye testified that the damage approach he has presented in this case is not specific to this matter, but rather can be and has been presented by him in a number of different matters.[32]

**B.      Dr. Nye's proposed damage approach does not explain how he would account for alleged corrective information that could not have been disclosed at the beginning of the Proposed Class Period**

32.     As shown in Exhibit 1, the Proposed Class Period begins in April 2014, and the SEC investigation into the Company's EPS rounding practices did not start until November 2017. Also, as shown in Exhibit 1, HCSG filed its 2017 Form 10-K on February 23, 2018.  HCSG's 2017 Form 10-K is the first instance identified in the Complaint of an alleged misstatement or omission associated with the failure to disclose the SEC investigation,[33] and I understand from Counsel that HCSG had no duty to disclose the SEC investigation prior to March 4, 2019. Further, Plaintiff alleges that "[t]hroughout the *latter* portion of the Class Period, Defendants concealed the existence of the SEC investigation from the public."[34]  Additionally, Dr. Nye

---

[31] Nye Report, ¶ 60.
[32] Nye Deposition, 184:14–19; 192:16–19.
[33] The Complaint alleges that "[t]he 2017 Form 10-K also contained additional misstatements and material omissions as a consequence of the Company's failure to disclose the existence of the SEC's investigation into the Company's EPS practices."  Complaint, ¶ 245.
[34] Complaint, ¶ 13 (emphasis added).

conceded at deposition that HCSG could not have disclosed the existence of an SEC investigation or inquiry prior to when it was first known to the Company, no earlier than November 2017.[35] However, Dr. Nye does not articulate how his damage approach would address that the Company could not have known and, therefore, could not have disclosed the SEC investigation at the beginning of the Proposed Class Period in April 2014.

33.     While he does not clearly articulate how inflation would be estimated, Dr. Nye indicates that he would utilize the stock price declines in response to alleged corrective disclosures to estimate inflation for each day during the Proposed Class Period (i.e., a back-casting approach).[36] However, he fails to describe how such a decline, following the disclosure of the SEC investigation on March 4, 2019, could be relevant in determining inflation for share purchases made prior to February 23, 2018 (i.e., the earliest date identified in the Complaint of an alleged misstatement or omission regarding the failure to disclose the SEC investigation).[37] In particular, I understand that inflation is the difference between a company's actual stock price and the hypothetical (or "but-for") price at which it would have traded had the alleged misleading information been made public. Thus, the but-for price depends on what could and should have been disclosed at each point in time during the Proposed Class Period. Prior to February 23, 2018, there would have been no difference between the actual stock price and the but-for stock price because the Company either could not have disclosed the existence of an SEC investigation because it had not yet commenced or had, according to my understanding from

---

[35] Nye Deposition, 163:24–164:11.
[36] Nye Report, ¶ 60. *See also,* Nye Deposition, 186:17–187:15.
[37] Complaint, ¶ 245.

counsel, no duty to disclose such information after it had commenced and prior to March 4, 2019.

34.    Any approach to measure damages that back-casts inflation based on the stock price movement following the disclosure of the SEC investigation (on March 4, 2019) to the beginning of the Proposed Class Period would overstate damages.  Indeed, prior to November 2017, the Company was not even aware of the SEC investigation because it had not yet occurred.  Dr. Nye's damage approach fails to acknowledge this issue and accordingly, Dr. Nye has failed to articulate how his approach to measure damages would account for a disclosure alleged to be corrective, but which could not have been disclosed at the beginning of the Proposed Class Period.

**C.    Dr. Nye does not articulate how he would reliably disentangle a price reaction that reflects the materialization of a risk**

**1.    Materialization of a known risk**

35.    Plaintiff alleges HCSG's disclosure of the SEC inquiry and subsequent subpoena on March 4, 2019 as a corrective disclosure.[38]  However, the market would have been aware of a risk of a potential SEC investigation prior to the March 4, 2019 disclosure.  Dr. Nye acknowledged at deposition that for any public company, there is always some risk of an SEC investigation.[39]  Indeed, HCSG repeatedly disclosed the risk of such investigations in its SEC filings even prior to the beginning of the Proposed Class Period.[40]

---

[38] Complaint, ¶ 14.

[39] Nye Deposition, 127:8–13.

[40] For example, HCSG 2013 Form 10-K filed in February 2014, stated under "Risk Factors" that "[w]e are required to maintain internal control over financial reporting pursuant to Rule 13a-15 under the Exchange Act. Failure to maintain such controls could result in misstatements in our financial statements and potentially subject us to sanctions or investigations by the SEC or other regulatory authorities or could cause us to delay the filing of required

36.     In addition to public knowledge of the general risk of an SEC investigation, the market had information on the specific possibility of an SEC investigation regarding the alleged rounding practices by HCSG for at least a portion of the Proposed Class Period.  Indeed, the Monocle Report published in March 2017 stated that Monocle had "alerted" the SEC regarding HCSG's rounding practices.[41]

37.     Moreover, the market was aware that the SEC was generally investigating EPS rounding practices of public companies prior to March 2019.  For example, a Wall Street Journal article dated June 22, 2018 noted that, "[e]nforcement officials at the Securities and Exchange Commission have sent queries to at least 10 companies, asking the firms to provide information about accounting adjustments that could push their reported earnings per share higher."[42] Following HCSG's disclosure in March 2019 about the SEC investigation, an analyst from Stephens mentioned the same Wall Street Journal article, commenting, "we would note that a WSJ [Wall Street Journal] article from last year suggested the SEC was investigating the EPS calculations of a number of companies, so we believe HCSG is not alone."[43]

38.     As described above, the market would have known about the risk of an SEC investigation for HCSG related to the alleged rounding practices prior to March 4, 2019.  Accordingly, any price reaction to the announcement of the SEC investigation would have represented the reaction to the materialization of a known risk.

---

reports with the SEC and our reporting of financial results.  Any of these events could result in a decline in the price of shares of our common stock. Although we have taken steps to maintain our internal control structure as required, we cannot assure you that control deficiencies will not result in a misstatement in the future."  *See*, Healthcare Services Group, Inc. Form 10-K for FY2013, filed February 21, 2014, p. 13.

[41] Monocle Report.

[42] Dave Michaels, "SEC Probes Whether Companies Rounded Up Earnings Per Share," *The Wall Street Journal*, June 22, 2018, https://www.wsj.com/articles/sec-probes-whether-companies-rounded-up-earnings-1529699702.

[43] Stephens, "HCSG 1Q19 Preview," April 10, 2019, p. 2.

## 2.    Materialization of a concealed risk

39.    At deposition, Dr. Nye indicated that HCSG's alleged EPS rounding exposed the Company to the risk of regulatory action that HCSG did not disclose (i.e., a concealed risk).[44] The Nye Report contends that "price inflation may be measured on a Class-wide basis by analyzing the change in a security's price caused by a corrective disclosure and/or the materialization of a concealed risk."[45]  Even assuming for the sake of argument that the risk of an SEC investigation was not known to market participants, Dr. Nye has failed to articulate how he would disentangle the portion of the price reaction on March 4, 2019 due to dissipation of inflation in the stock price as a result of the revelation of the allegedly concealed risk itself from the portion due to the materialization of this concealed risk.

40.    In particular, assuming that the risk of an SEC investigation was allegedly concealed by the Company, the price decline on March 4, 2019 would reflect both the impact of the *revelation of a concealed risk* and, separately, the impact of the *materialization of that risk*.  From an economic perspective, only the price decline due to the revelation of a concealed risk can be used to measure inflation during the Proposed Class Period.  While Dr. Nye asserts that an event study applied to the corrective disclosures can measure inflation due to a concealed risk,[46] he fails to provide any explanation of how an event study would achieve this objective.  Specifically, his proposed damage approach fails to address that the price decline when a risk materializes reflects the impact of the purportedly concealed risk (which would have a probability of occurrence of less than one during the Proposed Class Period) now becoming a certainty (i.e., with a

---

[44] Nye Deposition, 162:24–163:20.
[45] Nye Report, ¶ 60.
[46] Nye Report, ¶¶ 60-61.

probability of one).  Simply using a price decline when the risk materializes to measure damages would lead to an overstatement of damages, as any stock price inflation during the Proposed Class Period when the realization of the risk is uncertain would be different from the price movement in response to the alleged corrective disclosure when the risk ultimately materializes.

**D.    Dr. Nye ignores that the alleged EPS rounding practices were known to the market at the latest by the release of the Monocle Report in March 2017**

41.    The Complaint alleges that HCSG "consistently rounded up the Company's reported EPS results over the course of 45 consecutive quarters…."[47]  As described below, if the market for HCSG stock is efficient, then at the latest, the market would have been fully informed about HCSG's alleged EPS rounding practices with the publication of the Monocle Report on March 22, 2017.  However, as shown in Exhibit 1, Plaintiff alleges corrective disclosures *after* March 22, 2017.  Given that the market was aware of the alleged EPS rounding practices (at the latest) by March 22, 2017, Dr. Nye's damage methodology fails to establish how the price declines on the alleged corrective disclosures after March 22, 2017 could be used to measure inflation associated with the alleged EPS rounding practices.

42.    Even prior to March 22, 2017, the market would have had publicly available information regarding HCSG's alleged EPS rounding practices.  EPS is a metric that is calculated by dividing a company's net income for a particular period (such as a quarter) by the total number of outstanding common shares.[48]  Both of the components that are inputs to the EPS calculation, i.e., the net income or earnings and the total number of shares outstanding, are publicly available

---

[47] Complaint, ¶ 6.
[48] "Beginners' Guide to Financial Statements," *SEC*, January 12, 2014, https://www.sec.gov/oiea/reportspubs/investor-publications/beginners-guide-to-financial-statements.html.

for publicly-listed companies. Consistent with this, HCGS's net income and number of shares outstanding were publicly available. Indeed, Dr. Nye acknowledged in deposition that this information was publicly available.[49] Accordingly, even prior to the publication of the Monocle Report, a market participant could have performed a simple calculation to observe the frequency with which the digit in the third decimal point of the Company's EPS was rounded up to the nearest penny and could have ascertained that the reported EPS results were "consistently rounded up,"[50] as the Complaint alleges.[51, 52]

43.         The Monocle Report, which was titled "Healthcare Services Group: A Decade of 'Strategic Rounding,'" was published in March 2017 and reported this simple EPS calculation (from publicly available information).[53] The Report asserted that "[a] review of a decade's worth of earnings reports reveals an odd and concerning pattern, that of 'strategic rounding' of quarterly earnings per share."[54] The Monocle Report also stated that "HCSG's history of EPS rounding up is tantamount to HCSG flipping heads on a coin toss 44 straight times, the odds of which are a staggering 1 in 17.6 trillion" and that the EPS rounding issue "is one that should be of meaningful concern to HCSG shareholders."[55]

---

[49] Nye Deposition, 121:4–19; 123:18–24.

[50] Complaint, ¶ 6.

[51] In fact, given that Plaintiff alleges that the Company engaged in EPS rounding even prior to the beginning of the Proposed Class Period, a market participant could have determined that the EPS was "consistently rounded up" prior to the Proposed Class Period. Complaint, ¶¶ 5–6, 65, 72. *See also,* discussion in Section VI. E.

[52] Moreover, to the extent that EPS rounding provides information regarding earnings management, market participants have analytical tools available that are specifically designed to detect potential earnings manipulation. These tools typically utilize publicly-available data. One example of such a tool is Beneish's M score, which assesses the probability of manipulation (PROBM). *See,* Beneish, M. (1999), "The Detection of Earnings Manipulation," *Financial Analysts Journal*, 55(5), 24-36. *See also* Beneish, M. D. and Nichols, C. D. (2007), "The Predictable Cost of Earnings Manipulation," SSRN: https://ssrn.com/abstract=1006840 or http://dx.doi.org/10.2139/ssrn.1006840.

[53] Monocle Report.

[54] Monocle Report.

[55] Monocle Report.

44.     The Monocle Report was published on Seeking Alpha's website.  Seeking Alpha is a service that publishes content related to financial markets, including stock market news and analysis.[56]  The content on Seeking Alpha is widely available to market participants.  A Seeking Alpha media kit from 2017 highlighted that the website receives 40 million monthly visits, has seven million unique monthly visitors, and 1.4 million registered users active monthly.[57]  Dr. Nye testified that over the last five to 10 years, Seeking Alpha has become an important source of information, by which "economically material information is disclosed to the market…"[58]

45.     Thus, even if the market was not fully aware of HCSG's alleged EPS rounding practices prior to the issuance of the Monocle Report, the publication of the report in March 2017 would have informed the market about HCSG's alleged EPS rounding practices.  Consistent with this, Dr. Nye's event study shows that there is a statistically significant stock price decline following the publication of the Monocle Report.[59]

46.     Given that the Monocle Report explicitly informed market participants regarding the alleged EPS rounding practices, Dr. Nye fails to explain how any price declines following alleged corrective disclosures after the release of the Monocle Report on March 22, 2017 could be used to measure inflation in HCSG stock associated with the failure to disclose such practices.

---

[56] "About Seeking Alpha," *Seeking Alpha*, https://seekingalpha.com/page/about_us, accessed on January 21, 2021.
[57] "2017 Media Kit," *Seeking Alpha*, August 22, 2017, https://static.seekingalpha.com/uploads/2017/8/22/sa_media_kit_08_2017.pdf.
[58] Nye Deposition, 114:16–115:16.
[59] The Monocle Report was published after market hours on March 22, 2017.  According to Dr. Nye's event study, the company-specific price movement on March 23, 2017 is negative and statistically significant at the 95 percent confidence level.  *See*, Nye Report, Exhibit 11B, p. 16.

**E.    Dr. Nye fails to articulate how his damage approach would take into consideration the time-varying nature of the alleged inflation**

47.    The Complaint alleges that the Company engaged in EPS rounding prior to the Proposed Class Period, over the course of 45 consecutive quarters beginning more than a decade ago, starting in Q1 2006, i.e., 8 years prior to the start of the Proposed Class Period.[60]  Consequently, even before the beginning of the Proposed Class Period, a market participant could have performed a simple EPS calculation to determine whether EPS was consistently rounded up.  If the alleged EPS rounding practices were known to the market at the beginning of the Proposed Class Period, there can be no inflation during the Proposed Class Period for the failure to disclose such practices.

