# EXHIBIT E

Seeking Alpha$^\alpha$

**Short Ideas | Services**

# Healthcare Services Group: More 'Strategic Rounding' And Other Shenanigans

Apr. 17, 2017 7:15 AM ET17 comments

by: Monocle Accounting Research

## Summary

- HCSG's concerning pattern of "strategic rounding" of quarterly earnings per share continues.

- Some investors appear willing to start questioning company management about accounting practices.

- An ostensible one-penny EPS beat was driven by an unexpectedly low tax rate, as revenue and pre-tax earnings disappoint.

### One in 35 Trillion!

As we demonstrated in our note last month, *Healthcare Services Group: A Decade Of 'Strategic Rounding,'* Healthcare Services Group (NASDAQ: HCSG) has exhibited a disturbing and unprecedented pattern of rounding its quarterly earnings per share up, instead of down, to the nearest penny in each and every quarter for well over a decade. As discussed in our note, this rounding behavior has allowed HCSG to avoid missing the consensus sell-side EPS estimate for the vast majority of quarters over the last decade. As investors often pay premium valuations for stocks of companies that appear to have consistent growth and rarely disappoint, HCSG's earnings multiple has grown beyond the curiously high 30x level. In fact, the current $45 stock price now places the company's trailing P/E ratio at above 40x!

Despite alerting company management to our upcoming article in March, and then calling the company out on this practice in our widely-read note on Seeking Alpha, HCSG's Q1 income statement showed that, once again, the company's EPS of 29.77¢ rounded up to the next penny. This provided the company with a penny EPS beat relative to the mean sell-side analyst expectation.

For those of you keeping score at home, this marked the 45th time in a row that HCSG's EPS rounded up instead of down. The odds of flipping heads 45 times in a row is one in 35.2 trillion. How big is 35.2 trillion? Well, it's probably considerably larger than the number of galaxies in the universe, so, well, it's pretty big.

**Some Folks Are Catching On**

While we have been disappointed over the years by the lack of probing questions by sell-side analysts of management on HCSG's quarterly earnings calls, at least one analyst is starting to ask HCSG's management team some uncomfortable questions, as evidenced by this exchange on last week's call:

**Andrew John Wittmann** - *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

Great. And then my last question here is just on some of the reports that came out about the company quarterly results being rounded up for a long period of time in the quarter. The annual results clearly don't round up. But I think just given that this has gotten some attention, it would be worth having you guys comment on that and just give us your thoughts on that.

---

**Theodore Wahl** - *Healthcare Services Group, Inc. - CEO, President and Director*

Well, I can tell you, without knowing exactly what article or more specifically what iteration of articles you're referring to, I can tell you we believe our best efforts are spent actually running the company and delivering outcomes for our customers, our employees and all of our shareholders, not the latest and greatest investor sentiment or third-party articles and blogs. And I would say regardless of bias, Andy, whether they're positive or negative, God knows there is plenty of both out there. And when you look at over the past 10 or so years that you mention, our track record really speaks for itself. We've tripled the size of the company, customers, employees, revenues, profits. We've paid out more than $400 million in dividends during that time frame. And most importantly, we've positioned the company today to surpass that performance and deliver for all of our stakeholders over the next decade. So again, I think our track record of performance over the past 10 years really stands on its own.

For starters, Mr. Wahl's claim to not know to which article Mr. Wittmann was referring is fairly unbelievable, as we both alerted HCSG's management to our upcoming article and sought comment from management about the conclusion we drew from the company's pattern of EPS rounding through the years.

More importantly, though, is the fact that Mr. Wahl's answer was completely nonresponsive. Highlighting how the company has paid out millions of dollars of dividends to investors over the years in response to a concerned question regarding how the company comes up with its quarterly earnings was, in our opinion, a disconcerting reaction, and one that should seriously concern investors in this stock.

**ASU 2016-09**

While investors got excited by the fact that HCSG's EPS of 30¢ this quarter beat the consensus expectation by a penny, it is important to consider how HCSG got to that 30¢.

First, HCSG's $404 million in revenue fell well short of the $416 million consensus

expectation. Pre-tax profit of $32.3 million was similarly below the consensus expectation.

However, HCSG accrued its tax expense at a mere 31.8% rate, more than 500 basis points lower than it did in the first quarter of last year. This was a very pleasant surprise to investors, as Matt McKee stated on February 8 that investors should expect a much higher tax rate: "we would expect that our effective tax rate continues to be in and around the 36% range."

The reason HCSG's tax rate was more than 4% below the level to which Mr. McKee guided investors just two months earlier is because of Accounting Standards Update 2016-09, which changes the way in which share-based compensation is accounted for. While we shall spare the reader the gory details of the rule change (we would recommend this PwC brief to those that are interested in a good summary), suffice it to say that certain compensation-related transactions will now benefit companies' net income amounts through reduction to their accrued tax expenses. Although HCSG's accounting earnings will legitimately benefit from this new guidance, our issue is with Mr. McKee's February 8 tax rate guidance. We believe there is a good chance that Mr. McKee's guidance was inconsistent with what HCSG actually believed at the time, and was designed to facilitate a one-penny EPS beat rather than a one-penny EPS miss during the quarter.

The average sell-side analyst expected HCSG to achieve pre-tax income in the quarter of $33 million, almost $1 million greater than what HCSG actually posted. Had analysts expected HCSG's tax rate to be 31.8% and not 36%, the mean consensus expectation would have been 31¢, not 29¢, and HCSG would have had a rare EPS miss. We believe had that happened, HCSG's bloated earnings multiple would have deflated somewhat instead of expanded like it did the next day.

So, isn't it possible that HCSG management just didn't know that ASU 2016-09 was going to have such a meaningful impact on the company's tax rate back on February 8? We believe that that is highly unlikely, as FASB issued ASU 2016-09 over a year ago, and HCSG disclosed in its regulatory filings as early as April 2016 that it was "in the process of evaluating the impacts of the adoption of this ASU." It is somewhat inconceivable to us that after studying the issue for almost a year and concluding ASU 2016-09 would not materially impact the company's tax rate, HCSG's accounting and finance organization would then conclude at the proverbial last minute that the company's tax rate would, in fact, be slashed.

## Conclusion

While investors cheered HCSG's Q1 earnings report last week (for a day at least), we continue to contend that the quality of its earnings is low, and the company's accounting processes are suspect. We believe that investors are slowly beginning to look a little deeper into HCSG's reported numbers, and that as investors begin to better understand the risks of investing in the company, its earnings multiple will contract meaningfully.

Considering the low growth profile of this company, and the increasing concerns surrounding its reported earnings, we believe investors eventually will be willing to pay no more than 25 times earnings for this stock. With 2017 earnings expected to be $1.21, this multiple represents a $30 stock price, or 33% downside.

**Disclosure:** I am/we are short HCSG. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

### Monocle Accounting Research's ratings on HCSG

Latest rating:  Bearish          Very Bullish      Bullish      Neutral      Bearish      Very Bearish



**All Ratings by Monocle Accounting Research »**