# EXHIBIT K

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER