# EXHIBIT L

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER