**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

UTAH RETIREMENT SYSTEMS,

Plaintiff,

v.

HEALTHCARE SERVICES GROUP,
INC., DANIEL P. MCCARTNEY,
THEODORE WAHL, JOHN C. SHEA,
and MATTHEW J. MCKEE,

Defendants.

Case No. 2:19-cv-01227-ER

**ORDER**

AND NOW, this **18th** day of **June, 2021**, following an unopposed request for an extension, it is hereby **ORDERED** that all litigation deadlines are currently stayed pending the Court's consideration of a forthcoming motion for preliminary approval of a proposed settlement that will be filed on or before **June 30, 2021**.

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**