**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>     Defendants. | Case No. 2:19-cv-01227-ER |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER:
(I) PRELIMINARILY APPROVING PROPOSED CLASS ACTION SETTLEMENT;
(II) PRELIMINARILY CERTIFYING THE SETTLEMENT CLASS; AND
<u>(III) APPROVING NOTICE TO THE SETTLEMENT CLASS</u>**

Court-appointed Lead Plaintiff Utah Retirement Systems, through its undersigned counsel, respectfully moves for: (a) preliminary approval of the terms of the Settlement,[1] including the Plan of Allocation and Claim Form; (b) preliminary certification of a Settlement Class for purposes of implementing the proposed Settlement; (c) appointment of Lead Plaintiff as Class Representative; (d) appointment of Berman Tabacco as Lead Counsel and Schnader Harrison Segal & Lewis LLP as Liaison Counsel for the Class; (e) approval of the Notice of the proposed Settlement to be mailed to Settlement Class Members and the summary notice of the proposed Settlement to be published ("Summary Notice"); (f) approval of A.B. Data, Ltd. as the Claims Administrator; and (g) entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice

---

[1] All defined terms not otherwise defined herein shall have the same meaning as set forth in the Stipulation and Agreement of Settlement, dated June 29, 2021 (the "Stipulation"), and attachments thereto, filed herewith as Exhibit 1 to the accompanying Declaration of Patrick T. Egan.

1


("Preliminary Approval Order"), submitted herewith, setting a Final Approval Hearing and directing the giving of Notice (the "Motion").  Defendants do not oppose Lead Plaintiff's request for entry of the Preliminary Approval Order.  In support, Lead Plaintiff relies upon the accompanying memorandum of law, the declarations in support of the Motion and exhibits attached thereto, and such other and further material as the Court may request and consider.

DATED:  June 30, 2021

**BERMAN TABACCO**

*/s/ Patrick T. Egan*
    Patrick T. Egan (*Pro Hac Vice*)

One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com

**BERMAN TABACCO**
Nicole Lavallee (*Pro Hac Vice*)
Jeffrey Rocha (*Pro Hac Vice*)
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        jrocha@bermantabacco.com

*Counsel for Lead Plaintiff Utah Retirement Systems & Lead Counsel for the Class*

and

**SCHNADER HARRISON SEGAL & LEWIS LLP**
Ira Neil Richards
Arleigh P. Helfer III
1600 Market Street, Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 751-2503
Facsimile: (215) 751-2205
Email: irichards@schnader.com
        ahelfer@schnader.com

*Counsel for Lead Plaintiff Utah Retirement Systems & Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE**

    I certify that on the 30th of June, 2021, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                             */s/ Patrick T. Egan*
                                              Patrick T. Egan