# Exhibit 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE, <br><br> Defendants. | Case No. Case 2:19-cv-01227-ER |

**DECLARATION OF KEVIN CATLETT ON BEHALF OF UTAH RETIREMENT SYSTEMS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTMENT**

I, Kevin Catlett, on behalf of Lead Plaintiff Utah Retirement Systems ("URS" or "Lead Plaintiff"), hereby certify that the following is true and correct and to the best of my knowledge, information, and belief:

1.    I am Chief Investment Counsel to URS.  URS manages more than $38.9 billion for over 240,000 beneficiaries.  I respectfully submit this Declaration on behalf of URS in support of its motion for preliminary approval of the proposed settlement.  Unless otherwise specifically noted, I have personal knowledge about the information in this Declaration and, if called as a witness, could and would competently testify thereto.

2.    As set forth in the certification attached to Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws, URS purchased HCSG common stock during the Class Period, and suffered damages as a result.

1

*Worked Performed by URS on Behalf of the Settlement Class*

3.    On June 17, 2019, the Court appointed URS as Lead Plaintiff in this action.  URS is a large, sophisticated institutional investor that committed itself to vigorously prosecuting this litigation, through trial if necessary.  Before seeking appointment as Lead Plaintiff in the case, URS carefully evaluated whether to serve as Lead Plaintiff and understood its fiduciary duties to serve the interests of the class by participating in the management and prosecution of this case.

4.    Since its appointment as Lead Plaintiff, URS has diligently pursued the effective prosecution of this action.  Among other things, URS has authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed the Complaint and various other pleadings, motions, discovery requests, and responses; and reviewed the Court's related orders and opinions. Lead Plaintiff has also participated in strategic decisions, and has communicated frequently with Lead Counsel by phone and email concerning case status, Court orders, and strategy, including with respect to pre-trial discovery and the collection of potentially relevant hard copy and electronic documents and communications from URS's files.  URS searched for and produced over 11,000 pages of documents, and I sat as URS's Rule 30(b)(6) designee for a deposition in December 2020.  In addition, I attended the mediation session, as well as several other meetings with counsel leading up to and following the mediation.

*URS Endorses Approval of The Settlement and Notice To The Class*

5.    Based on its involvement throughout the prosecution and resolution of the Action, URS believes that the proposed settlement is fair, reasonable, and adequate and in the best interest of the Settlement Class.  URS believes that the proposed Settlement represents a very favorable recovery, particularly in light of the substantial risks of continuing to litigate the action, and it endorses approval of the settlement by the Court and dissemination of notice to the class.

2

6.      URS understands that the proposed settlement notice will inform Settlement Class members that Lead Counsel will seek an attorney award of up to 25% of the Settlement Fund, as well as reimbursement of litigation expenses not to exceed $550,000.  URS believes that Lead Counsel's request for an award of attorney's fees in the amount of 25% is fair and reasonable. This request is consistent with the fee agreement between Lead Counsel and URS, which was entered into at the outset of the litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2021.

Kevin Catlett

3