IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN KOCH, et al.                :      CIVIL ACTION
                                    :      NO. 19-1227
        v.                          :
                                    :
HEALTHCARE SERVICES GROUP, INC.,
et al.

**O R D E R**

**AND NOW**, this **27th** day of **July, 2021**, it is hereby

**ORDERED** that a hearing on "Lead Plaintiff's Unopposed Motion for

an Order: (I) Preliminarily Approving Proposed Class Action

Settlement; (II) Preliminarily Certifying the Settlement Class;

and (III) Approving Notice to the Settlement Class" (ECF No. 70)

is scheduled **for Tuesday, September 14, 2021 at 2:00 p.m. in**

**Courtroom 15A, United States Courthouse, 601 Market Street,**

**Philadelphia, Pennsylvania.**

        **AND IT IS SO ORDERED.**



                        */s/ Eduardo C. Robreno*
                        **EDUARDO C. ROBRENO,    J.**