UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case No. 2:19-cv-01227-ER |

**LEAD PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. § 78u-4(A)(4)**

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated September 14, 2021 (ECF No. 72), Court-appointed Lead Counsel Berman Tabacco and Court-appointed Liaison Counsel Schnader Harrison Segal & Lewis LLP (collectively, "Lead Plaintiff's Counsel") respectfully move this Court for entry of an Order: (i) awarding attorneys' fees of 25% of the $16,800,000 Settlement; (ii) authorizing the reimbursement of $485,493.28 in litigation expenses; and (iii) awarding Lead Plaintiff Utah Retirement Systems compensation in the amount of $12,500 for the time and expenses it incurred in representing the Settlement Class in this Action pursuant to 15 U.S.C. § 78u-4(A)(4).

This motion is supported by: (i) the accompanying Memorandum of Law in Support of Lead Plaintiff's Counsel's Motion for an Award of Attorney's Fees, Reimbursement of Litigation Expenses, and an Award to Lead Plaintiff Pursuant to 18 U.S.C. § 78u-4(A)(4); (ii) the Declaration of Patrick T. Egan in Support of (1) Lead Plaintiff's Motion for Final Approval of Class Action

Settlement and Plan of Allocation and for Certification of the Settlement Class and (2) Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees, Litigation Costs and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. § 78u-4(A)(4), and the exhibits attached thereto; (iii) all pleadings and records filed herein; (iv) the argument of counsel; (v) such oral and documentary evidence as may be presented at the hearing of this motion; and (vi) such other and further material as the Court may request and consider.

DATED:  December 3, 2021                **BERMAN TABACCO**

*/s/ Patrick T. Egan*
   Patrick T. Egan (*Pro Hac Vice*)

Steven J. Buttacavoli (*Pro Hac Vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
           sbuttacavoli@bermantabacco.com

**BERMAN TABACCO**
Nicole Lavallee (*Pro Hac Vice*)
Jeffrey Rocha (*Pro Hac Vice*)
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
           jrocha@bermantabacco.com

*Counsel for Lead Plaintiff Utah Retirement Systems & Lead Counsel for the Class*

and

**SCHNADER HARRISON SEGAL & LEWIS LLP**
Ira Neil Richards
Arleigh P. Helfer III
1600 Market Street, Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 751-2503
Facsimile: (215) 751-2205
Email: irichards@schnader.com
           ahelfer@schnader.com

3

*Counsel for Lead Plaintiff Utah Retirement Systems  
& Liaison Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I certify that on the 3rd of December, 2021, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                        */s/ Patrick T. Egan*
                                          Patrick T. Egan