EXHIBIT 3

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated, <br><br>    Plaintiff, <br><br> v. <br><br> HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE, <br><br>    Defendants. | Case No. 2:19-cv-01227-ER |

**DECLARATION OF IRA NEIL RICHARDS IN SUPPORT OF
LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
LITIGATION EXPENSES FILED ON BEHALF OF
<u>SCHNADER HARRISON SEGAL & LEWIS LLP</u>**

I, Ira Neil Richards, declare:

1.  I am a partner in the Philadelphia office of Schnader Harrison Segal & Lewis LLP ("Schnader"), local counsel for Lead Plaintiff Utah Retirement Systems ("Lead Plaintiff" or "URS") and the Court-appointed Liaison Counsel[1] for the Settlement Class. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, as well as other courts. I submit this Declaration in support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses in connection with the services rendered by Schnader in the Action.

---

[1] All capitalized terms not otherwise defined herein have the same meaning as set forth in the Stipulation and Agreement of Settlement, dated June 29, 2021 (ECF No. 70-4, the "Stipulation").

2.      The statements herein are true to the best of my personal knowledge, information, and belief based on Schnader's books and records and information received from its attorneys and staff.

3.      Schnader acted as Liaison Counsel for Lead Plaintiff and the Settlement Class in this Action.  In this capacity, my firm assisted Lead Counsel by ensuring that Lead Plaintiff's filings and conduct adhered to the Local Rules of this Court, advised on litigation strategy, provided analysis and comment on briefing and other submissions filed in this Court, attended court hearings, and provided other assistance throughout the course of this Action as requested by Lead Counsel.

4.      I am the attorney who oversaw my firm's involvement in the Action.  I have reviewed Schnader's time and expense records (including, where necessary, backup documentation) to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time and expenses expended in this litigation.  I believe that the time reflected in my firm's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation.  In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

5.      Set forth in ¶ 6 below is a summary reflecting the amount of time Schnader attorneys and professional staff worked on the Action from the inception of the case through October 31, 2021, and the corresponding lodestar value of that work.  The schedule in ¶ 6 was prepared based upon daily time records maintained by Schnader attorneys and professional support staff in the ordinary course of business, and the lodestar calculations are based on the

2

firm's current hourly rates charged for as presented in similar lodestar calculations  in other complex litigation.

6.      Schnader's total fee compensable time for which it seeks an award of attorneys' fees is summarized below.

| Attorneys | Role | Rates | Hours from inception to 10/31/2021 | Lodestar from inception to 10/31/2021 |
|---|---|---|---|---|
| Ira Neil Richards | Partner | $1,040.00 | 56.40 | $58,656.00 |
| Arleigh P. Helfer III | Associate | 590.00 | 11.20 | 6,608.00 |
|  |  |  |  |  |
| TOTALS |  |  | 67.60 | $65,264.00 |

7.      The total time for which my firm is requesting an award of legal fees is 67.60 hours.  The total lodestar value of these professional services is $65,264.00.

8.      The hourly rates for attorneys and professional support staff in my firm are the usual and customary rates charged for each individual in matters of this type.  The time and lodestar spent preparing the fee and expense application were excluded from the above values.

9.      The firm's lodestar figures do not include charges for expense items.  Expense items are billed separately, and such charges are not duplicated in the firm's current billing rates. Further, expense items do not include any general overhead costs and do not contain a surcharge over the amount paid to the corresponding vendor(s).

10.      As detailed and categorized in the below schedule, Schnader has incurred a total of $208.50 in unreimbursed expenses from inception through October 31, 2021 for which it seeks to be reimbursed from the Settlement Fund.

| Expense Categories | Cumulative Expenses |
|---|---|
| Court Costs/Service Fees | $160.00 |
| Photocopies/Postage/Courier | 44.50 |
| Online Legal Research | 4.00 |
|  |  |
| TOTAL | $208.50 |

11.    The above schedule was prepared based upon expense records reflected in the books and records of Schnader.  These books and records are prepared from expense vouchers, check records, receipts, and other source materials.

12.    With respect to the standing of my firm, attached hereto as Exhibit A is a brief biography of my firm and the attorneys in my firm who were involved in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Philadelphia, Pennsylvania, on December 3, 2021.

_____
Ira Neil Richards

4

# EXHIBIT A

## About Schnader

Schnader is a full-service law firm of 160 attorneys with offices in Pennsylvania, New York, California, Washington, D.C., New Jersey, Delaware and an affiliation with a law firm in Jakarta. We provide businesses, government entities, and nonprofit organizations throughout the world with innovative, practical, and cost-effective solutions to their business and litigation needs. We also provide wealth management and an array of personal legal services to individuals.

