# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case No. Case 2:19-cv-01227-ER |

**DECLARATION OF KEVIN CATLETT ON BEHALF OF UTAH RETIREMENT SYSTEMS IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Kevin Catlett, on behalf of Lead Plaintiff Utah Retirement Systems ("URS" or "Lead Plaintiff"), hereby certify that the following is true and correct and to the best of my knowledge, information, and belief:

1.      I am Chief Investment Counsel to URS.  As of June 30, 2021, URS manages more than $43 billion for over 240,000 beneficiaries.  I respectfully submit this Declaration on behalf of URS in support of its motion for preliminary approval of the proposed settlement.  Unless otherwise specifically noted, I have personal knowledge about the information in this Declaration and, if called as a witness, could and would competently testify thereto.

2.      As set forth in the certification attached to Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws, URS purchased HCSG common stock during the Class Period.  As a result, I believe that URS has suffered damages.

1

*Worked Performed by URS on Behalf of the Settlement Class*

3.    On June 17, 2019, the Court appointed URS as Lead Plaintiff in this action and appointed its counsel, Berman Tabacco, as Lead Counsel for the class in the action. URS is a large, sophisticated institutional investor that committed itself to vigorously prosecuting this litigation, through trial if necessary. Before seeking appointment as Lead Plaintiff in the case, URS carefully evaluated whether to serve as Lead Plaintiff and understood its fiduciary duties to serve the interests of the class by participating in the management and prosecution of this case.

4.    Since its appointment as Lead Plaintiff, URS has diligently pursued the effective prosecution of this action. Among other things, URS has authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed the Amended Complaint and various other pleadings, motions, discovery requests, and responses; and reviewed the Court's related orders and opinions. Lead Plaintiff has also participated in strategic decisions and has communicated frequently with Lead Counsel by phone and email concerning case status, Court orders, and strategy, including with respect to pre-trial discovery and the collection of potentially relevant hard copy and electronic documents and communications from URS's files. URS searched for and produced over 11,000 pages of documents, and I sat as URS's Rule 30(b)(6) designee for a deposition in December 2020. In addition, I actively participated in the mediation session, as well as several other meetings with counsel leading up to and following the mediation.

5.    I understand that the Court may make an award of reasonable costs and expenses directly relating to the representation of the class, pursuant to the PSLRA. Accordingly, URS is requesting the amount of $12,500 in connection with our efforts in the action, which are described in the preceding paragraph. This request is based on the conservative estimate that I and other staff members devoted a total of approximately 125 hours to the litigation activities described

2

above, at an effective hourly rate of $100.00 per hour.  The hours spent on this case were time that we would have otherwise devoted to other professional activities.

*URS Endorses Approval of the Settlement and the Requested Attorneys' Fees and Expenses*

6.      Based on its involvement throughout the prosecution and resolution of the Action, URS believes that the proposed settlement is fair, reasonable, and adequate and in the best interest of the Settlement Class.  URS believes that the proposed Settlement represents a very favorable recovery, particularly in light of the substantial risks of continuing to litigate the action, and it endorses approval of the settlement by the Court.

7.      URS understands that Lead Plaintiff's Counsel seeks an attorneys' fee award of 25% of the Settlement Fund, as well as the reimbursement of litigation expenses of $485,493.28. URS believes that Lead Plaintiff's Counsel's request for an award of attorney's fees in the amount of 25% is fair and reasonable.  This request is consistent with the fee agreement between Lead Counsel and URS, which was entered into at the outset of the litigation.  Further, URS believes that the expenses incurred by counsel are fair, reasonable, and necessary to the successful prosecution and resolution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2021.

Kevin Catlett

3