# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case No. 2:19-cv-01227-ER |

**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER OF A.B. DATA, LTD. REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, ADAM D. WALTER, on behalf of A.B. Data, Ltd., declare as follows:

1.     I am a Senior Project Manager of A.B. Data's Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's September 15, 2021, Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").[1] I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     I submit this declaration to supplement my Declaration Regarding (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, filed on June 30, 2021 (ECF No. 70-4) (the "Stipulation").

1

for Exclusion Received to Date (the "Initial Mailing Declaration") that was previously filed with the Court, ECF No. 79-1.

## UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM

3.    Since the execution of the Initial Mailing Declaration on December 2, 2021, A.B. Data has continued to disseminate copies of the Notice and the Proof of Claim and Release Form (together, the "Notice Packet") in response to requests received from potential Settlement Class Members, brokers, and other nominees.

4.    As more fully stated in my Initial Mailing Declaration, as of December 2, 2021, A.B. Data had mailed a total of 161,204 Notice Packets to potential Settlement Class Members and nominees.

5.    Since my Initial Mailing Declaration was executed, and as of the date of this declaration, A.B. Data has caused an additional 635 Notice Packets to be mailed in response to correspondence received from potential Settlement Class Members and/or nominees.

6.    Therefore, as of the date of this declaration, A.B. Data has mailed a total of 161,839 Notice Packets to potential Settlement Class Members.

## UPDATE ON TELEPHONE HELPLINE AND WEBSITE

7.    A.B. Data established and continues to maintain a toll-free telephone number to accommodate potential Settlement Class Members inquiries. This toll-free number, 877-777-9675, became operational on October 6, 2021. As of the date of this declaration, A.B. Data has received 309 telephone calls. A.B. Data has promptly responded to, and will continue to promptly respond to, all inquiries to the toll-free number.

8.    A.B. Data has also continued to maintain the dedicated website for the Action, www.HCSGSecuritiesLitigation.com, to assist potential Settlement Class Members. In addition, on December 3, 2021, A.B. Data posted to the website copies of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and For Certification of Settlement

Class, and Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. § 78u-4(A)(4), along with copies of the exhibits and supporting documents. A.B. Data will continue maintaining and, as appropriate, updating the website as necessary through the administration of the Settlement.

## REPORT ON REQUESTS FOR EXCLUSION TO DATE

9.     The Notice informed potential Settlement Class Members that written requests for exclusion are to be mailed to Healthcare Services Group, Inc. Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 such that they are received no later than December 17, 2021. A.B. Data has been monitoring all mail delivered to the post office box. As of the date of this Declaration, A.B. Data has received 3 timely requests for exclusion. A list of the 3 requests for exclusion is attached hereto as Exhibit A.

10.     According to the Notice, Settlement Class Members seeking to object to the proposed Settlement are required to submit their objection to the Clerk of the Court and the representatives of both Lead Plaintiffs' Counsel and Defendants' Counsel in writing such that the request is received no later than December 17, 2021. As of the date of this Declaration, A.B. Data is not aware of any objections received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of January 2022 at Palm Beach Gardens, Florida.


_____
ADAM D. WALTER

3

# EXHIBIT A

**Healthcare Services Group, Inc. Securities Litigation
Persons and entities who requested exclusion**

Laura Sherman
Westerly, RI


Beverly L. Posey
Manassas, VA


Catherine Leary
Saugus, CA