IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN KOCH, et al.                :      CIVIL ACTION
                                    :      NO. 19-1227
        v.                          :
                                    :
HEALTHCARE SERVICES GROUP, INC.,
et al.

## O R D E R

**AND NOW**, this **6th** day of **January, 2022,** upon consideration of counsel's January 5, 2022 letter request, it is hereby **ORDERED** that the request is **GRANTED** and Kevin Catlett, Plaintiff's Chief Investment Counsel, may appear remotely via conference call at the January 10, 2022 hearing. The Court will issue instructions for Mr. Catlett shortly before the hearing date.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,    J.**