**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,<br><br>Defendants. | Case 2:19-cv-01227-ER |

**CLASS REPRESENTATIVE'S MOTION FOR APPROVAL OF**
**CLASS DISTRIBUTION PLAN**

Settlement Class Representative and Court-Appointed Lead Plaintiff Utah Retirement Systems ("Utah" or "Class Representative"), through its undersigned counsel, respectfully submits, on notice to Defendants' Counsel, this Motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, requesting that the Court enter the [Proposed] Order Approving Class Representative's Class Distribution Plan which will, *inter alia*: (i) approve the administrative determinations of the Claims Administrator, A.B. Data, Ltd. ("Claims Administrator" or "A.B. Data"), accepting and rejecting Claims submitted in connection with the Settlement reached in the above-captioned Action, as set forth in the Declaration of Adam D. Walter in Support of Class Representative's Motion for Approval of Class Distribution Plan (the "Walter Declaration"); (ii) direct distribution of the Net Settlement Fund to the Authorized Claimants pursuant to the Court-approved Plan of Allocation; (iii) direct that distribution checks state that the check must be cashed within one hundred and twenty (120) days after the issue date; (iv) direct that Authorized

Claimants will forfeit all recovery from the Settlement if they fail to cash their distribution checks in a timely manner; (v) approve the recommended plan for re-distribution and/or contribution of any funds remaining in the Net Settlement Fund after the initial distribution; (vi) approve A.B. Data's fees and expenses incurred and estimated to be incurred in the administration of the Settlement; (vii) release claims related to the administration process; (viii) authorize the destruction of Claims and supporting documents at an appropriate time; and (ix) provide that the Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

As indicated herein, no Claimants are contesting A.B. Data's administrative determinations and no Class Members objected to the Plan of Allocation.

For the reasons discussed in the Memorandum in Support of Motion for Approval of Class Distribution Plan, the Walter Declaration, and the Declaration of Patrick T. Egan (the "Egan Decl."), Utah respectfully requests that the Court approve A.B. Data's administrative determinations with respect to these claims and enter the [Proposed] Order Approving Class Representative's Class Distribution Plan.

Lead Counsel has conferred with Counsel for Defendants who take no position on the relief requested in this Motion.  *See* Egan Decl. ¶ 8.

DATED:  May 2, 2023                              **BERMAN TABACCO**

*/s/ Patrick T. Egan*
Patrick T. Egan (*Pro Hac Vice*)
Steven J. Buttacavoli (*Pro Hac Vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
          sbuttacavoli@bermantabacco.com

**BERMAN TABACCO**
Nicole Lavallee (*Pro Hac Vice*)
Jeffrey Rocha (*Pro Hac Vice*)
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        jrocha@bermantabacco.com

*Counsel for Lead Plaintiff Utah Retirement Systems*
*& Lead Counsel for the Class*

and

**SCHNADER HARRISON SEGAL & LEWIS LLP**
Ira Neil Richards
Arleigh P. Helfer III
1600 Market Street, Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 751-2503
Facsimile: (215) 751-2205
Email: irichards@schnader.com
        ahelfer@schnader.com

*Counsel for Lead Plaintiff Utah Retirement Systems*
*& Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on the 2nd of May, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ Patrick T. Egan*

Patrick T. Egan