**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

UTAH RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC., DANIEL P. MCCARTNEY, THEODORE WAHL, JOHN C. SHEA, and MATTHEW J. MCKEE,

Defendants.

</td><td>

Case 2:19-cv-01227-ER

</td></tr>
</table>

**DECLARATION OF PATRICK T. EGAN IN SUPPORT OF**
**CLASS REPRESENTATIVE'S MOTION FOR APPROVAL**
**OF CLASS DISTRIBUTION PLAN**

I, Patrick T. Egan, declare under penalty of perjury as follows:

1.      I am a partner in the Boston office of Berman Tabacco and counsel for Class Representative Utah Retirement Systems ("Class Representative").

2.      I am a member in good standing of the Commonwealth of Massachusetts, among other jurisdictions, and I have been admitted *pro hac vice* to the Eastern District of Pennsylvania in this Action.  I submit this Declaration in support of Class Representative's Motion for Approval of Class Distribution Plan ("Motion").

3.      Pursuant to Section 6.10 of the Stipulation of Settlement ("Stipulation"), at such time as Lead Counsel determines that further redistribution of the funds remaining in the Net Settlement Fund is not cost-effective, any remaining balance, after payment of any unpaid fees

and expenses incurred in administering the Settlement, shall be contributed to nonsectarian, not-for-profit organization(s), to be selected by Class Representative and approved by the Court.

4.      As stated in Class Representative's Motion, Class Representative requests that the Court approve the Investor Protection Trust as such nonsectarian, not-for-profit organization.

5.      The Investor Protection Trust is a Washington, D.C.-based non-profit organization devoted to independent and unbiased investor education, research, and support of investor protection efforts.  According to its website, "Since 1993, the IPT has worked at the state and national level to provide the independent, objective investor education that Americans need to make informed investment decisions.  The IPT also supports research and investor protection efforts that benefit the investing public."[1]

6.      Neither Class Representative nor Lead Counsel are affiliated with the Investor Protection Trust.

7.      I conferred with Counsel for Defendants and they relayed that Defendants are not affiliated with Investor Protection Trust.

8.      I conferred with Counsel for Defendants and they do not take a position on the relief requested in this Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of May, 2023, in Boston, Massachusetts.

/s/ Patrick T. Egan
Patrick T. Egan

---

[1]  See Investor Protection Trust, *About the Investor Protection Trust*, Investor Protection, https://investorprotection.org/about/ (last visited Apr. 20, 2023).