48.    Even assuming, as Plaintiff contends, that the market did not know about the alleged EPS rounding at the beginning of the Proposed Class Period, and the stock price was inflated at the beginning of the Proposed Class Period due to HCSG's failure to disclose the EPS rounding practices, the observed frequency of EPS rounding using publicly available information would have increased over time during the Proposed Class Period.  This would have led to an increasing ability for the market to discern such rounding practices and thus reduce any potential inflation over the course of the Proposed Class Period.  For example, assuming that the market did not already know about the alleged EPS rounding, on April 8, 2014, the first earnings date in the Proposed Class Period, the market would observe just one instance of rounding during the Proposed Class Period—which would be difficult to distinguish from mere chance.  Under the same assumption, by February 2, 2016, the eighth earnings date in the Proposed Class Period, the

---

[60] Complaint, ¶¶ 5–6, 65, 72.  The Complaint cites a table from the Monocle Report, which shows HCSG's quarterly EPS results starting in Q1 2006.

market would have eight consecutive instances of upward rounding during the Proposed Class Period to observe, which would be less likely to be due to mere chance.[61]   Accordingly, the inflation from the alleged failure to disclose the EPS rounding practices would have varied with time over the Proposed Class Period.

49.     Dr. Nye, who purports to have a damage methodology consistent with Plaintiff's liability theory, did not even have an opinion as to whether inflation would be constant or would change with time during the almost five-year Proposed Class Period.[62]   Notably, the observed frequency of the EPS rounding increased over the Proposed Class Period and would have led to a change in any alleged stock price inflation.   However, Dr. Nye has provided no methodology on how he would account for the varying inflation across time, including computing the inflation due to EPS rounding for each day in the Proposed Class Period prior to the Monocle Report's publication in March 2017.

     **F.     Dr. Nye asserts that he would use the price responses to the alleged partial corrective disclosures to measure inflation but fails to consider the information contained in those disclosures**

50.     The Complaint alleges that "Defendants' earnings manipulation was revealed to the market in a series of partial corrective disclosures" and that "[e]ach disclosure only partially revealed the earnings manipulation…."[63]   Specifically, the Complaint alleges partial corrective disclosures after the close of market on four days.   As shown in Exhibit 1, each of these four

---

[61] Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three Months and Year Ended December 31, 2015," February 2, 2016, https://investor hcsgcorp.com/news/news-details/2016/Healthcare-Services-Group-Inc-Reports-Results-for-the-Three-Months-and-Year-Ended-December-31-2015/default.aspx.
[62] Nye Deposition, 186:17–187:23; 192:11–23.
[63] Complaint, ¶338.

days are after the Monocle Report publication in March 2017: February 6, 2018, April 17, 2018, July 17, 2018, and February 5, 2019.[64]  Each of these alleged partial corrective disclosures is a date on which HCSG announced quarterly earnings.[65]

51.    The Complaint does not specify what new information related to the allegations was revealed to the market on these days, but instead simply claims that HCSG missed consensus EPS estimates on each of these dates.[66]  In addition, despite purporting to have a damage methodology that is consistent with Plaintiff's theory of liability, Dr. Nye acknowledged at deposition that he did not "necessarily know" if the earnings announcement days were alleged as corrective disclosures.[67]

52.    Further, Dr. Nye asserts that he would use the price declines in response to alleged corrective disclosures to measure inflation in HCSG's stock price.[68]  I have seen no evidence that indicates that the earnings miss (which can occur due to a variety of factors) on the alleged partial corrective disclosure days provides information to the market about allegations related to EPS rounding, and Dr. Nye does not articulate how he plans to use the price declines following these earnings miss days alleged as corrective disclosures to estimate inflation.  Indeed, on one of the dates, February 6, 2018, HCSG did not miss consensus EPS estimates, excluding one-time items.[69]  On another of the dates, July 17, 2018, the EPS miss was larger than one cent, and on

---

[64] Complaint, ¶¶ 339–342.

[65] Nye Report, Exhibit 12, pp. 1–2.  *See also,* "Quarterly Results" *Healthcare Services Group, Inc.*, https://investor.hcsgcorp.com/financials/quarterly-results/default.aspx.

[66] Complaint, ¶¶ 339–342.

[67] Nye Deposition, 152:7–153:7.

[68] Nye Report, ¶ 60.

[69] *See, e.g.,* CL King & Associates, "HCSG First Take: Q4 as Expected as Revenues Grow 25%," February 6, 2018, p. 1 ("HCSG had another strong quarter, with Q4 EPS (excluding one-time re-measurement costs associated with tax reform of $4.5MM) of $0.33, up from $0.28 last year and slightly ahead of consensus of $0.31").  Indeed, Dr. Nye acknowledges that on this date, the Company did not miss consensus EPS estimates, excluding one-time items. *See,* Nye Report, Exhibit 12, p. 219.

April 17, 2018, according to Dr. Nye, the EPS miss was three cents.[70]  In other words, even in the absence of the alleged manipulation to round up EPS to the nearest penny, the Company would have still missed consensus EPS estimates on July 17, 2018 and April 17, 2018.[71]  Accordingly, even if one were to adopt Plaintiff's unsupported implication that a one cent miss would provide information regarding the alleged EPS practices, in these quarters that would have been irrelevant.  Indeed, I have seen no evidence that the miss provided any information regarding the Company's alleged EPS rounding practices.

53.     Moreover, Dr. Nye fails to explain what inference can be drawn from the mere fact of an EPS miss in and of itself.  Several potential factors can lead to an increase in the propensity for a company to miss its consensus EPS estimates, other than a cessation in EPS rounding.  Exhibit 2 shows the standard deviation of analyst EPS targets for HCSG over the Proposed Class Period.  As shown in the exhibit, the standard deviation of analyst EPS targets was generally higher between Q4 2017 and Q4 2018, a period that coincided with pressure on HCSG's profitability as a result of the Company's business expansion in 2017.[72]  The increased dispersion of EPS

---

[70] Nye Report, Exhibit 12, p. 229.

[71] As noted earlier, Plaintiff's motion for class certification claims that "[t]hrough serial manipulation of the Company's net income, largely by relatively modest and essentially undetectable rigging of the Company's labor expenses and related accounting accruals, Defendants produced quarterly EPS results ending with a third digit – representing tenths of a cent – of five or greater, which allowed the Company's EPS to be 'rounded up' to avoid missing analysts' consensus targets."  *See* Lead Plaintiff's Memorandum Of Law In Support Of Motion For Class Certification And Appointment Of Class Representative And Class Counsel, 2:19-cv-01227-ER (E.D. Pa., November 13, 2020), pp. 3–4.

[72] For example, in June 2017, an analyst from Baird stated, "we highlight the roll-out of a large tranche of new business, which could temporarily pressure margins in 2Q17/2H17 and preclude HCSG from securing additional new business wins as management digests recent gains."  *See* Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): Tactical Repositioning; Long-Term Opportunity," June 29, 2017, p. 1.  In October 2017, an analyst from Jefferies wrote, "3Q GM [gross margin] was 13.1% vs. the 14.0% we were modeling and 13.5% in 2Q.  Mgmt had expected sequential improvement in 3Q as it worked to get the 2Q facilities 'on budget'; however, a large union presence in those facilities coupled with inefficiencies in the 3Q implementations slowed progress.  A step-up is expected in 4Q and incremental improvements each quarter thereafter with a return to more 'normal' margin levels to come in 2018."  *See* Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 3Q17 Results," October 18, 2017, p. 1.  In February 2018, an analyst from Jefferies commented, "4Q EBIT margin grew… to 6.6%, but remains well below the mid-7s HCSG was running at before the Genesis deal.  That deal, coupled with ~$70M

estimates among analysts indicates that the market had greater uncertainty with respect to HCSG's EPS following the business expansion.  There is evidence from the academic literature that increased dispersion or uncertainty in analyst estimates is associated with a higher likelihood of a company missing the analyst consensus EPS estimates.[73]

54.    Further, the Complaint does not specify how the alleged manipulations of the "primary driver of the Company's expenses," i.e., labor costs, were revealed to the market on these dates.[74]  In my review of the Company disclosures, public press, and analyst reports on these days, I have found no evidence to support that the price declines associated with the alleged partial corrective disclosures were related to the allegations regarding the Company's EPS

---

of other new business implemented in 2H17 has weighed on margins.  Over the coming quarters, mgmt. expects to work its way back to historical levels…"  *See* Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 4Q17 Results," February 7, 2018, p. 1.  In April 2018, an analyst from CL King noted that "it continues to take longer to get gross margins back to historical levels as the company continues to digest the large amount of business added."  *See* CL King & Associates, "HCSG: Q1 Operating Results as Expected; Receivables Issues in the Rearview Mirror, but Still Working on Margins," April 18, 2018, p.1.  In July 2018, an analyst from CL King noted, "[w]e still believe the gross margin issue will prove temporary, although, admittedly, it appears to be taking longer than expected. We believe the business added last year is close to being on budget now and still see a return to 14%+ gross margins in the intermediate term."  See CL King & Associates, "HCSG: Transitory Margin Pressures Mask Underlying Progress; Still Believe Margin Issues Temporary," July 18, 2018, p. 1.  In October 2018, an analyst from Credit Suisse noted, "HCSG said they made significant progress towards their 2018 priorities and that not all of that progress was reflected in Q3 results. Those priorities include realizing efficiencies at the facility level on maturing 2017 business.  Management sees high visibility on exiting the year at the 14% target gross margin and expects that margin to be fully reflected in 1Q19 results."  *See* Credit Suisse, "Conference Call Takes: Color on Q3 Results," October 17, 2018, p. 1.  In February 2019, an analyst from Jefferies commented, "Turning to GM: adjusting costs $6.7M for Genesis, $9M for the A/R reserves, $14.5M for the non-recurring portion of the workers comp benefit and $3M of 1x manager ramp up expenses, HCSG generated ~13.6%.  Not quite 14%, but still showing QoQ progress from 13.4% in 3Q. That said, mgmt. said it exited the year at 14% and expects to maintain that level into '19."  *See* Jefferies, "Key Insights from HCSG's 4Q18," February 5, 2019, p. 1.

[73] For example, Bissessur and Veenman (2016) report "…we show that firms with relatively low forecast uncertainty are significantly more likely to report earnings that just beat rather than just miss analyst expectations." Bissessur, S. and Veenman, D. (2016), "Analyst information precision and small earnings surprises," *Review of Accounting Studies*, 21, 1327–1360, p. 1354.  Similarly, Veenman and Verwijmeren (2020) find that "firms with low analyst dispersion are substantially more likely to achieve positive earnings surprises, and provide new evidence consistent with both expectations management and strategic forecast pessimism explaining this result."  Veenman, D. and Verwijmeren, P. (2020), "The Earnings Expectations Game and the Dispersion Anomaly," *Management Science* (Accepted for Publication), 1–16, p. 1.  *See also*, Barton, J. and Simko, P. (2002), "The Balance Sheet as an Earnings Management Constraint," *The Accounting Review*, 77, 1–27.

[74] Complaint, ¶ 42, ¶¶ 339–342.

rounding practices or manipulation of labor costs.[75]  Importantly, in asserting that he would use price declines following the alleged partial corrective disclosures to measure inflation, Dr. Nye's generic damage approach completely disregards the information contained in these alleged disclosures.

55.     Moreover, Dr. Nye does not provide a methodology for how he would account for unrelated confounding information on the partial disclosure dates.  While the price of HCSG's stock declined on each of these alleged partial corrective disclosure dates, Dr. Nye's damages approach ignores that on these dates (which are quarterly earnings announcement dates), negative news unrelated to the allegations was released and that market participants attributed the Company's stock price declines to this information.  In fact, Dr. Nye's event study analysis (specifically Exhibit 12 to the Nye Report) identifies such information, (i.e., information unrelated to the allegations) and concludes that the price declines on these dates is consistent with this information.[76]  Indeed, in purporting to analyze the "total mix of information"[77] on each of the alleged partial corrective disclosure days, Dr. Nye does not present evidence of any information related to the allegations that was disclosed to the market on these dates.[78]

---

[75] For each of the four earnings releases alleged as partial corrective disclosure dates (February 6, 2018, April 17, 2018, July 17, 2018, and February 5, 2019), I reviewed the earnings release by the Company and the transcript of the subsequent earnings call.  For each of the four dates, I also reviewed HCSG analyst reports from the date of the earnings release to seven days after the earnings release.  I reviewed analyst reports that were either included in Dr. Nye's backup, or available from Capital IQ or Refinitiv Eikon.  For each of the four dates, I also reviewed public press on the date of the earnings release and the next date.  For public press, I searched the Factiva database for articles containing the term "Healthcare Services Group" or "HCSG," or with the Factiva Data Symbol of "HESER" or Company Code "HCSG."

[76] Nye Report, Exhibit 12, pp. 219, 229–230, 243, 281.

[77] The alleged partial corrective disclosures (February 6, 2018, April 17, 2018, July 17, 2018, and February 5, 2019) are event dates for Dr. Nye's event study, and Dr. Nye asserts that he has reviewed the "total mix of information" on these event dates. *See,* Nye Report, Exhibit 12, pp.1–2; Nye Deposition, 149:19–150:3; 161:8–14.

[78] Nye Report, Exhibit 12.

56.     Dr. Nye has failed to explain how he would use the price declines associated with these four alleged partial corrective disclosure dates to measure inflation to calculate damages in a manner that is consistent with Plaintiff's theory of liability.  Below, I analyze each of the four partial corrective disclosures dates alleged in the Complaint.

### 1.     February 6, 2018

57.     The Complaint alleges that "on February 6, 2018, after the markets closed, the Company issued an earnings release in which Healthcare Services reported Q4 2017 EPS of $0.27, falling short of the consensus EPS estimate of approximately $0.31.  In response to this news, on February 7, 2018, the price of the Company's stock fell by $1.44 per share…a decline of 2.82%..."[79]

58.     I have reviewed the earnings release issued by the Company on February 6, 2018.  The earnings release contains no mention of the Company's alleged EPS rounding practices.[80] Similarly, the subsequent earnings call for Q4 2017, which was held on February 7, 2018, did not contain any mention of HCSG's alleged EPS rounding practices.[81]  Further, considering recurring earnings (i.e., excluding one-time items), which is the measure that EPS consensus estimates typically reflect,[82] the Company's reported EPS for Q4 2017 did not miss analyst consensus estimates.  While the Company reported EPS on this day of $0.27, this included a

---

[79] Complaint, ¶ 339.