## Service Philosophy

Since 1935, Schnader's hallmark has been its dedication to what our founders called "the higher calling of the law." That phrase embodies the firm's mission: substantive excellence, client service, and pro bono efforts to achieve a just and ordered society. To that end, we practice a service philosophy. Clients get the individual attention of partners on any material issue in a case or transaction. Mentoring is the focus of attorney and staff development. And giving back is our passion.

## Rankings & Recognitions

Schnader's distinction is in the sophistication of our legal work. Among our many honors, The Legal 500 recognized the firm's Mergers & Acquisitions, Aviation and Nonprofit Groups as among the best in the U.S. Schnader also has been recognized by Chambers USA in the top tier among both New York and Pennsylvania firms in multiple practice areas. In addition, Best Lawyers and U.S. News and World Report have recognized many of the firm's practice groups in its "Best Law Firms" rankings, and a number of our attorneys are ranked in Chambers and Best Lawyers. The firm also has been recommended by Benchmark Litigation.

Several of our attorneys are members of the American Law Institute. We also count many Fellows of the American College of Trial Lawyers, the International Academy of Trial Lawyers, the American Academy of Appellate Lawyers, American College of Trust and Estate Counsel, and the American College of Real Estate Lawyers among our ranks. In addition, Schnader includes within its ranks a former federal court of appeals judge who is internationally recognized in the field of alternative dispute resolution.

## Our Attorneys

Schnader attorneys played a significant role in developing some of our nation's laws, most notably in the 30-year development of the Uniform Commercial Code, and in the development of the Uniform Probate Code. Our lawyers have served in high government posts at the federal, state and local levels and as in-house counsel for major corporations, taught in leading law schools and written numerous legal treatises and articles. We serve on the boards of many community and nonprofit organizations which range from human services and civil rights to access to justice and fair election advocacy.

## Practices

Our firm's **Appellate and Trial Litigation Practice** specializes in securities, mass torts and product liability, aviation, construction, technology, antitrust, energy and public utilities, white collar crime, and communications and First Amendment law.

Schnader's **Aviation Group** has represented many of the world's leading manufacturers of commercial, general aviation and military aircraft and equipment, as well as domestic and international airlines and aviation insurers, in accident litigation, claims against government agencies, employment litigation, passenger, baggage and cargo claims, and commercial and regulatory matters.

Schnader's attorneys have decades of experience in **Class Action and Multidistrict Litigation**, having handled matters in securities fraud, antitrust, consumer fraud, insurance, employment discrimination, product liability, and landowner property rights.

The **Corporate Practice Group** advises domestic and foreign companies of all sizes on entity formation, corporate governance issues, business agreements, corporate finance, regulatory issues, and the operation and growth of all sizes of enterprises.

Our **Creditors' Rights and Business Restructuring Group** provides lenders and borrowers advice, counsel and representation in all aspects of bankruptcy and secured and unsecured lending, including loan origination, maintenance, workouts, litigation, real estate, securities, and tax issues.

The **Environmental Group's** practice includes defending enforcement actions, participating in administrative rulemaking, initiating judicial challenges to agency actions, coordinating and advising on environmental audits, negotiating on environmental liabilities in transactions, and strategic planning to help clients achieve cost-effective compliance with regulations.

The **Finance Group** provides lenders a full range of legal services required for the extension of credit and the enforcement of obligations. Our experience includes transactions involving asset-based lending, real estate financing, syndicated credits, public finance and bankruptcy and creditors' rights.

Our **Higher Education Group** counsels college and university clients on litigation, real estate transactions, employment issues, student issues, development efforts, nonprofit tax or governance issues, intellectual property, and contract negotiation.

Schnader's **Intellectual Property Group** represents domestic and foreign clients in patents, trademarks, copyright registrations, computer law and associated transactional matters, and licensing, counseling and litigation.

Schnader represents foreign corporations doing business in the United States, as well as domestic corporations engaged in **International Business**. We advise both foreign and domestic companies on general corporate matters, cross-border mergers and acquisitions, intellectual property, tax issues, employment, real estate, securities and litigation.

Members of the **Labor and Employment Group** represent clients in equal employment opportunity matters, defense of wrongful discharge and defamation lawsuits, executive employment contracts, safety and hazardous materials matters, and RICO actions.