[80] Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three Months and Year Ended December 31, 2017," February 6, 2018.

[81] "Edited Transcript: Q4 2017 Healthcare Services Group Inc. Earnings Call," Thomson Reuters, February 7, 2018.

[82] Dr. Nye compares recurring earnings with consensus EPS estimates.  For example, for the February 5, 2019 earnings release, Dr. Nye evaluates "revenue and EPS…after adjusting for one-time charges…" *See, for example,* Nye Report, Exhibit 12, 281.

$0.06 per share of one-time expenses related to the re-measurement of the deferred tax balances in 4Q 2017. For example, regarding the EPS, an analyst from CL King commented:

> HCSG had another strong quarter, with Q4 EPS (excluding one-time re-measurement costs associated with tax reform of $4.5MM) at $0.33, up from $0.28 last year and **slightly ahead of consensus** at $0.31.[83]

59.    Similarly, an analyst from Credit Suisse noted that quarterly EPS (excluding one-time expenses) was above consensus estimates:

> 4Q17 Adjusted EPS $0.02 Ahead of Consensus:  HCSG's 4Q17 reported EPS of $0.27 included $0.06/share of drag related to the remeasurement of deferred tax balances in 4Q17. **The comparable adjusted EPS of $0.33 was $0.02 ahead of consensus** and in-line with our estimate of $0.33.[84]

60.    Moreover, analysts also commented on HCSG's reported profit margins for 4Q 2017, which improved compared to the previous quarter, but noted that that there was pressure on the profitability margins due to the new business implemented in the previous year.[85]   For example, regarding the Company's Earnings Before Interest and Tax ("EBIT") Margins, an analyst from Jefferies noted:

> EBIT Margins Should Continue to Improve. 4Q EBIT margin grew >20 bps sequentially to 6.6%, but remains well below the mid-7s HCSG was running at before the Genesis deal. That deal, coupled with ~$70M of other new business implemented in 2H17 has weighed on margins. Over the coming quarters, mgmt. expects to work its way back to historical levels….[86]

---

[83] CL King & Associates, "HCSG: Sell-off Provides One More Chance; Lowest Forward Multiple in Several Years, Despite Accelerating Growth," February 7, 2018 (emphasis added).
[84] Credit Suisse, "4Q17 Strong; Tax Reform Accelerating Earnings Growth & Financial Flexibility," February 7, 2018 (emphasis added).
[85] CL King & Associates, "HCSG: Sell-off Provides One More Chance; Lowest Forward Multiple in Several Years, Despite Accelerating Growth," February 7, 2018.
[86] Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 4Q17 Results," February 7, 2018.

61.     In other words, despite Plaintiff's allegation that the Company missed analyst estimates after the SEC initiated its inquiry of the Company's EPS practices in November 2017,[87] the first alleged corrective disclosure identified in the Complaint is a quarterly earnings announcement in which the Company did *not* miss its EPS estimates (excluding one-time items), and in which the Company's EBIT margins (which are a direct function of expenses) improved compared to the previous quarter.

62.     Moreover, I have seen no commentary in the public press or analyst reports that attributes the stock price decline to the Company's alleged EPS rounding practices or to the alleged manipulation of labor costs.

63.     Instead, market observations focused on factors unrelated to EPS rounding for the Company's stock price decline.  Commentary from Credit Suisse indicated that the weakness in HCSG's stock price at this time was likely because the investors had expected a higher dividend (given the tax reform) than one HCSG announced."[88]  At deposition, Dr. Nye stated that "the big news on this day was the lack of the dividend given…the tax reform" and that this news about the dividend was perceived by the market as negative.[89]

64.     In his concluding remarks about February 6, 2018,[90] Dr. Nye notes:

> Given that: (i) the Company's quarterly revenues were 'essentially in-line with the consensus' and EPS slightly beat consensus after backing out '$0.06/share of drag related to the remeasurement of deferred tax balances in 4Q17'; and (ii) at least one analyst attributed the decline in the Company's stock price following the earnings announcement to 'expectations for a significantly increased dividend on the back of tax

---

[87] Complaint, ¶ 81.

[88] Credit Suisse, "Strong Growth Continues; Questions Around Use of Tax Reform Benefit," February 8, 2018.

[89] Nye Deposition, 147:18–149:6; 150:24–151:4.

[90] The earnings announcement on February 6, 2018 is one of the event dates for Dr. Nye's event study, and Dr. Nye asserts that he has reviewed the "total mix of information" on the event dates. *See,* Nye Report, Exhibit 12, pp. 1–2; Nye Deposition, 149:19–150:3; 161:8–14.

reform,' the statistically significant Company-specific stock price decline on February 7, 2018 is consistent with that expected in an efficient market.[91]

65.    Thus, in addition to acknowledging that, excluding one-time expenses, the Company did not miss EPS consensus estimates on this date, Dr. Nye's conclusion about this date makes no mention of any specific information related to HCSG's alleged EPS rounding practices or labor cost manipulation in explaining the price movement on this date.  Instead, in his concluding remarks for the day, he explains the price decline by citing analyst commentary that attributed the price drop to investors disappointment with the lack of increased dividend.[92]

66.    My review of the information surrounding the February 6, 2018 release, as well as Dr. Nye's conclusion regarding this day, suggest there is no evidence that the alleged corrective disclosure provided any information to investors regarding the allegations.  Accordingly, Dr. Nye fails to establish how he would use the price decline following this disclosure to measure inflation.  Thus, Dr. Nye has failed to present a damage methodology that is capable of calculating damages in a manner that is consistent with Plaintiff's theory of liability.

### 2.    April 17, 2018

67.    The Complaint alleges, "[o]n April 17, 2018, after markets closed, the Company issued an earnings release in which Healthcare Services reported Q1 2018 EPS of $0.00, falling short of the consensus estimate of approximately $0.38.  In response to this news, the price of the Company's stock fell by $2.10 per share on the next trading day…"[93]  The Complaint also states,

---

[91] Nye Report, Exhibit 12, p. 219.
[92] Credit Suisse, "Strong Growth Continues; Questions Around Use of Tax Reform Benefit," February 8, 2018.
[93] Complaint, ¶ 340.

"while the earnings miss was substantially attributed to an unusual expense item, a substantial restructuring-related charge that had been announced by the Company the prior day (April 16, 2018), at least one securities analyst, Ryan Daniels at William Blair, issued a report on April 17, 2018 noting that after excluding the extraordinary restricting charge, the Company still would have missed EPS consensus by a penny."[94]  Further, the Complaint alleges, "the negative reaction on April 18, 2018 was attributable to the news that, backing out the effect of the restructuring charge, the Company would have missed the consensus EPS estimate by one penny."[95]

68.    I have reviewed the earnings release issued by the Company on April 17, 2018.  The earnings release contains no mention of the Company's alleged EPS rounding practices.[96]  Similarly, the subsequent earnings call for Q1 2018, which was held on April 18, 2018 also did not include any mention of HCSG's alleged EPS rounding practices.[97]

69.    Instead, market commentary on this day focused on factors unrelated to the allegations.  For example, analysts attributed the EPS miss to lower gross margins, which in turn were attributed to the Company's business expansion in 2017.  An analyst from CL King commented:

> [I]t continues to take longer to get gross margins back to historical levels as the company continues to digest the large amount of business added. With penetration rates low overall, a strong pipeline of new business and prior receivables issues recently cleaned up, there remains much growth ahead and we still expect margins to come around over the next few quarters… HCSG reported Q1 gross margins of 13.4%, which was flat with 4Q17 (excluding the receivable true-up) and up 30

---

[94] Complaint, ¶ 340.

[95] Complaint, ¶ 340.  I note that some analysts suggested that the Company missed the consensus EPS estimate by $0.03.  *See, e.g.,* "EPS fell $0.03 shy of the $0.38 Street mean after adjusting for the $35M A/R write-down (taxed at 22%) and a low consolidated tax rate." *See,* Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 1Q18 Results," April 17, 2018.

[96] Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three Months Ended March 31, 2018 and Announces Increased First Quarter 2018 Cash Dividend," April 17, 2018.

[97] "Edited Transcript: Q1 2018 Healthcare Services Group Inc Earnings Call," Thomson Reuters, April 18, 2018.

bps from 13.1% in 3Q17, which was the first quarter that had the full amount of new business. [98]

70.    Additionally, analysts also commented on the Company's revenue miss relative to the analyst consensus estimate for revenues and expectations for a slower revenue growth.[99]  An analyst from Credit Suisse commented:

> For the rest of 2018, we are modeling approx 6.5% top-line growth as HCSG focuses on improving the margin on the large block of business won during 2017. Beyond 2018, we estimate approx. 9% total revs growth. We are lowering our 2018 EPS est to $1.55 (prev $1.65) and lowering our 2019 EPS est to $1.83 (prev $1.89) to reflect slower top-line growth ests, offset in part by margin improvement as new business matures.[100]

71.    Analysts also commented on the potential bankruptcy filings of skilled nursing facilities ("SNFs"), HCSG's customers, which could affect the Company's stock price.  An analyst from Jeffries noted that:

> 1Q results missed consensus and yesterday's A/R [accounts receivable] write-downs remain fresh in investors' minds, but FCF does appear to be normalizing and HCSG was able to negotiate improved payment terms on $150M+ of annual revenue (8% of total). The latter two should help remove some of the overhang on the stock. That said, with a number of SNFs still teetering financially, the prospect of more SNF bankruptcies could keep buyers on the sidelines a bit longer.[101]

---

[98] CL King & Associates, "HCSG: Q1 Operating Results as Expected; Receivables Issues in the Rearview Mirror, but Still Working on Margins," April 18, 2018.

[99] On the April 17, 2018 earnings call, while the Company acknowledged that there was demand for its services, it also indicated that growth would depend on management's capacity and ability to be ready to onboard new business. *See,* "Edited Transcript: Q1 2018 Healthcare Services Group Inc Earnings Call," Thomson Reuters, April 18, 2018, p. 12.  A public press article reported that analyst Stifel lowered its 2018 estimates, "largely to account for fewer new contract additions early in the year as the company shifts some of its focus to collections rather than selling." "07:24 EDT Healthcare Services downgraded to Hold with $44 price target at Stifel…," *The Fly*, April 18, 2018.

[100] Credit Suisse, "Mixed Results in Q1 with Relatively Stable Performance Excluding the $35 mln AR Charge," April 18, 2018.

[101] Jeffries, "Healthcare Services Group, Inc. (HCSG): Key Insights from 1Q18 Results," April 17, 2018.

72.     In his concluding remarks about April 17, 2018,[102] Dr. Nye notes:

> Given that: (i) the Company's adjusted EPS was three cents short of consensus 'driven by both lower-than expected revenue and margins'; (ii) multiple analyst [sic] reduced their EPS forecasts and price targets for the Company; and (iii) 'the prospect of additional [skilled nursing facility] bankruptcy filings could be an overhang on the stock for awhile [sic],' the statistically significant Company-specific stock price decline on April 18, 2018 is consistent with that expected in an efficient market.[103]

73.     Thus, Dr. Nye's conclusion about this day makes no mention of any specific information related to the Company's alleged EPS rounding practices or labor cost manipulation in explaining the price movement on this day.  Further, if HCSG missed EPS consensus estimates on this day by the $0.03, as observed by Dr. Nye, the termination of the alleged manipulation of EPS rounding would have not been the cause of the miss in the Company's EPS consensus estimates for this quarter (i.e., this miss would have occurred with or without any change in alleged practice related to EPS rounding).[104]

74.     My review of the information surrounding the April 17, 2018 release, as well as Dr. Nye's conclusion regarding this day, suggest that there is no evidence that the alleged corrective disclosure provided any information to investors regarding the allegations.  Accordingly, Dr. Nye fails to establish how he would use the price decline following this disclosure to measure

---

[102] The earnings announcement on April 18, 2018 is one of the event dates for Dr. Nye's event study, and Dr. Nye asserts that he has analyzed the "total mix of information" released on the event dates.  *See,* Nye Report, Exhibit 12, pp. 1–2; Nye Deposition, 149:19–150:3; 161:8–14.

[103] Nye Report, Exhibit 12, pp. 229–230.

[104] According to Plaintiff, the alleged EPS rounding practices would have impacted the reported EPS by $0.01 at most. *See,* for example, Plaintiff's motion for class certification that claims that "[t]hrough serial manipulation of the Company's net income, largely by relatively modest and essentially undetectable rigging of the Company's labor expenses and related accounting accruals, Defendants produced quarterly EPS results ending with a third digit – representing tenths of a cent – of five or greater, which allowed the Company's EPS to be 'rounded up' to avoid missing analysts' consensus targets." *See,* Lead Plaintiff's Memorandum of Law In Support of Motion for Class Certification and Appointment of Class Representative and Class Counsel, 2:19-cv-01227-ER (E.D. Pa., November 13, 2020) pp. 3–4.

inflation.  Thus, Dr. Nye has failed to present a damage methodology that is capable of calculating damages in a manner that is consistent with Plaintiff's theory of liability.

### 3.    July 17, 2018

75.    The Complaint alleges: "[o]n July 17, 2018, after markets closed, the Company issued an earnings release in which Healthcare Services reported Q2 2018 EPS of $0.35, falling short of the consensus estimate of approximately $0.38.  In response to this news, the price of the Company's stock fell by $3.88 per share to close at $38.50 per share, a decline of 9.16%, on very high volume."[105]

76.    I have reviewed the earnings release issued by the Company on July 17, 2018.  The earnings release contains no mention of the Company's EPS rounding practices.[106]  Similarly, the subsequent earnings call for Q2 2018, which was held on July 18, 2018, did not contain any mention of the Company's EPS rounding practices.[107]

77.    As an initial matter, I note that the Company would still have missed earnings even assuming the Company had previously engaged in the alleged EPS rounding practices.[108]  The EPS miss on July 17, 2018 was $0.03 (reported EPS of $0.35 vs. analyst consensus estimate of $0.38).  Therefore, the termination of the alleged EPS rounding practices would have not been

---

[105] Complaint, ¶ 341.