Schnader's **Mergers & Acquisitions** attorneys work with sellers and purchasers in all phases of the M&A cycle. Our experience includes negotiated transactions, leveraged buyouts, ESOP sales, cross-border transactions, joint ventures and other alliances.

Members of the **Public Finance Group** serve as bond counsel, underwriter's counsel, counsel to credit enhancers or counsel to underlying borrowers in connection with all types of issues regarding education, housing, infrastructure, health care, and tax and bond anticipation notes.

Schnader's **Real Estate Group** serves major national clients, including developers, public sector agencies, owners, tenants, mortgage lenders, title insurance companies and contractors on alternative energy and waste disposal projects, and foreclosures and loan restructurings for financially troubled properties, among others.

Our **Securities Group** represents companies seeking public and private capital, venture capitalists and strategic investors, investment bankers, and securities professionals in capital formation, financing, compliance matters arising from the sale of securities, and regulatory matters.

Our firm's **Tax and Wealth Management Group** helps clients structure major corporate transactions, including mergers and acquisitions, liquidations, reorganizations, recapitalizations, and leveraged buyouts.



**Ira Neil Richards**
*Partner*
Philadelphia, PA

Ira Neil Richards is a partner in the Firm, Chair of the Class Action Practice Group, and a member of the Diversity & Inclusion Committee.

Mr. Richards practices nationally representing clients in complex litigation matters. He has  decades of experience in litigating complex, multiparty class actions for businesses and government agencies on both the plaintiffs' and defendants' sides. His class action experience spans a variety of substantive areas, including antitrust, securities, and consumer matters.  He also represents clients in matters involving issues of corporate governance disputes, partnership and shareholder disputes, mergers and acquisitions, and securities sales and valuations. In addition, Mr. Richards represents government agencies in matters under state and federal law.   As an appellate advocate, Mr. Richards has argued cutting edge issues in federal and state appellate courts.

**Representative Matters**

Securities

Mr. Richards' securities experience includes:

- Served as co-counsel for four Pennsylvania government funds in litigation arising from the funds' purchases of AOL and Time Warner securities. The litigation resulted in a $23 million settlement for the funds.
- Served as co-lead counsel in the class action matter, *In re KLA Tencor Securities Litigation* (N.D. Cal.), obtaining a $65 million settlement for the class of securities purchasers.
- Litigated claims relating to corporate governance and mergers and acquisitions, including a key role as counsel for plaintiffs in *Lucas v. Hill*, (D. NJ), which involved claims relating to the management of Commerce Bank and TD Bank's acquisition of Commerce.

Antitrust

In the antitrust field, Mr. Richards' experience includes:

- Served as co-lead counsel for the plaintiffs in the class action matter, *In re Pillar Point Partners Patent and Antitrust Litigation*, MDL No. 1202 (D. Ariz.), a multidistrict litigation involving antitrust claims asserted against manufacturers of excimer lasers used in vision correction procedures. The litigation resulted in a $50 million settlement on behalf of a class of direct purchasers.
- Served as co-lead counsel for the plaintiffs in the class action matter, *In re Pressure Sensitive Labelstock Antitrust Litigation*, MDL No. 1556 (M.D. Pa.), which resulted in settlements totaling over $46 million for the class in multidistrict litigation involving allegations of market allocation, output restriction, and price fixing.
- Served as co-lead counsel and a member of the trial team in an action against the major domestic airlines, see *In re Airline Ticket Commission Antitrust Litigation*, 898 F. Supp. 685 (D. Minn. 1995), which resulted in an $86 million settlement for travel agency owners.

- Served as counsel in a class action brought on behalf of direct purchasers of private label tape, alleging monopolization of the tape market in *In Meijer, Inc. v. 3M* (E.D. Pa). The litigation resulted in a $28.8 million settlement for the class.

Complex Commercial and Government Litigation

- Served as lead counsel for the plaintiffs in a class action brought on behalf of Pennsylvania insurance customers who did not receive a state-mandated 10% discount for passive anti-theft devices in *Boyle v. Progressive Specialty Insurance Company* (E.D. Pa). The litigation resulted in a $2 million settlement for the class.
- Represented the co-owner of a general partner in a dispute over the efforts of the other co-owner to force a sale of the single, significant asset of the partnership, defeating an effort by the other co-owner to obtain an injunction to force a sale.
- Represented a Montgomery County municipality in a dispute over the development and condemnation of a condominium project, obtaining a substantial trial judgment against the developer and negotiating an agreement with public and private entities to repurpose the project to benefit the community.
- Represented a government agency in defending a dispute alleging a *de facto* condemnation of property and in connection with proceedings to value the property following a *de jure* condemnation.
- Represented a municipal government and obtained dismissal of a class action seeking medical monitoring and damages for alleged injuries.