[106] Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three and Six Months Ended June 30, 2018 and Announces Increased Second Quarter 2018 Cash Dividend," July 17, 2018.

[107] "Edited Transcript: Q2 2018 Healthcare Services Group Inc Earnings Call," Thomson Reuters, July 18, 2018.

[108] Plaintiff's motion for class certification claims that "[t]hrough serial manipulation of the Company's net income, largely by relatively modest and essentially undetectable rigging of the Company's labor expenses and related accounting accruals, Defendants produced quarterly EPS results ending with a third digit – representing tenths of a cent – of five or greater, which allowed the Company's EPS to be 'rounded up' to avoid missing analysts' consensus targets." *See,* Lead Plaintiff's Memorandum of Law In Support of Motion for Class Certification and Appointment of Class Representative and Class Counsel, 2:19-cv-01227-ER (E.D. Pa., November 13, 2020) pp. 3–4.

the cause of the miss in the Company's EPS consensus estimates for this quarter (i.e., this miss would have occurred with or without any change in practice related to EPS rounding).

78.     Market commentary on the July 17, 2018 earnings release focused on factors unrelated to the allegations.  Analysts commented on the EPS miss, and among other factors, attributed it to lower-than-expected gross margins and a higher-than-expected tax rate.[109]  While the analyst commentary did mention higher workers compensation as one of the factors affecting gross margins, there was no reference to the alleged manipulation of labor costs, and the analysts viewed the lower-than-expected gross margins as "temporary" and expected that the gross margin would improve to 14 percent (or above) in the intermediate term as the "business added last year is close to being on budget now."[110]  This is not consistent with the analysts viewing the earnings miss as revealing any information regarding the alleged earnings manipulation.

79.     Furthermore, the discussion in the earnings call and analyst reports also clarified that the lower gross margin was partially due to underutilized middle managers in the Company, and that part of the improvement in the gross margins would come from further utilizing these middle managers.  For example, an analyst from Credit Suisse noted:

> Optically, EPS was below expectations and CF was weak. EPS would have been about $0.03 higher and in-line with expectations excluding higher bad debt and insurance exp, which HCSG sees as more ebb and flow items than core operational shortfalls… HCSG expects to progress towards 15% gross margin after reaching its 14% target medium-term target. Margin expansion is expected to come through driving more

---

[109] *See, e.g.,* William Blair, "Healthcare Services Group, Inc.: Second-Quarter Modestly Below Expectations; Still Expect Margin Improvements in Second Half of 2018," July 17, 2018.

[110] *See,* CL King & Associates, "HCSG: Transitory Margin Pressures Mask Underlying Progress; Still Believe Margin Issues Temporary," July 18, 2018.  *See also,* William Blair, "Healthcare Services Group, Inc.: Second-Quarter Modestly Below Expectations; Still Expect Margin Improvements in Second Half of 2018," July 17, 2018.

leverage from currently underutilized middle managers in the Southeast, Midwest, and Far West.[111]

80.    In addition, analysts also commented on reported revenue for Q2 2018 being lower than expectations, as well as the expectation of a slow-down in revenue growth for the remainder of 2018.  For example, William Blair noted:

> Sales registered at $503.7 million (up approximately 7.0% year-over-year, all organic), just shy of the $508.3 million consensus target; of note, year-over-year revenue growth comparisons become markedly more difficult going forward (an average of 24.8% year-ago growth comparisons over the next three quarters, versus an average of only 8.8% in fiscal 2017), thus we continue to expect somewhat slower organic sales growth for the remainder of 2018 (i.e., midsingle digits), before returning toward low-double-digit growth levels in 2019.[112]

81.     In his concluding remarks about July 17, 2018,[113] Dr. Nye notes:

> Given that: (i) the Company 'reported weaker-than-expected Q2 results,' with gross margins being 'the real disappointment;' and (ii) analysts 'expect[ed] somewhat slower organic sales growth for the remainder of 2018 (i.e., mid-single digits),' the statistically significant Company-specific stock price decline on July 18, 2018 is consistent with that expected in an efficient market."[114]

82.    Thus, Dr. Nye's conclusion about this day makes no mention of any specific information related to HCSG's alleged EPS rounding practices or labor cost manipulations in explaining the price movement on this day.

---

[111] Credit Suisse, "Q2 Conf Call Takeaways; Optics Seem Worse than Core," July 18, 2018.
[112] William Blair, "Healthcare Services Group, Inc.: Second-Quarter Modestly Below Expectations; Still Expect Margin Improvements in Second Half of 2018," July 17, 2018.
[113] The earnings announcement on July 17, 2018 is one of the event dates for Dr. Nye's event study, and Dr. Nye asserts that he has analyzed the "total mix of information" released on the event dates.  *See,* Nye Report, Exhibit 12, pp. 1–2; Nye Deposition, 149:19–150:3; 161:8–14.
[114] Nye Report, Exhibit 12, p. 243.

83.     My review of the information surrounding the July 17, 2018 disclosure, as well as Dr. Nye's conclusion regarding this day, suggest that there is no evidence that the alleged corrective disclosure provided any information to investors regarding the allegations.  Accordingly, Dr. Nye fails to establish how he would use the price decline following this disclosure to measure inflation.  Thus, Dr. Nye has failed to present a damage methodology that is capable of calculating damages in a manner that is consistent with Plaintiff's theory of liability.

### 4.     February 5, 2019

84.     According to the Complaint, "[o]n February 5, 2019, after markets closed, the Company issued an earnings release in which Healthcare Services reported Q4 2018 EPS of $0.43 per basic and $0.42 per diluted common shares.  While this result beat the consensus estimate by five cents, analysts attributed the earnings beat to extraordinary items that increased net income in Q4 2018 and noted that, after backing out those extraordinary items, the Company's EPS would have fallen a penny short of the consensus estimate. In response to this news, the price of the Company's stock fell by $3.17 per share to close at $39.00 per share, a decline of 7.52% on very high volume."[115]

85.     I have reviewed the earnings release issued by the Company on February 5, 2019.  The earnings release contains no mention of the Company's alleged EPS rounding practices.[116] Similarly, the subsequent earnings call for Q4 2018, which was held on February 6, 2019, did not contain any mention of HCSG's alleged EPS rounding practices.[117]

---

[115] Complaint, ¶ 342.

[116] Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Q4 & 2018 Results, Progress On Near Term Priorities, and Q4 Cash Dividend Increase," February 5, 2019.

[117] "Edited Transcript: Q4 2018 Healthcare Services Group Inc Earnings Call," Thomson Reuters, February 6, 2019.

86.     Instead of attributing the EPS miss to a lack of EPS rounding, market commentary on this day focused on factors unrelated to the allegations.  For example, analysts commented on reported revenue for Q4 2018 being lower than consensus estimates, due to the "unexpected restructuring" of the Genesis Healthcare contract.[118]  Additionally, analysts observed "meaningful headwinds around customer bankruptcies" and indicated that they expected the growth to slow down in the first half of 2019.[119]  Regarding the quarterly results, an analyst from Stephens commented:

> Heading into the quarter, we thought that with a clean quarter, HCSG shares could work sooner rather than later, while any noise would result in HCSG becoming a 2H19 story. This quarter proved to be the latter with $9 million of AR reserves associated with two client restructurings and the adjusting of the Genesis dining contract. All of which muddies 4G18 results and results in FY19 estimates coming down. *We expect shares to be weak tomorrow [February 6, 2019] on the news.*[120]

87.     In his concluding remarks about February 5, 2019,[121] Dr. Nye notes:

> Given that: (i) the Company's '4Q18 [r]esults [m]iss[ed] [c]onsensus,' as revenue and EPS were below expectations after adjusting for one-time charges; (ii) the Company faced 'the impact of ongoing contractual negotiations which [were] creating a revenue headwind'; and (iii) the Company 'expect[ed] growth to be slower overall' during the first half of 2019, the statistically significant Company-specific

---

[118] Credit Suisse, "Glad to Put 2018 in the Rear View; AR Reserve Taken and Genesis Contract Restructured," February 5, 2019.  Some analysts noted the positive aspects of the restructuring in the long-term, but commented that the restructuring would reduce revenue in the near-term.  *See, e.g.*, CL King & Associates, "HCSG First Look: Q4 Better than Feared; Core Margins Improving; Structural Changes Should Improve the Business Model Longer Term," February 5, 2019.

[119] *See*, e.g., CL King & Associates, "HCSG: Q4 Better than Expected; Core Margins Improving; Credit Issues Should Begin to Abate Later in 2019," February 6, 2019; William Blair, "Healthcare Services Group, Inc.: First Look at Fourth-Quarter Results; Solid Progress on Operating Metrics, Client Health Remains a Key Focus," February 5, 2019

[120] Stephens, "HCSG 4Q18 Initial View," February 5, 2019 (emphasis added).

[121] The earnings announcement on February 5, 2019 is one of the event dates for Dr. Nye's event study, and Dr. Nye asserts that he has analyzed the "total mix of information" released on the event dates.  *See,* Nye Report, Exhibit 12, pp. 1–2; Nye Deposition, 149:19–150:3; 161:8–14.

stock price decline on February 6, 2019 is consistent with that expected in an efficient market.[122]

88.    Thus, Dr. Nye's conclusion about this day makes no mention of any specific information related to HCSG's alleged EPS rounding practices or labor cost manipulation in explaining the price movement on this day.

89.    My review of the information surrounding the February 5, 2019 disclosure, as well as Dr. Nye's conclusion regarding this day, suggest that there is no evidence that the alleged corrective disclosure provided any information to investors regarding the allegations.  Accordingly, Dr. Nye fails to establish how he would use the price decline following this disclosure to measure inflation.  Thus, Dr. Nye has failed to present a damage methodology that is capable of calculating damages in a manner that is consistent with Plaintiff's theory of liability.

### G.    Dr. Nye's damage methodology ignores potential conflicts between different members of the Proposed Class

90.    Dr. Nye asserts that damages can be "measured on a class-wide basis" and that "[a]lthough damages, if any, for each individual Class member may vary, the methodologies for calculating damages…would be commonly applicable to each Class member in this matter."[123] However, Dr. Nye's purported damage methodology fails to consider potential conflicts between members of the proposed class, as discussed below.

91.    To the extent the Plaintiff alleges a single class period with March 4, 2019 as the class-ending corrective disclosure (when HCSG disclosed the SEC investigation related to the EPS rounding practices and other information), inflation must be apportioned to purchasers who

---

[122] Nye Report, Exhibit 12, p. 281.
[123] Nye Report, ¶ 58.

bought prior to the release of the Monocle Report (i.e., who under Plaintiff's theory did not know about the alleged EPS rounding practice), as well as to purchasers who bought after the release of the Monocle report (and thereby knew about the alleged rounding EPS practice when they purchased), but still claim to be harmed by the alleged EPS rounding. In addition, according to Plaintiff's theory, the inflation would need to be apportioned to purchasers claiming that there was an increased risk of an SEC investigation that should have been disclosed even before the investigation was initiated and there was a duty to disclose it, as well as to purchasers who claim that once the SEC investigation was initiated, it should have been disclosed. These different groups of purchasers would not all have suffered the same economic harm under the allegations and are likely to have different interests in apportioning inflation.

92.    Consider the following as an illustration of a potential conflict between class members from an economic perspective. Consider one type of investor, Type A, who bought HCSG stock early in the Proposed Class Period, prior to February 23, 2018 (which, as discussed above, is the earliest date identified in the Complaint of an alleged misstatement or omission regarding the failure to disclose the SEC investigation) and does not sell the stock until after the end of the Proposed Class Period, i.e., after March 4, 2019. Consider another type of investor, Type B, who purchases HCSG stock after February 23, 2018 and does not sell the stock until after the end of the Proposed Class Period, i.e., after March 4, 2019. Type A investors may benefit from arguing that all of the price decline on March 4, 2019 is attributable to the disclosure about the EPS rounding practices, whereas Type B investors may benefit from arguing that all of the price decline on March 4, 2019 is attributable to the disclosure about the SEC investigation.

93.    Prior to February 23, 2018, there would be no difference between the actual stock price and the but-for stock price with regard to disclosure of the SEC investigation because the

Company either could not have disclosed the existence of an SEC investigation that had not yet commenced or after it did commence had, according to my understanding from counsel, no duty to disclose such information.  Accordingly, Type A investors may not benefit from arguing that the price decline on March 4, 2019 is attributable to the SEC investigation.  Given that the Type B investors purchased the stock after the release of the Monocle Report (which disclosed the alleged EPS rounding practice), they may benefit from arguing that all of the price decline on March 4, 2019 is attributable to the SEC investigation (which Plaintiff alleges was not disclosed until March 4, 2019).  Dr. Nye's damage approach fails to consider such potential conflicts among class members.

Executed this 27th day of January, 2021

_____

Stephen J. Choi, Ph.D., J.D.