**Education**

- University of Pennsylvania Law School, J.D., *magna cum laude*, 1986
- Cornell University, B.S., industrial and labor relations, 1983

**Bar Admissions**

- Pennsylvania, 1987
- New York, 1987

**Court Admissions**

- U.S. Supreme Court
- U.S. District Court for the Eastern and Middle Districts of Pennsylvania
- U.S. District Court for the Southern District of New York
- U.S. District Court for the District of Nebraska
- U.S. Court of Appeals for the Second, Third and Eighth Circuits

**Other Distinctions**

- Listed in *The Best Lawyers in America* in the area of Commercial Litigation, 2021-22
- Listed in Pennsylvania "Super Lawyers," 2004-2016, 2019-2020
- *Philadelphia Business Journal* "40 Under 40," 1999

**Community & Pro Bono**

Mr. Richards is actively involved in the community, having served on a variety of boards of organizations devoted to the needs of underserved communities. He presently serves as Chair of the Board of Pathways to Housing PA, which uses a "housing first" model to combat homelessness.

Mr. Richards is also active in politics and chairs the firm's Political Action Committee. He is also a certified yoga teacher.



**Arleigh P. Helfer**
*Associate*
Philadelphia, PA

Arleigh Helfer is an associate in the Litigation Services Department. He is a member of the Appellate Practice Group, the Aviation Group, the Antitrust Group, the Energy and Environmental Group, the Financial Services Practice Group, and the Class Action Group. He concentrates his practice in commercial litigation and has experience in all phases of litigation.

Mr. Helfer's litigation practice includes representation of businesses and individuals across a wide range of subject matter. He has a broad range of commercial litigation experience, ranging from antitrust litigation to consumer financial services and products liability class action defense. He has counseled clients concerning effective legal compliance programs and with respect to Hart-Scott-Rodino filings, and assisted in the defense of the Pennsylvania Gaming Control Board's Philadelphia casino licensing decisions in proceedings before the Supreme Court of Pennsylvania. He has substantial appellate experience and has worked on numerous appellate matters before the U.S. Court of Appeals for the Third Judicial Circuit and Pennsylvania's appellate courts. He has litigated class actions both on the defense and plaintiff side. He has written *amicus* briefs and assisted with drafting *amicus* briefs in the Supreme Court of Pennsylvania, the Third Circuit, and the U.S. Supreme Court on civil rights issues of constitutional dimensions and on questions of the preemptive scope of federal law. Mr. Helfer also has represented individuals on a *pro bono* basis on issues involving civil rights and has assisted civil rights advocacy organizations with such litigation.

**Education**

- University of Pittsburgh School of Law, J.D., *magna cum laude*, 1999
- University of Maine, M.A., 1996
- Lawrence University, B.A., 1993

**Bar Admissions**

- Pennsylvania, 1999
- New Jersey, 2000

**Court Admissions**

- U.S. Supreme Court
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. District Court for the Eastern and Middle Districts of Pennsylvania
- U.S. District Court for the District of New Jersey

**Professional Affiliations**

- American Bar Association, Member; Council of Appellate Lawyers, Executive Board Member, 2020; Council of Appellate Lawyers Pro Bono Committee, Co-Chair, 2020

**Other Distinctions**

- Recipient of the Earl G. Harrison Pro Bono Award, 2018
- Alan Jay Josel Advocacy Award, presented by the Pennsylvania Association of Criminal Defense Lawyers, 2017
- University of Pittsburgh School of Law Order of the Coif
- *University of Pittsburgh Law Review*, Managing Editor

**Community & Pro Bono**

Mr. Helfer's *pro bono* representations focus on civil rights issues. He has represented a young woman whose private school refused to allow her to bring her seizure alert dog to classes and a student who was disciplined by her school for her off-campus speech on social media. He has assisted a prison newspaper with Pennsylvania Right-to-Know Law issues relevant to excessive telecommunications fees assessed to prisoners and their families. He contributed significantly on a *pro bono* basis to an *amicus* brief in the Supreme Court of Pennsylvania in the landmark Sixth Amendment case of *Kuren v. Luzerne County*. For that work, he won the 2017 Alan Jay Josel Advocacy Award, presented by the Pennsylvania Association of Criminal Defense Lawyers. In recognition of his deep commitment to *pro bono* work, Schnader awarded Mr. Helfer the Earl G. Harrison *Pro Bono* Award in 2018.