**Appendix A**

**STEPHEN J. CHOI**
NYU Law School
40 Washington Sq. South
New York, NY 10012
(212) 992-8962; stephen.choi@nyu.edu

**EMPLOYMENT**

| | | |
|---|---|---|
| 2005 to Present | **NYU Law School** | **New York, NY** |
| | Bernard Petrie Professor of Law and Business | |
| | Co-Director, NYU Pollack Center for Law & Business | |
| | Awarded Albert Podell Distinguished Teaching Award (2009) | |

| | | |
|---|---|---|
| 1998 to 2005 | **UC Berkeley Law School** | **Berkeley, CA** |
| | Roger J. Traynor Professor | |

| | | |
|---|---|---|
| 1995 to 1998 | **University of Chicago Law School** | **Chicago, IL** |
| | Assistant Professor | |
| | Visiting Assistant Professor | |

| | | |
|---|---|---|
| 1994 to 1995 | **McKinsey & Company** | **New York, NY** |
| | Associate | |

**EDUCATION**

J.D., Harvard Law School, *magna cum laude*, June 1994
Awards:  Fay Diploma (Awarded to the J.D. candidate in the graduating class with the highest combined GPA for three years of study at Harvard Law School), Sears Prize, Irving Oberman Memorial Award, and John M. Olin Fellowship in Law and Economics
Activities: Harvard Law Review (Supervising Editor) and Legal Methods Instructor

Ph.D., Harvard University, Department of Economics, June 1997
Fields: Industrial Organization, Corporate Finance
Awards: Jacob K. Javits Fellowship in Economics and Harvard Grant in Economics.
Dissertation: Empirical evidence on the impact of securities regulation on the financial markets

A.B., Harvard College, *magna cum laude*, June 1988
Awards: John Harvard Scholarship, Harvard College Scholarship, and Fulbright Fellowship (South Korea). *Summa Cum Laude* Senior Honors Thesis

**EXTERNAL SERVICE AND MEMBERSHIPS**

Member (2007-2010), American Law and Economics Association Board of Directors
Chair (2006-2007), Committee of the Securities Regulation Section, Association of American Law Schools
Term Member (2000-2005), Council on Foreign Relations
Referee:  *American Law and Economics Review, Journal of Law and Economics*, *Journal of Legal Studies*, *Journal of Law, Economics, and Organization*, and *International Review of Law and Economics*

**Appendix A**

BOOKS

1.    Securities Regulation: Cases and Analysis 5th Edition (Foundation Press, 2019) (with Adam Pritchard) (casebook website at www.choipritchard.com)

2.    Statutory Supplement to Securities Regulation (Foundation Press, 2005-2019) (with Adam Pritchard)

3.    Securities Regulation: The Essentials (Aspen Publishing 2008) (with Adam Pritchard)

ARTICLES

88.    Measuring the Impact of SEC Enforcement Decisions, 89 Fordham Law Review 385 (2020)

87.    Working Hard or Making Work? Plaintiffs' Attorney Fees in Securities Fraud Class Actions, 17 Journal of Empirical Legal Studies 438 (2020)

86.    Revising Boilerplate: A Comparison of Private and Public Company Transactions, 2020 Wisconsin Law Review 629 (2020) (with Mitu Gulati and Robert Scott)

85.    Anticipating Venezuela's Debt Crisis: Hidden Holdouts and the Problem of Pricing Collective Action Clauses, 100 Boston University Law Review 253 (2020) (with Mitu Gulati and Robert Scott)

84.    Should I Stay or Should I Go? The Gender Gap for SEC Attorneys, 62 Journal of Law and Economics 427 (2019) (with Mitu Gulati and Adam Pritchard)

83.    An Empirical Comparison of Insider Trading in Canada and the United States, 57 International Review of Law and Economics 49 (2019) (with Anita Anand, Adam Pritchard, and Poonam Puri)

82.    Comment on Joshua Mitts's What Can We Learn from Stock Prices? Cash Flow, Risk and Shareholder Welfare, 175 Journal of Institutional and Theoretical Economics 196 (2019)

81.    Evolution of Intelligent Design? The Variation in Pari Passu Clauses, 20 American Law and Economics Review 1 (2018) (with Mitu Gulati and Robert Scott)

80.    Adjudicating Death: Professionals or Politicians?, 70 Vanderbilt Law Review 1709 (2017) (with Mitu Gulati)

79.    Piling On? An Empirical Study of Parallel Derivative Suits, 14 Journal of Empirical Legal Studies 653 (2017) (with Adam Pritchard and Jessica Erickson)

78.    The Black Hole Problem in Commercial Boilerplate, 67 Duke L.J. 1 (2017) (with Mitu Gulati and Robert Scott)

77.    The SEC's Shift to Administrative Proceedings: An Empirical Assessment, 34 Yale Journal on Regulation 1 (2017) (with Adam Pritchard)

76.    Does Majority Voting Improve Board Accountability?, 83 University of Chicago Law Review 1119 (2016) (with Jill Fisch, Marcel Kahan, and Edward Rock)

Case 2:19-cv-01227-ER    Document 63-5    Filed 01/27/21    Page 45 of 70.

Appendix A

**(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2017)**

75.    The Pricing of Non-Price Terms in Sovereign Bonds: The Case of the Greek Guarantees, 1 Journal of Law, Finance, and Accounting 1 (2016) (with Mitu Gulati)

74.    SEC Investigations and Securities Class Actions: An Empirical Comparison, 13 Journal of Empirical Legal Studies 27 (2016) (with Adam Pritchard)

73.    Customary International Law: How Do Courts Do It? (with Mitu Gulati) in Custom's Future: International Law in a Changing World (Editor Curtis A. Bradley; Cambridge University Press 2016)

72.    The Role of Competence in Promotions from the Lower Federal Courts, 44 Journal of Legal Studies S107 (2015) (with Kevin Davis)

71.    Foreign Affairs and Enforcement of the Foreign Corrupt Practices Act, 11 Journal of Empirical Legal Studies 409 (2014) (with Kevin Davis)

70.    The Influence of Arbitrator Background and Representation on Arbitration Outcomes, 9 Virginia Law & Business Review 43 (2014) (with Adam Pritchard and Jill Fisch)

69.    Altruism Exchanges and the Kidney Shortage 77 Law and Contemporary Problems 289 (2014) (with Mitu Gulati and Eric Posner)

68.    Scandal Enforcement at the SEC: The Arc of the Option Backdating Investigations 15 American Law and Economics Review 542 (2013) (with Anat Carmy Wiechman and Adam Pritchard)

67.    Who Calls the Shots? How Mutual Funds Vote on Director Elections 3 Harvard Business Law Review 35 (2013) (with Jill Fisch and Marcel Kahan)

66.    Frequent Filers: Repeat Plaintiffs in Shareholder Litigation (U.S. Chamber Institute for Legal Reform September 2013) (with Jessica Erickson and Adam Pritchard)

65.    The Dynamics of Contract Evolution, 88 New York University Law Review 1 (2013) (with Mitu Gulati and Eric Posner)

64.    How Well Do Measures of Judicial Ability Predict Judicial Performance?: A Case Study Using Securities Class Actions, 33 International Review of Law and Economics 37 (2013) (with Mitu Gulati and Eric Posner).

63.    The Evolution of Contractual Terms in Sovereign Bonds, 4 Journal of Legal Analysis 131 (2012) (with Mitu Gulati and Eric Posner)

62.    The Supreme Court's Impact on Securities Class Actions: An Empirical Assessment of Tellabs, 28 Journal of Law, Economics, & Organization 850 (2012) (with Adam Pritchard)

61.    What do Federal District Judges Want? An Analysis of Publications, Citations, and Reversals, 28 Journal of Law, Economics, & Organization 518 (2012) (with Mitu Gulati and Eric Posner)

**Appendix A**

60.     The Price of Pay for Play in Securities Class Actions, 8 Journal of Empirical Legal Studies 650 (2011) (with Adam Pritchard)

59.     Motions for Lead Plaintiff in Securities Class Actions, 40 Journal of Legal Studies 205 (2011) **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2011)**

58.     Pricing Terms in Sovereign Debt Contracts: A Greek Case Study with Implications for the European Crisis Resolution Mechanism, 6 Capital Markets Law Journal 163 (2011) (with Mitu Gulati and Eric Posner)

57.     Judging Women, 8 Journal of Empirical Legal Studies 504 (2011) (with Mitu Gulati, Mirya Holman, and Eric Posner)

56.     Punitive Damages in Securities Arbitration: An Empirical Study, 39 Journal of Legal Studies 497 (2010) (with Theodore Eisenberg)

55.     The Power of Proxy Advisors: Myth or Reality?, 59 Emory Law Journal 869 (2010) (with Jill Fisch and Marcel Kahan) **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2010)**

54.     Attorneys as Arbitrators, 39 Journal of Legal Studies 109 (2010) (with Adam Pritchard and Jill Fisch)

53.     Professionals or Politicians: The Uncertain Empirical Case for an Elected Rather Than Appointed Judiciary 26 Journal of Law, Economics, & Organization 290 (2010) (with Mitu Gulati and Eric Posner)

52.     Director elections and the role of proxy advisors. 82 S. Cal. L. Rev. 649 (2009) (with Jill Fisch and Marcel Kahan) **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2009)**

51.     The Screening Effect of the Private Securities Litigation Reform Act, 6 Journal of Empirical Legal Studies 35 (2009) (with Karen Nelson and Adam Pritchard)

50.     Are Judges Overpaid?: A Skeptical Response to the Judicial Salary Debate, 1 Journal of Legal Analysis 47 (2009) (with Mitu Gulati and Eric Posner)

49.     Transnational Litigation and Global Securities Class-Action Lawsuits, 2009 Wisconsin Law Review 465 (2009) (with Linda Silberman)

48.     Judicial Evaluations and Information Forcing: Ranking State High Courts and Their Judges, 58 Duke L.J. 1313 (2009) (with Eric Posner and Mitu Gulati)

47.     Trading Votes for Reasoning: Covering in Judicial Opinions, 81 Southern California Law Review 735 (2008) (with Mitu Gulati)

46.     On Beyond CalPERS: Survey Evidence on the Developing Role of Public Pension Funds in Corporate Governance, 61 Vand. L. Rev. 315 (2008) (with Jill Fisch)

**Appendix A**

**(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2008)**

45.    Bias in Judicial Citations, 37 Journal of Legal Studies 87 (2008) (with Mitu Gulati)

44.    The Market Penalty for Mutual Fund Scandals, 87 B.U. L. Rev. 1021 (2007) (with Marcel Kahan) **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2008)**

43.    Do the Merits Matter Less After the Private Securities Litigation Reform Act, 23 J.L. Econ. & Org. 598 (2007)

42.    The Future Direction of Takeover Law in Korea, 7 Journal of Korean Law (2007)

41.    Ranking Judges According to Citation Bias (as a Means to Reduce Bias), 82 Notre Dame L. Rev 1279 (2007) (with Mitu Gulati)

40.    The Problems with Analysts, 59 Ala. L. Rev. 161 (2007)

39.    Securities Litigation and its Lawyers: Changes During the First Decade After the PSLRA, 106 Colum. L. Rev. 1489 (2006) (with Robert Thompson) **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2007)**

38.    Contract as Statute, 104 Mich. L. Rev. 1129 (2006) (with Mitu Gulati)

37.    An Empirical Study of Securities Disclosure Practice, 80 Tul. L. Rev. 1023 (2006) (with Mitu Gulati)

36.    Behavioral Economics and the Regulation of Public Offerings, 10 Lewis & Clark L. Rev. 85 (2006)

35.    The Rat Race as an Information-Forcing Device, 81 Ind. L.J. 53 (2006) (with Scott Baker and Mitu Gulati)

34.    Do Institutions Matter? The Impact of the Lead Plaintiff Provision of the Private Securities Litigation Reform Act, 83 Wash U.L.Q. 869 (2005) (with A.C. Pritchard and Jill Fisch) **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2006)**

33.    Which Judges Write Their Opinions (And Should We Care)?, 32 Fla. St. U.L.Rev. 1077 (2005) (with Mitu Gulati)

32.    Mr. Justice Posner? Unpacking the Statistics, 61 N.Y.U. Annual Survey of American Law 19 (2005) (with Mitu Gulati)

31.    Choosing the Next Supreme Court Justice: An Empirical Ranking of Judicial Performance, 78 Southern California Law Review 23 (2004) (with Mitu Gulati)

30.    Evidence on Securities Class Actions, 57 Vand. L. Rev. 1465 (2004)

**Appendix A**

29. Innovation in Boilerplate Contracts: The Case of Sovereign Bonds, 53 Emory L. J. 929 (2004) (with Mitu Gulati)

28. Should Issuers Be On the Hook for Laddering?  An Empirical Analysis of the IPO Market Manipulation Litigation, 73 U. Cin. L. Rev. 179 (2004) (with Adam Pritchard)

27. A Tournament of Judges?, 92 California Law Review 299 (2004) (with Mitu Gulati)

26. A Framework for the Regulation of Securities Market Intermediaries, 1 Berkeley Bus. L. J. 45 (2004)

25. Why Lawyers Need to Take a Closer Look at Exit Consents, International Financial Law Review 15 (September 2003) (with Mitu Gulati)

24. How to Fix Wall Street: A Voucher Financing Proposal, 113 Yale Law Journal 269 (2003) (with Jill Fisch)
**(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2003)**

23. Behavioral Economics and the SEC, 56 Stanford Law Review 1 (2003) (with Adam Pritchard)

22. Expanding the Arbitration Contract, 36 Vanderbilt Journal of Transnational Law 1233 (2003)

21. Internalizing Outsider Trading, 101 Michigan Law Review 313 (2002) (with Ian Ayres)
**(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and Securities Articles of 2003)**

20. Establishing a New Stock Market for Shareholder Value Oriented Firms in Korea, 3 Chicago Journal of International Law 277 (2002) (with Kon Sik Kim)

19. Law, Finance, and Path Dependence: Developing Strong Securities Markets, 80 Texas Law Review 1657 (2002).

18. Playing Favorites with Shareholders (with Eric Talley), 75 Southern California Law Review 271 (2002).

17. Channeling Global Securities Market Competition, 16 The Transnational Lawyer 211 (2002)

16. Selective Disclosures in the Public Capital Markets, 35 UC Davis Law Review 533 (2001)

15. Choice and Federal Intervention in Corporate Law, 87 Virginia Law Review 961 (2001) (with Andrew Guzman)

14. Promoting Issuer Choice in Securities Regulation, 41 Virginia Journal of International Law 815 (2001)

13. Assessing Regulatory Responses to Globalizing Securities Markets, 2 Theoretical Inquiries in Law 613 (2001)

**Appendix A**

12.     The Unfounded Fear of Regulation S: Empirical Evidence on Offshore Securities
        Offerings, 50 Duke Law Journal 663 (2000)
        **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and
        Securities Articles of 2001)**

11.     Resales of Offshore Securities Into the United States: Evaluating the Overvaluation Risk
        to U.S. Investors, 78 Washington University Law Quarterly 519 (2000)

10.     Proxy Issue Proposals: Testing the Impact of the 1992 SEC Reforms, 16
        Journal of Law, Economics, and Organization 233 (2000)

9.      Regulating Investors Not Issuers:  A Market-Based Proposal, 88 California Law Review 280
        (March, 2000)

8.      Portable Reciprocity: Rethinking the Reach of U.S. Securities Regulation, 71 Southern California
        Law Review 903 (July, 1998) (with Andrew Guzman).

7.      Gatekeepers and the Internet: Rethinking the Regulation of Small Business Capital
        Formation, 2 Journal of Small and Emerging Business Law 27 (Summer, 1998).

6.      Market Lessons For Gatekeepers, 92 Northwestern University Law Review 916 (Spring, 1998)
        **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and
        Securities Articles of 1998)**

5.      Company Registration: Toward a Status-Based Antifraud Regime, 64 University of Chicago Law
        Review 567 (1997).
        **(Recognized by Corporate Practice Commentator as one of the Top 10 Corporate and
        Securities Articles of 1997)**

4.      National Laws, International Money: Regulation in a Global Capital Market, 65 Fordham Law
        Review 1855 (1997) (with Andrew Guzman).

3.      The Dangerous Extraterritoriality of American Securities Law, 17 Northwestern Journal of
        International Law & Business 207 (1996) (with Andrew Guzman).

2.      Fraud in the New-Issues Market: Empirical Evidence on Securities Class Actions, 144 University
        of Pennsylvania Law Review 903 (1996) (with James Bohn).

1.      Note, Investor Liability: Financial Innovations in the Regulatory State and the Coming
        Revolution in Corporate Law, 107 Harvard Law Review 1941 (1994).

# Testimony and Expert Reports for
# Professor Stephen J. Choi in the Previous Four Years

1. *In re Alibaba Group Holding Limited Securities Litigation (Case No. 1:15-md-02631-CM); In the United States District Court for the Southern District of New York; Expert Report dated February 11, 2019; Rebuttal Expert Report dated March 11, 2019.*

2. *Gary Curran et al. v. Freshpet Inc., et al. (Case No. 2:16-cv-02263-MCA-LDW); In the United States District Court for the District of New Jersey; Expert Report dated October 12, 2018; Deposition on November 29, 2018.*

3. *Darwin Deason v. Fujfilm Holdings Corp., Xerox Corp., et al. (Case No. 650675/2018); In the Supreme Court of New York, County or New York; Expert Report dated April 20, 2018.*

4. *In re Goldman Sachs Group, Inc. Securities Litigation (Case No. 1:10-cv-03461-PAC); In the United States District Court for the Southern District of New York; Declaration dated April 6, 2015; Deposition on April 24, 2015; Expert report dated July 2, 2015; Deposition on September 30, 2015; Testimony at Evidentiary Hearing in July 2018.*

5. *In re Virtus Investment Partners, Inc., Securities Litigation (Case No. 15-cv-1249-WHP); In the United States District Court for the Southern District of New York; Expert Report dated July 26, 2017; Deposition on August 11, 2017.*

6. *In re Virtus Investment Partners, Inc., Securities Litigation (Case No. 15-cv-1249-WHP); In the United States District Court for the Southern District of New York; Expert Report dated January 16, 2017; Deposition on February 3, 2017.*

7. *Mark Youngers, et al. v. Virtus Investment Partners Inc., et al. (Case No. 15-cv-8262-WHP); In the United States District Court for the Southern District of New York; Expert Report dated January 16, 2017; Deposition on January 27, 2017.*

8. *Zubair Patel, et al., vs. L-3 Communications Holdings, Inc., et al. (Case No. 1:14-cv-06038-VEC); In the United States District Court for the Southern District of New York; Expert Report dated July 29, 2016; Deposition on August 23, 2016.*

9. *Ahmed D. Hussein v. Sheldon Razin et al. (Case No. 30-2013-00679600-CU-NP-CJC); In the Superior Court of the State of California for the County of Orange; Rebuttal Expert Report dated May 28, 2015; Deposition on June 18, 2015.*

**Appendix C**

# Materials Reviewed and Relied Upon

## Academic Articles

- Barton, J. and Simko, P. (2002), "The Balance Sheet as an Earnings Management Constraint," *The Accounting Review*, 77, 1–27.

- Beneish, M. (1999), "The Detection of Earnings Manipulation," *Financial Analysts Journal*, 55(5), 24–36.

- Beneish, M. D. and Nichols, C. D. (2007), "The Predictable Cost of Earnings Manipulation," SSRN: https://ssrn.com/abstract=1006840 or http://dx.doi.org/10.2139/ssrn.1006840.

- Bissessur, S. and Veenman, D. (2016), "Analyst Information Precision and Small Earnings Surprises," *Review of Accounting Studies*, 21, 1327–1360.

- Veenman, D. and Verwijmeren, P. (2020), "The Earnings Expectations Game and the Dispersion Anomaly," *Management Science* (Accepted for Publication), 1–16.

## Analyst Reports

- Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): Facility Services: Facility Services Survey: Good Growth, Pricing Ticks Up Slightly," January 10, 2017.

- Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): First Look: Right Down the Middle," February 7, 2017.

- Baird Equity Research, "Healthcare Services Groups Inc. (HCSG): Travel Recap: Consistent Quality Growth Stock - Reiterate Outperform Rating," February 16, 2017.

- Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): Short Report Published, Reiterate Long-Term Outperform," March 22, 2017.

- Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): Short Report Published, Reiterate Long-Term Outperform," March 22, 2017.

- Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): Revenue Light on Timing; Major Dining Award Boosts Full Year," April 11, 2017.

- Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): 10-Q: Key Investor Tidbits," May 1, 2017.

- Baird Equity Research, "Healthcare Services Group, Inc. (HCSG): Tactical Repositioning; Long-Term Opportunity," June 29, 2017.

**Appendix C**

- Baird Equity Research, "Huge Revenue Quarter Drives Beat, Despite Start-Up Cost Pressures," July 11, 2017.

- Benchmark, "Earnings Preview: Back on Track," July 16, 2018.

- Benchmark, "Reports 2Q Miss Due to Margin Recovery Timing; Year On Track," July 18, 2018.

- Benchmark, "4Q Preview; Positioned for Better Growth in 2019," February 4, 2019.

- Benchmark, "Turning the Corner But at a Slower Pace," February 6, 2019.

- Benchmark, "Stock Hit for Late Filing; Reaction Looks Overdone," March 4, 2019.

- Berenberg, "A Mixed Bag," February 6, 2019.

- BuySellSignals, "Healthcare Services climbs 18%," March 9, 2017.

- BuySellSignals, "Healthcare Services adds $US577.1M in Mcap in 2017, leads Building Construction sector gains," May 26, 2017.

- BuySellSignals, "Institutional favorite Healthcare Services outperforms 82% of the market," August 21, 2017.

- BuySellSignals, "Healthcare Services jumps 29% in past year," November 24, 2017.

- BuySellSignals, "Five-bagger Healthcare Services jumps 35% in FY 2017," December 29, 2017.

- CFRA, "CFRA Maintains Hold Recommendation On Shares of Healthcare Services Group," April 12, 2017.

- CFRA, "Stock Report: HOLD," April 12, 2017.

- CFRA, "CFRA Maintains Hold Opinion On Shares of Healthcare Services Group," July 14, 2017.

- CFRA, "CFRA Maintains Hold Opinion On Shares of Healthcare Services Group," October 19, 2017.

- CFRA, "Stock Report: HOLD," October 19, 2017.

- CFRA, "Stock Report: HOLD," October 31, 2017.

- CFRA, "CFRA Keeps Hold Recommendation On Shares of Healthcare Services Group, Inc.," February 7, 2018.

- CFRA, "Stock Report: HOLD," February 9, 2018.

- CFRA, "Stock Report: HOLD," April 19, 2018.

- CFRA, "CFRA Maintains Sell Recommendation On Shares of Healthcare Services Group, Inc.," April 20, 2018.

**Appendix C**

- CFRA, "CFRA Keeps Sell Opinion On Shares of Healthcare Services Group, Inc.," July 18, 2018.

- CFRA, "Stock Report: SELL," July 21, 2018.

- CFRA, "Stock Report: SELL," February 6, 2019.

- CFRA, "CFRA Raises View On Shares of Healthcare Services Group, Inc. To Hold from Sell," February 7, 2019.

- CL King & Associates, "HCSG - First Take: Solid 4Q Results, in Line with Expectations; Major Tax Reform Beneficiary," February 7, 2017.

- CL King & Associates, "HCSG: Solid But Uneventful 4Q16 Results; Major Tax Reform Beneficiary," February 8, 2017.

- CL King & Associates, "HCSG: Highlights from Management Meetings," February 24, 2017.

- CL King & Associates, "HCSG: Q1 Solid; Substantial New Contract Wins to Return Company to Double-Digit Top-Line Growth in Q3," April 12, 2017.

- CL King & Associates, "HCSG: Q1 Solid; Substantial New Contract Wins to Return Company to Double-Digit Top-Line Growth in Q3," April 12, 2017.

- CL King & Associates, "Healthcare Services Group (HCSG)," April 19, 2017.

- CL King & Associates, "HCSG: Upping Price Target to $56.00; Growth Rate Accelerating," May 17, 2017.

- CL King & Associates, "HCSG First Take — Blowout Q2 Top Line as Organic Growth Accelerates," July 11, 2017.

- CL King & Associates, "HCSG: Blowout Top Line as Organic Growth Accelerates; Upping Estimates," July 12, 2017.

- CL King & Associates, "Healthcare Services Group, Annual Stock Report," July 14, 2017.

- CL King & Associates, "HCSG: Best Ideas Conference Highlights," September 15, 2017.

- CL King & Associates, "HCSG First Look: Strong Q3 Top-Line Results Set the Stage for Accelerated EPS Growth," October 17, 2017.

- CL King & Associates, "HCSG: No Major Risk from HCP ManorCare … Down the Road Opportunity?," October 17, 2017.

- CL King & Associates, "HCSG: Strong Top-Line Results Set the Stage for Accelerated EPS Growth; Raising PT and Estimates Again," October 18, 2017.

**Appendix C**

- CL King & Associates, "Healthcare Services Group, Annual Stock Report," December 6, 2017.

- CL King & Associates, "HCSG First Take: Q4 as Expected as Revenues Grow 25%," February 6, 2018.

- CL King & Associates, "HCSG: Sell-off Provides One More Chance; Lowest Forward Multiple in Several Years, Despite Accelerating Growth," February 7, 2018.

- CL King & Associates, "Model Update," February 11, 2018.

- CL King & Associates, "HCSG: Cleaning Up Old Problems, Such as Writes-offs, Receivables; No Go-forward Impact and Should Shift Focus Back to Growth," April 16, 2018.

- CL King & Associates, "HCSG: Q1 Operating Results as Expected; Receivables Issues in the Rearview Mirror, but Still Working on Margins," April 18, 2018.

- CL King & Associates, "HCSG: First Take: 2Q Continues More of the Same Margin Pressures; Still Expect 2H Margin Improvement," July 17, 2018.

- CL King & Associates, "HCSG: Transitory Margin Pressures Mask Underlying Progress; Still Believe Margin Issues Temporary," July 18, 2018.

- CL King & Associates, "HCSG Q4 Preview: Street Estimates Appear Too High," February 4, 2019.

- CL King & Associates, "HCSG First Look: Q4 Better than Feared; Core Margins Improving; Structural Changes Should Improve the Business Model Longer Term," February 5, 2019.

- CL King & Associates, "HCSG: Q4 Better than Expected; Core Margins Improving; Credit Issues Should Begin to Abate Later in 2019," February 6, 2019.

- CL King & Associates, "Model Update," February 11, 2019.

- CL King & Associates, "HCSG: NDR Highlights," March 1, 2019.

- CL King & Associates, "HCSG: 10-K Filing Delayed 15 Days; Relates to Rounding of Individual Quarters in Prior Years, but Unlikely to Change Go-Forward Story," March 4, 2019.

- Credit Suisse, "Initiating at Outperform; #1 in Provider Takeout," May 19, 2017.

- Credit Suisse, "3Q17 EPS in line; Fine-tuning estimates," October 17, 2017.

- Credit Suisse, "Assuming Coverage of HCSG—Maintaining Outperform, Raising Target Price," November 2, 2017.

- Credit Suisse, "Unique Growth Story Reviewed at HQ Visit," December 19, 2017.

**Appendix C**

- Credit Suisse, "4Q17 Strong; Tax Reform Accelerating Earnings Growth & Financial Flexibility," February 7, 2018.

- Credit Suisse, "Strong Growth Continues; Questions Around Use of Tax Reform Benefit," February 8, 2018.

- Credit Suisse, "HCSG Announces B/S Cleanup Ahead of Q1," April 16, 2018.

- Credit Suisse, "Mixed Results in Q1 with Relatively Stable Performance Excluding the $35 mln AR Charge," April 18, 2018.

- Credit Suisse, "Q2 EPS Below Expectations, Revs Ok; Stm looking for Margin and Cash Flow Rebound," July 17, 2018.

- Credit Suisse, "Q2 Conf Call Takeaways; Optics Seem Worse than Core," July 18, 2018.

- Credit Suisse, "Conference Call Takes: Color on Q3 Results," October 17, 2018.

- Credit Suisse, "Glad to Put 2018 in the Rear View; AR Reserve Taken and Genesis Contract Restructured," February 5, 2019.

- Credit Suisse, "Long-Term Growth Story Still Intact Despite Noisy 2018; Conference Cali Takeaways," February 7, 2019.

- Credit Suisse, "Management Addresses 10-K Delay and SEC Inquiry," March 4, 2019.

- Directors Deals, "Daily Bulletin," July 28, 2017.

- GlobalData, "Healthcare Services Group inc (HCSG) - Financial Analysis Review," March 7, 2017.

- GlobalData, "Financial and Strategic SWOT Analysis Review," June 20, 2017.

- GlobalData, "Financial and Strategic SWOT Analysis Review," September 21, 2017.

- GlobalData, "Financial and Strategic SWOT Analysis Review," December 19, 2017.

- Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 4Q16 Results," February 7, 2017.

- Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 1Q17 Results," April 11, 2017.

- Jefferies, "Healthcare Services Group, Inc. (HCSG) Notes from Management Meetings," June 5, 2017.

- Jefferies, "Today At A Glance," June 6, 2017.

- Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 2Q17 Results," July 11, 2017.

**Appendix C**

- Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 3Q17 Results," October 18, 2017.

- Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 4Q17 Results," February 7, 2018.

- Jefferies, "Healthcare Services Group, Inc. (HCSG): Key Insights from 1Q18 Results," April 17, 2018.

- Jefferies, "Key Insights from HCSG's 2Q18 Results," July 17, 2018.

- Jefferies, "Key Insights from HCSG's 4Q18," February 5, 2019.

- Minkabu, "Healthcare Services: SELL," May 15, 2017.

- Minkabu, "Healthcare Services: SELL," August 7, 2017.

- Monocle Accounting Research, "Healthcare Services Group: A Decade Of 'Strategic Rounding'," March 22, 2017.

- Monocle Accounting Research, "Healthcare Services Group: More 'Strategic Rounding' And Other Shenanigans," April 17, 2017.

- SADIF, "Will Healthcare Services Group Inc. Deliver Long Term Returns?," January 19, 2017.

- SADIF, "Rating Update for Healthcare Services Group Inc.," March 1, 2017.

- SADIF, "Rating Update for Healthcare Services Group Inc.," March 20, 2017.

- SADIF, "Rating Update for Healthcare Services Group Inc.," May 3, 2017.

- SADIF, "Rating Update for Healthcare Services Group Inc.," May 4, 2017.

- SADIF, "Rating Update for Healthcare Services Group Inc.," May 18, 2017.

- SADIF, "Rating Update for Healthcare Services Group Inc.," May 19, 2017.

- SADIF, "Stock upgraded to Good from Above Average," August 18, 2017.

- Sidoti, "Healthcare Services Group (HCSG): Forecast 4Q:16 EPS Rose 15% Year Over Year On 10% Revenue Growth; Contend Stock Price Reflects HCSG's Profit Growth Prospects Through 2018; Maintain NEUTRAL Rating, $40 Target," January 3, 2017.

- Sidoti, "Healthcare Services Group (HCSG): HCSG Ends 2016 On A Solid Note With 4Q Results Essentially In Line, But We Contend Stock Price Reflects Profit Growth Prospects Through 2018; Maintain NEUTRAL Rating And $40 Price Target," February 8, 2017.

- Sidoti, "Healthcare Services Group (HCSG): 1Q:17 Results Mixed With Modest Revenue Advance Aided By Lower Tax Rate; Continue To Think Stock Price Reflects

**Appendix C**

Profit Growth Prospects Through 2018; Maintain NEUTRAL And $40 Target," April 12, 2017.

- Sidoti, "Raise Price Target To $47 (From $40) As We Shift To 2019 Valuation; 2Q:17 EPS In Line Despite Strong Revenue Gain; Contend Stock Price Reflects Profit Growth Prospects; Maintain NEUTRAL Strong Revenue Gain; Contend Stock Price Reflects Profit Growth Prospects; Maintain NEUTRAL," July 12, 2017.

- Sidoti, "We Contend The Strong Stock Performance In 2017 Fully Reflects Our Almost 14% EPS CAGR Projection Through 2019; Maintain NEUTRAL Rating And $47 Price Target Projection Through 2019; Maintain NEUTRAL Rating And $47 Price Target," September 20, 2017.

- Sidoti, "Raise Target To $55 (From $47) With 3Q:17 EPS In Line, But Revenue Ahead Of Forecast; Still Contend Stock Price Reflects HCSG's Solid Growth Prospects Through 2019; Remain NEUTRAL," October 18, 2017.

- Sidoti, "Stock Price Largely Reflects HCSG's Growth Prospects Through 2019, In Our Opinion; Remain NEUTRAL With A $55 Price Target; Free Cash Flow Will Support Further Dividend Increases," December 6, 2017.

- Sidoti, "4Q:17 EPS Below Forecast On A Higher Tax Rate, But Revenue In Line; Contend Stock Price Fairly Reflects HCSG's Solid Growth Prospects Through 2019; Remain NEUTRAL With $60 Price Target," February 7, 2018.

- Sidoti, "Upgrade HCSG To BUY (From NEUTRAL) As We Think Recent 15% Pullback Offers Attractive Entry Point; Still Forecast Record-High Revenue And Profits In 2018-2019; Maintain $60 Price Target," February 7, 2018.

- Sidoti, "Core 1Q:18 EPS Slightly Below Forecast But Top Line Remained Strong; Still Project Record Profits In 2018-2019 On Solid Industry Fundamentals; Maintain BUY Rating, $60 Price Target," April 18, 2018.

- Sidoti, "2Q:18 EPS $0.03 Below Forecast, Cash Dividend Increased; Lower 2018 Estimate, But Still Project Record Profits In 2018-2019 On Solid Industry Fundamentals; Maintain BUY Rating, $60 Target," July 18, 2018.

- Stephens, "HCSG 1Q19 Preview," April 10, 2019.

- Stephens, "HCSG 4Q18 Initial View," February 5, 2019.

- Stephens, "HCSG 4Q18 Wrap Up," February 6, 2019.

- Stephens, "SFC Committee Hearing Exposes Divide Between SNF Safety and Adequate Funding," March 7, 2019.

- Stifel, "4Q16 Earnings Preview: We Expect $0,28 per Share, In-line with Consensus," January 31, 2017.

**Appendix C**

- Stifel, "4Q16 Results In Line; Reaffirm Buy Rating and $43 Price Target," February 7, 2017.

- Stifel, "1Q17 Earnings Preview: Earnings Release Tuesday After Close; We Expect $0.29 per Share; Continued Growth in Service Lines," April 10, 2017.

- Stifel, "1Q17 Results Beat Estimates; Significant New Contract Additions; Raising Price Target to $46 and Reaffirm Buy Rating," April 11, 2017.

- Stifel, "Meetings with HCSG Management Highlight Growth Expectations and Improved Retention Rates; Reiterate Buy Rating," April 30, 2017.

- Stifel, "Strong 2Q17 Results on Contract Growth Well Above Expectations; Raising Estimates and Price Target to $50; Reaffirm Buy," July 11, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Alternate Site & Labs Outperform; Q of Week: Coverage in 2016," January 3, 2017.

- UBS, "Weekly Check-up: Acute & Psych Hospitals Kick Off 2017 On A Strong Note; Questions of the Week," January 8, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Hospitals and Psych Hospitals Strong Again; Question of the Week," January 16, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Psych Hospitals and MCOs Outperform; Question of the Week," January 23, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Specialty Services & Labs Outperform; Question of the Week," January 30, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Medical Staffing & Specialty Services Outperform; Question of the Week," February 5, 2017.

- UBS, "Healthcare Services Group: Another Solid Quarter, with EPS and Revs for Q4 Largely In Line," February 7, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Weekly Check-up: General Outsourcing & Specialty Services Outperformed; Question of the Week," February 12, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Psych Hospitals, Death Care, & Medical Staffing Outperform; Question of the Week," February 21, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Acute Care & Psych Hospitals Outperform; Question of the Week," February 27, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Alternate Site and Post-Acute Outperform; Question of the Week," March 5, 2017.

**Appendix C**

- UBS, "U.S. Healthcare Services: Weekly Check-up: Labs Outperform; Question of the Week," March 12, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Labs Outperform; Question of the Week," March 19, 2017.

- UBS, "U.S Healthcare Services: Weekly Check-up: Alt Site & Psych Hospitals Outperform: Question of the Week," March 27, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Medical Staffing & Alternative Site Outperform; Question of the Week," April 3, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Medical Staffing & Alternative Site Outperform; Question of the Week," April 10, 2017.

- UBS, "Healthcare Services Group: A Solid 1Q17 as HCSG Prepares for Large New Business Rollout," April 11, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: General Outsourcing & Med Staffing Outperform; Question of the Week," April 16, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Post Acute & Labs Outperform; Question of the Week," April 23, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Specialty Services, MCOs, and Post-Acute Outperform; Question of the Week," April 30, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: MCOs, Post-Acute and Alternate Site Outperform; Question of the Week," May 8, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Medical Staffing and MCOs Outperform; Question of the Week," May 15, 2017.

- UBS, "U.S. Healthcare Services: Weekly Check-up: Medical Staffing and MCOs Outperform; Question of the Week," May 22, 2017.

- UBS, "Healthcare Services Group: LT Rev & Earnings Growth Tgts, Recent Contract, Margin Oppty Focus Areas at UBS HC Conference," May 23, 2017.

- UBS, "Weekly Check-up: Specialty Services and MCOs Outperform; Question of the Week," May 30, 2017.

- UBS, "Weekly Check-up: Specialty Services and MCOs Outperform; Question of the Week," June 5, 2017.

- UBS, "The Evolving Pharmacy Benefit Landscape; One Experienced PBM Consultant's Views," June 12, 2017.

- UBS, "Weekly Check-up: Specialty Services and Staffing Outperform; Question of the Week," June 12, 2017.

**Appendix C**

- UBS, "Weekly Check-up: Hospital and Physician Sourcing Outperform; Question of the Week," June 19, 2017.

- UBS, "Weekly Check-up: Alt Site, Labs, and Post-Acute Outperform; Question of the Week," June 26, 2017.

- UBS, "Weekly Check-up: Psych Hospitals & Death Care Outperform; Question of the Week," July 3, 2017.

- UBS, "Weekly Check-up: MCOs and Alternate Site Outperform; Question of the Week," July 10, 2017.

- UBS, "A Strong 2Q17 Driven by Upside on Both Revenue & Rollout Timing on New Service Agreements," July 11, 2017.

- UBS, "Q2 Preview for Post Acute, Alternate Site & Outsourcing; A Potential Catalyst for Key Names," July 13, 2017.

- UBS, "Weekly Check-up: Specialty Services and General Outsourcing Outperform; Question of the Week," July 17, 2017.

- UBS, "UBS Evidence Lab: What do US Consumers Think about Rising Healthcare Costs? Part 1," July 24, 2017.

- UBS, "Weekly Check-up; Alt Site & Medical Staffing Outperform; Question of the Week," July 24, 2017.

- UBS, "Weekly Check-up: Death Care and Labs Outperform; Question of the Week," July 31, 2017.

- UBS, "Weekly Check -up: General Outsourcing Outperforms; Question of the Week," August 7, 2017.

- UBS, "Weekly Check -up: General Outsourcing Outperforms; Question of the Week," August 14, 2017.

- UBS, "Weekly Check-up: Staffing and Death Care Outperform; Question of the Week," August 21, 2017.

- UBS, "Weekly Check-up: Hospitals & Physicians Outsourcing Outperform; Question of the Week," August 25, 2017.

- Validea, "Guru Stock Report: HOLD," July 14, 2017.

- Validea, "Guru Stock Report: HOLD," October 20, 2017.

- ValuEngine, "RATING AND FORECAST REPORT: Company Name: HEALTHCARE SERV: Ticker: HCSG," March 23, 2017.

- ValuEngine, "Rating and Forecast Report," June 26, 2017.

**Appendix C**

- ValuEngine, "Rating and Forecast Report: HOLD," September 27, 2017.

- ValuEngine, "Rating and Forecast Report: HOLD," December 28, 2017.

- William Blair, "Healthcare Services Group, Inc.: First Look at Largely In-Line Fourth-Quarter Results," February 7, 2017.

- William Blair, "Healthcare Services Group, Inc.: Highlights From Recent Travels With Management," March 10, 2017.

- William Blair, "Healthcare Services Group, Inc.: Mixed Start to 2017, but $160 Million in New Contracts to Drive Second-Half Acceleration," April 11, 2017.

- William Blair, "Sales Growth Accelerates as Large new Contract Win Implemented Ahead of Schedule," July 11, 2017.

- William Blair, "Earnings In Line as Sales Upside Offset by Gross Margin Decline," October 17, 2017.

- William Blair, "First Look at Largely In-Line Fourth-Quarter Results," February 6, 2018.

- William Blair, "The Monthly Short (and Retort) Repot: Healthcare Services and Technology," February 12, 2018.

- William Blair, "Flash Note Ahead of First-Quarter Results; Company Takes EPS Hit From Two Customer Restructurings," April 16, 2018.

- William Blair, "Review of First Quarter 2018 Results; More Details on Accounts Receivable Write-Offs," April 17, 2018.

- William Blair, "Healthcare Services Group, Inc.: Second-Quarter Modestly Below Expectations; Still Expect Margin Improvements in Second Half of 2018," July 17, 2018.

- William Blair, "Healthcare Services Group, Inc.: First Look at Fourth-Quarter Results; Solid Progress on Operating Metrics, Client Health Remains a Key Focus," February 5, 2019.

- Wright, "Healthcare Services Group Inc. Company Profile," January 2, 2017.

- Wright, "Healthcare Services Group Inc. Company Profile," February 21, 2017.

- Wright, "Healthcare Services Group Inc. Company Profile," April 3, 2017.

- Wright, "Healthcare Services Group Inc. Company Profile," May 22, 2017.

- Wright, "Healthcare Services Group Inc. Company Profile," July 3, 2017.

- Wright, "Healthcare Services Group Inc. Company Profile," August 21, 2017.

- Wright, "Healthcare Services Group Inc. Company Profile," October 2, 2017.

- Wright, "Healthcare Services Group Inc. Company Profile," November 20, 2017.

**Appendix C**

- Wright, "Healthcare Services Group Inc. Company Profile," February 9, 2019.

**Depositions**

- Deposition of Dr. Zachary Nye, December 10, 2020.

- Deposition of Ryan Snow, November 23, 2020.

- Deposition of Catherine Swenson, November 23, 2020.

**Earnings Call Transcripts**

- "Edited Transcript: Q1 2017 Healthcare Services Group Inc. Earnings Call," Thomson Reuters, April 12, 2017.

- "Edited Transcript: Q4 2017 Healthcare Services Group Inc. Earnings Call," Thomson Reuters, February 7, 2018.

- "Edited Transcript: Q1 2018 Healthcare Services Group Inc. Earnings Call," Thomson Reuters, April 18, 2018.

- "Edited Transcript: Q2 2018 Healthcare Services Group Inc. Earnings Call," Thomson Reuters, July 18, 2018.

- "Edited Transcript: Q4 2018 Healthcare Services Group Inc. Earnings Call," Thomson Reuters, February 6, 2019.

- "Edited Transcript: Q1 2019 Healthcare Services Group, Inc. Earnings Call," Thomson Reuters, May 1, 2019.

**Expert Reports**

- Expert Report of Zachary Nye, Ph.D., November 13, 2020 (including exhibits).

**Legal Pleadings**

- Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws, Utah Retirement Systems, Individually and on Behalf of All Others Similarly Situated, v. Healthcare Services Group, Inc., et al., 2:19-cv-01227-ER (E.D.P., September 17, 2019).

- Lead Plaintiff's Memorandum of Law In Support of Motion for Class Certification and Appointment of Class Representative and Class Counsel, 2:19-cv-01227-ER (E.D.P., November 13, 2020).

**Appendix C**

**Public Press and Press Releases**

- "*Healthcare Services 4Q Rev $499.4M >HCSG," *Dow Jones Institutional News,* February 6, 2018.

- "*Healthcare Services Group: Unable to File 10-K for Year Ended December 31 Within Prescribed Time," *Dow Jones Institutional News,* March 4, 2019.

- "02:37 EDT Healthcare Services downgraded to Neutral from Outperform at Baird," *The Fly,* February 7, 2018.

- "05:45 EDT Healthcare Services downgraded to Hold from Buy at Stifel," *The Fly,* April 18, 2018.

- "06:20 EDT Healthcare Services downgraded to Sell from Hold at Stifel," *The Fly,* July 18, 2018.

- "07:24 EDT Healthcare Services downgraded to Hold with $44 price target at Stifel...," *The Fly,* April 18, 2018.

- "07:52 EDT Healthcare Services pullback on late filing looks overdone, says...," *The Fly,* March 5, 2019.

- "08:00 EDT Healthcare Services Q2 better than feared, says Jefferies," *The Fly,* July 18, 2018.

- "08:01 EDT Healthcare Services price target lowered to $48 from $62 at Credit...," *The Fly,* April 18, 2018.

- "08:19 EDT Healthcare Services downgraded to Neutral at Baird," *The Fly,* February 7, 2018.

- "08:27 EDT Benchmark would be buyers of Healthcare Services on post-earnings...," *The Fly,* July 18, 2018.

- "12:16 EDT Healthcare Services weakness likely tied to no annual report, says...," *The Fly,* March 4, 2019.

- "12:52 EDT Healthcare Services delays filing of 10-K, citing SEC inquiry," *The Fly,* March 4, 2019.

- "14:20 EDT Healthcare Services upgraded to Buy from Neutral at Sidoti," *The Fly,* February 7, 2018.

- "14:49 EDT Healthcare Services' delayed 10-K bad, not terrible news, says...," *The Fly,* March 4, 2019.

- "16:08 EDT Healthcare Services reports Q2 EPS 35c, consensus 38c," *The Fly,* July 17, 2018.

**Appendix C**

- "16:11 EDT Healthcare Services increases quarterly dividend to 19.375c per...," *The Fly,* July 17, 2018.

- "16:11 EDT Healthcare Services reports Q1 EPS 0c, consensus 38c," *The Fly,* April 17, 2018.

- "16:23 EDT Healthcare Services increases quarterly dividend," *The Fly,* February 5, 2019.

- "16:36 EDT Healthcare Services increases quarterly dividend to .19c per...," *The Fly,* April 17, 2018.

- "Bensalem health care services firm's stock falls after subpoena disclosure," *Philadelphia Business Journal Online,* March 5, 2019.

- "Bragar Eagel & Squire, P.C. is Investigating Healthcare Services Group, Inc. (HCSG) on Behalf of Stockholders and Encourages HCSG Investors to Contact the Firm," *GlobeNewswire,* March 5, 2019.

- "BRIEF-Healthcare Services Group Inc Files For Non-Timely 10K," *Reuters News,* March 4, 2019.

- "BRIEF-Healthcare Services Group Q4 Earnings Per Share $0.42," *Reuters News,* February 5, 2019.

- "BRIEF-Healthcare Services Group Quarterly Revenue $501.8 Million," *Reuters News,* April 17, 2018.

- "BRIEF-Healthcare Services Group Reports Quarterly Earnings Per Share $0.27," *Reuters News,* February 6, 2018.

- "BRIEF-Healthcare Services Group Reports Quarterly Earnings Per Share Of $0.35," *Reuters News,* July 17, 2018.

- "CEO Amit Munshi Presents at 27th Annual Oppenheimer Healthcare Conference (Transcript)," *Dow Jones Institutional News*, March 22, 2017.

- "DJ Healthcare Services Group Inc, Inst Holders, 1Q 2018 (HCSG)," *Dow Jones Institutional News,* April 19, 2018.

- "DJ Healthcare Services Group Inc, Inst Holders, 2Q 2018 (HCSG)," *Dow Jones Institutional News,* July 19, 2018.

- "EARNINGS SUMMARY: Details of Healthcare Services Group Q1 Earnings Report," *RTT News,* April 17, 2018.

- "EARNINGS SUMMARY: Details of Healthcare Services Group Q1 Earnings Report," *CE NoticiasFinancieras,* April 17, 2018.

**Appendix C**

- "EQUITY ALERT: Rosen Law Firm Announces Investigation of Securities Claims Against Healthcare Services Group, Inc. -- HCSG," *Business Wire,* March 5, 2019.

- "Former California Deputy Attorney General and Special Counsel with Johnson Fistel Launches Investigation into Healthcare Services Group, Inc. (HCSG); Investors Suffering Losses Encouraged to Contact Firm," *PR Newswire,* March 5, 2019.

- "GeneNews Announces Contract with Large Multi-Specialty Physician Group for Use of Early Cancer Diagnostic Tests," *Women's Health Weekly*, March 23, 2017.

- "Greystone Enhances Healthcare Lending and Advisory Services with Marc Zimmet as Managing Director," *GlobeNewswire,* February 7, 2018.

- "Healthcare Services 'Aggressive' with Accounting, Seeking Alpha Contributor Says," *The Fly*, March 23, 2017, https://thefly.com/landingPageNews.php?id=2524142&headline=HCSG-Healthcare-Services-aggressive-with-accounting-Seeking-Alpha-contributor-says.

- "Healthcare Services Cut to Hold From Buy by Stifel Nicolaus," *Dow Jones Institutional News,* April 18, 2018.

- "Healthcare Services Cut to Neutral From Outperform by Baird," *Dow Jones Institutional News,* February 7, 2018.

- "Healthcare Services Cut to Sell From Hold by Stifel Nicolaus," *Dow Jones Institutional News,* July 18, 2018.

- "Healthcare Services Frail On Client Credit Deterioration, Stifel Says In Downgrade," *Benzinga.com,* April 18, 2018.

- "Healthcare Services Group Delays 10-K Due to SEC Inquiry, Shares Fall >HCSG," *Dow Jones Institutional News,* March 4, 2019.

- "Healthcare Services Group Down Over 12% After News of 10-K Delay -- Data Talk," *Dow Jones Institutional News,* March 4, 2019.

- "Healthcare Services Group Earnings Advance In Q2," *CE NoticiasFinancieras,* July 17, 2018.

- "Healthcare Services Group Earnings Advance In Q2," *RTT News,* July 17, 2018.

- "Healthcare Services Group Inc: Profits of 42 cents announced for fourth quarter," *Reuters News,* February 5, 2019.

- "Healthcare Services Group Q4 Earnings Fall," *CE NoticiasFinancieras,* February 6, 2018.

- "Healthcare Services Group Q4 Earnings Fall," *RTT News,* February 6, 2018.

**Appendix C**

- "Healthcare Services Group, Inc. CEO Ted Wahl on Q2 2018 Results -- Earnings Call Transcript >HCSG," *Dow Jones Institutional News,* July 18, 2018.

- "Healthcare Services Group, Inc. Reports Q4 & 2018 Results, Progress On Near Term Priorities, and Q4 Cash Dividend Increase," *GlobeNewswire,* February 5, 2019.

- "Healthcare Services Group, Inc. Reports Results for the Three and Six Months Ended June 30, 2018 and Announces Increased Second Quarter 2018 Cash Dividend," *GlobeNewswire,* July 17, 2018.

- "Healthcare Services Group, Inc. Reports Results for the Three Months Ended March 31, 2018 and Announces Increased First Quarter 2018 Cash Dividend," *GlobeNewswire,* April 17, 2018.

- "Healthcare Services Group, Inc. to Host Earnings Call," *ACCESSWIRE,* February 7, 2018.

- "Healthcare Services Group's CEO Ted Wahl on Q1 2018 Results -- Earnings Call Transcript >HCSG," *Dow Jones Institutional News,* April 18, 2018.

- "Healthcare Services Group's CEO Ted Wahl on Q4 2017 Results -- Earnings Call Transcript >HCSG," *Dow Jones Institutional News,* February 7, 2018.

- "Healthcare Services Group's CEO Ted Wahl on Q4 2018 Results -- Earnings Call Transcript >HCSG," *Dow Jones Institutional News,* February 6, 2019.

- "Healthcare Services Is Maintained at Neutral by Baird," *Dow Jones Institutional News,* April 17, 2018.

- "Healthcare Services Is Maintained at Neutral by Baird," *Dow Jones Institutional News,* April 18, 2018.

- "Healthcare Services Is Maintained at Outperform by Credit Suisse," *Dow Jones Institutional News,* April 18, 2018.

- "Healthcare Services management to meet with Sidoti," *The Fly*, March 22, 2017.

- "Healthcare Services on Track for Largest Percent Decrease Since December 2008 -- Data Talk," *Dow Jones Institutional News,* July 18, 2018.

- "Healthcare Services reports Q4 diluted EPS 42c, consensus 37c," *The Fly,* February 5, 2019.

- "Healthcare Services reports Q4 EPS 27c, consensus 31c," *The Fly,* February 6, 2018.

- "INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against Healthcare Services Group, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm," *Business Wire,* March 5, 2019.

**Appendix C**

- "Mid-Day Market Update: Healthcare Services Falls After Q2 Miss; CounterPath Shares Climb," *Benzinga.com,* July 18, 2018.

- "Press Release: Former California Deputy Attorney General and Special Counsel with Johnson Fistel Launches Investigation into Healthcare Services Group, Inc. (HCSG); Investors Suffering Losses Encouraged to Contact Firm," *Dow Jones Institutional News,* March 5, 2019.

- "SHAREHOLDER ALERT: Investigation of Healthcare Services Group Announced by Holzer & Holzer, LLC," *Business Wire,* March 4, 2019.

- "SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors of an Investigation Involving Possible Securities Fraud Violations by Certain Officers and Directors of Healthcare Services Group, Inc.," *GlobeNewswire,* March 4, 2019.

- Dave Michaels, "SEC Probes Whether Companies Rounded Up Earnings Per Share," *The Wall Street Journal*, June 22, 2018, https://www.wsj.com/articles/sec-probes-whether-companies-rounded-up-earnings-1529699702.

- Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three Months and Year Ended December 31, 2015," February 2, 2016, https://investor.hcsgcorp.com/news/news-details/2016/Healthcare-Services-Group-Inc-Reports-Results-for-the-Three-Months-and-Year-Ended-December-31-2015/default.aspx.

- Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three Months and Year Ended December 31, 2017," February 6, 2018.

- Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three Months Ended March 31, 2018 and Announces Increased First Quarter 2018 Cash Dividend," April 17, 2018.

- Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Results for the Three and Six Months Ended June 30, 2018 and Announces Increased Second Quarter 2018 Cash Dividend," July 17, 2018.

- Healthcare Services Group, Inc. Press Release, "Healthcare Services Group, Inc. Reports Q4 & 2018 Results, Progress On Near Term Priorities, and Q4 Cash Dividend Increase," February 5, 2019.

**SEC Filings**

- Healthcare Services Group, Inc. Form 10-K for FY2013, filed February 21, 2014.

- Healthcare Services Group, Inc. Form 10-K for FY2017, filed February 23, 2018.

- Healthcare Services Group, Inc. Form 8-K, filed April 16, 2018.

- Healthcare Services Group, Inc. Form 8-K 99.1, filed April 16, 2018.

**Appendix C**

- Healthcare Services Group, Inc. Form 10-Q, filed April 27, 2018.

- Healthcare Services Group, Inc. Form 10-Q, filed July 27, 2018.

- Healthcare Services Group, Inc. Form 8-K, filed March 4, 2019.

- Healthcare Services Group, Inc. Form 12b-25, Notification of Late Filing of 10-k for FY2018, filed March 4, 2019.

- Healthcare Services Group, Inc. Form 10-K for FY2018, filed March 18, 2019.

- Healthcare Services Group, Inc. Form 10-K for FY2019, filed February 21, 2020.

**Websites/Other**

- "About Seeking Alpha," *Seeking Alpha*, https://seekingalpha.com/page/about_us.

- "Beginners' Guide to Financial Statements," *SEC*, January 12, 2014, https://www.sec.gov/oiea/reportspubs/investor-publications/beginners-guide-to-financial-statements.html.

- "Quarterly Results," *Healthcare Services Group, Inc.*, https://investor.hcsgcorp.com/financials/quarterly-results/default.aspx.

- "2017 Media Kit," *Seeking Alpha*, August 22, 2017, https://static.seekingalpha.com/uploads/2017/8/22/sa_media_kit_08_2017.pdf.

**Exhibit 1**

# In Re Healthcare Services Group, Inc. Securities Litigation
## Timeline of Events
## Proposed Class Period: April 8, 2014 – March 4, 2019



Source: Complaint; Healthcare Services Group, Inc.'s SEC Filings and Press Releases; Monocle Accounting Research, "Healthcare Services Group: A Decade Of 'Strategic Rounding'," March 22, 2017

**Exhibit 2**



# In Re Healthcare Services Group, Inc. Securities Litigation
## Standard Deviation of Analyst EPS Estimates
## Q1 2014 – Q4 2018

Source: *Refinitiv*; Complaint

Note: Analyst EPS estimates are as of the day Healthcare Services Group, Inc. announced financial results for each quarter. Variable used is Earnings Per Share – Standard Deviation, which Refinitiv Eikon defines as "the statistical standard deviation of all estimates included in the summary calculation. Earnings Per Share is defined as the EPS that the contributing analyst considers to be that with which to value a security. This figure may include or exclude certain items depending on the contributing analyst's specific model." The mean standard deviation in analyst EPS estimates from Q1 2014 though Q4 2018 was $0.0083. The Complaint alleges partial corrective disclosures on: February 6, 2018 (Q4 2017 earnings release), April 17, 2018 (Q1 2018 earnings release), July 17, 2018 (Q2 2018 earnings release), and February 5, 2019 (Q4 2018 earnings release).